CLOSED, ECF, JURY, TDIS

# U.S. District Court
# Northern District of Texas (Amarillo)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00263
# Internal Use Only

Jenkins v. National Board of Medical Examiners
Assigned to: Judge Mary Lou Robinson
Cause: 29:0794 Job Discrimination (Handicap)

Date Filed: 12/05/2007
Date Terminated: 12/12/2007
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Kirk D Jenkins**  represented by  **Vincent E Nowak**
Mullin Hoard & Brown
500 South Taylor
Suite 800, LB# 213
Amarillo, TX 79101
806/372-5050
Fax: 806/371-6230
Email: venowak@mhba.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Board of Medical Examiners**  represented by  **Thomas C Riney**
Riney & Mayfield LLP
320 S Polk St
Suite 600
Amarillo, TX 79101
806/468-3201
Fax: 806/376-4509 FAX
Email: triney@rineymayfield.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joni Paul Kleinschmidt**
Riney & Mayfield LLP
320 S Polk St
Suite 600
Amarillo, TX 79101

Certified a true copy of an instrument on file in my office on 12/12/07
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

806/468-3205  
Fax: 806/376-4509  
Email:  
jkleinschmidt@rineymayfield.com  
*ATTORNEY TO BE NOTICED*

**Mitzi S Mayfield**  
Riney & Mayfield LLP  
320 S Polk St  
Suite 600  
Amarillo, TX 79101  
806/468-3208  
Fax: 806/376-4509  
Email: mmayfield@rineymayfield.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2007 | 1 | COMPLAINT FOR EMERGENCY INJUNCTIVE RELIEF against National Board of Medical Examiners filed by Kirk D Jenkins. (Filing fee $350; Receipt number AM001322) (Attachments: #(1) Exhibits 1-4; #(2) Exhibits 5-7; #(3) Exhibits 8-12; #(4) Civil Cover Sheet) (djs) (Entered: 12/05/2007) |
| 12/05/2007 | 2 | CERTIFICATE OF INTERESTED PERSONS by Kirk D Jenkins. (djs) (Entered: 12/05/2007) |
| 12/05/2007 | 3 | Summons Issued as to National Board of Medical Examiners. (djs) (Entered: 12/05/2007) |
| 12/05/2007 | 4 | Order Designating Case for ECF - see order for specifics. (Signed by Judge Mary Lou Robinson) (djs) (Entered: 12/05/2007) |
| 12/05/2007 |  | DEMAND for Trial by Jury by Kirk D Jenkins. (See Doc #1 for image) (djs) Modified on 12/6/2007 (djs). (Entered: 12/05/2007) |
| 12/07/2007 | 5 | MOTION for Injunction *Preliminary* by Kirk D Jenkins (Nowak, Vincent) (Entered: 12/07/2007) |
| 12/07/2007 | 6 | Brief/Memorandum in Support filed by Kirk D Jenkins re 5 MOTION for Injunction *Preliminary* (Nowak, Vincent) (Entered: 12/07/2007) |
| 12/10/2007 | 7 | ORDER SETTING PRELIMINARY INJUNCTION HEARING: Evidentiary Hearing on Plaintiff's request for a preliminary injunction set for 12/12/2007 09:00 AM before Judge Mary Lou Robinson. (Signed by Judge Mary Lou Robinson on 12/10/07) (djs) (Entered: 12/10/2007) |
| 12/10/2007 | 8 | SUBPOENA executed on 12/10/07 as to David Egerton to appear 12/12/07 @ 9:00 am by Kirk D Jenkins (djs) (Entered: 12/11/2007) |

| | | |
|---|---|---|
| 12/11/2007 | 9 | MOTION for Temporary Restraining Order by Kirk D Jenkins (Nowak, Vincent) (Entered: 12/11/2007) |
| 12/11/2007 | 10 | TRIAL BRIEF *on Admissibility of Affidavits* by Kirk D Jenkins. (Nowak, Vincent) (Entered: 12/11/2007) |
| 12/12/2007 | 11 | Joint MOTION to Transfer Case out of District/Division by National Board of Medical Examiners with Brief/Memorandum in Support. (Riney, Thomas) (Entered: 12/12/2007) |
| 12/12/2007 | 12 | Brief/Memorandum in Support filed by National Board of Medical Examiners re 11 Joint MOTION to Transfer Case out of District/Division (Riney, Thomas) (Entered: 12/12/2007) |
| 12/12/2007 | 13 | RESPONSE in Opposition filed by National Board of Medical Examiners re 5 MOTION for Injunction *Preliminary* (Riney, Thomas) (Entered: 12/12/2007) |
| 12/12/2007 |  | Minute Entry for proceedings held before Judge Mary Lou Robinson : Motion Hearing held on 12/12/2007 re 11 Motion to Transfer Case Out of District/Division filed by National Board of Medical Examiners, 9 Motion for TRO filed by Kirk D Jenkins, 5 Motion for Injunction filed by Kirk D Jenkins. Court is to enter an order after hearing argument from attorneys Attorney Appearances: Plaintiff - Vince E. Nowak; Defense - Thomas C. Riney. (Court Reporter Stacy Morrison.) Time in Court: 10 minutes. NO PDF ATTACHED - THIS IS A VIRTUAL MINUTE ENTRY. (sas) (Entered: 12/12/2007) |
| 12/12/2007 | 14 | ORDER Transferring to Another District: Case transferred to Louisville Division of WD/Kentucky. Motions terminated: 11 Joint MOTION to Transfer Case out of District/Division filed by National Board of Medical Examiners (Signed by Judge Mary Lou Robinson on 12/12/07) (djs) (Entered: 12/12/2007) |
| 12/12/2007 |  | Interdistrict Transfer to WD/KY Louisville Division (djs) (Entered: 12/12/2007) |