Teachers report that Kirk exhibits excellent effort and attention. His interaction with peers and adults is typical and appropriate. Cooperation, organization, and other general behavior are all average to above average. There are no significant behaviors that could be interfering with Kirk's learning. However, student interviews indicate that Kirk is well aware of his academic weaknesses in written language, and, to some degree, in reading. His resilience in coping with various academic weaknesses may deteriorate if appropriate remediation is not implemented in his educational program.

IMPRESSIONS/RECOMMENDATIONS:

Kirk is a third grade student who was referred due to weaknesses in spelling, written language, and to some degree reading. Background information indicates family history of learning problems. Kirk is of superior intelligence, but has relative weaknesses in short-term auditory memory (especially in sequencing) and in distinguishing essential from non-essential visual details. He shows significant spelling weaknesses and some reading decoding problems but compensates in the latter when he must comprehend what is read. There is also some mild left-right confusion, b and d reversals, and confusion with multiplication tables. His superior intelligence, excellent behavior, effort, and willingness to persevere has helped Kirk compensate for these weaknesses so far. However, Kirk's frustration with specific academic weaknesses is increasing. Therefore, Kirk is in need of one to one, small group instruction in the area of spelling. Although reading decoding is near the discrepancy level, Kirk's comprehension is not. Therefore, it is questioned if reading should be considered an EEN. Since Kirk is achieving success in the middle reading group, we should continue regular education for reading with close monitoring by the learning specialist. If he is no longer able to compensate in reading as he has been doing or if regular education can no longer meet his needs, then we can include reading on his IEP.

*[Handwritten annotations in margin: "KEY SENTENCE"; "INDIVIDUAL EDUCATIONAL PLAN"; "LETS GIVE HIM HELP IN SPELLING & DECODING"; "LETTER USED TO GIVE HIM IN; DID RECEIVE READING WORK"]*

*Michael Gontarz*

Michael Gontarz, MSEd, NCSP
School Psychologist

MG:do

cc: Jim Harris, Principal
    Dan Hazaert, Director of Pupil Services
    Dr. and Mrs. Jenkins, Parents
    Lori Anderson, Learning Disabilities Specialist
    Ellen Schumann, Physician

4

D. C. EVEREST AREA SCHOOL DISTRICT  FORM C
6300 ALDERSON STREET, SCHOFIELD, WI 54476

### INVITATION TO MULTIDISCIPLINARY TEAM MEETING

Dear __Dr. & Mrs Jenkins__,   Date __Jan 23, 1991__

The district's multidisciplinary team (M-Team) is completing its evaluation of __Kirk__ and will be meeting to discuss the results and to determine if your child has exceptional educational needs. You are encouraged to attend this meeting. It will be held at __3:30 PM__ (time)

on __2-7-91__ (date) at __Rothschild School LD Room__ (location)

You may bring a friend or advisor to the meeting with you if you wish. If your child is a member of a minority group, a member of that minority may attend the meeting and help with the decision making process. The following are members of the M-Team:

| Name | Title/Position |
|---|---|
| C. Wangen | teacher |
| R. Colton | teacher |
| L. Teegarden-Anderson | LD teacher |
| M. Gontarz | school psychologist |

Each of these people has been involved in the evaluation of your child. Each will attend the meeting or be represented by someone who is knowledgeable about your child and the evaluation which was done. These other people may also be present at the meeting. While they did not conduct evaluations, they can contribute to the decision making process.

| Name | Title/Position |
|---|---|
| J. Harris | school principal |

Please indicate below whether you will attend the meeting and return one copy of this form to me. If you have any questions, I can be reached at __359-3186__.

__L. Teegarden-Anderson, LD Teacher__
(Name and title of district contact person)

☒ 1. I/We will attend the meeting as scheduled.

☐ 2. I/We do not wish to attend the meeting. Please proceed without us.

__D. Jenkins__   __1/28/91__
Signature of parent or legal guardian   Date

9/1/90   cc:   Parent(Original)   __Director   __Teacher   __Principal

6300 ALDERSON STREET, SCHOFIELD, WI 54476 (EEN)

## NOTICE OF M-TEAM FINDINGS AND INVITATION TO INDIVIDUALIZED EDUCATION PROGRAM MEETING

Dear **Dr and Mrs Jenkins**,                                    Date **2-7-91**

On **2-7-91**, a multidisciplinary team met to determine if your child had a need for special education. Enclosed is a copy of each report of findings proposed by the team. If there was more than one proposed report, I have indicated the report which was approved. If you were not at the meeting of the team, you may request a conference to review the report(s). If you would like such a conference, you may bring a friend or advocate with you. Please call the person indicated below to arrange a meeting at a mutually agreeable time.

If there is more than one report, I approved the final report and rejected the others for the following reasons:
**CONSENSUS OF M TEAM MEMBERS**

*(signed)* **Michael J Gontarz**
Signature of director/designee

---

We would like to meet with you to develop/review the individualized education program (IEP) to meet the educational needs of your child. You are encouraged to attend this meeting. It has been scheduled for **4:15 P.M.** (time)
on **2-7-91** (date) at **Rothschild** (location) for **Kirk Jenkins** (child) DOB **5-13-82**.

The purpose of this IEP meeting is to:
[X] Develop an initial preplacement IEP       [ ] Review IEP following an evaluation

You may bring a friend or advisor to the meeting with you if you wish. The following school staff will be present at the meeting:

| Name | Title/Position |
|---|---|
| MICHAEL J GONTARZ | SCHOOL PSYCHOLOGIST |
| JIM HARRIS | PRINCIPAL |
| RANDY COLTON | REG. ED. TEACHER |
| LORI ANDERSON | LD SPECIALIST |

Please read the statement of parent and child rights enclosed with this invitation. Please indicate your decision below and return one copy of this form to me. If you have any questions, I can be reached at **359-3186**.

The district is required by law to inform you about the consent which must be given by parents. Your consent is required for both evaluation and placement in special education. Those consents continue in effect unless you revoke them. You have the right to revoke your consent in writing at any time. If you revoke your consent for evaluation, the district may not do further evaluations and is prohibited by law from providing special education beyond three years after the last completed evaluation. If you revoke your consent for placement in special education, the district is not permitted to provide any further special education for your child. Please be aware that if you revoke your consent at some future time, the district may choose to initiate a due process hearing to allow it to evaluate your child without your consent.

**Michael J Gontarz  School Psych.**
(Name and title of district contact person)

> These consents are currently in effect for your child:
> Evaluation: given **12-7-90**
> Placement: given _____

---

[X] 1. I/We will attend the meeting as scheduled.

[ ] 2. I/We cannot attend a meeting as scheduled. I could attend a meeting at _____ on _____
         (time)           (date)
   at _____
      (location)

[ ] 3. I/We cannot attend a meeting in person, but would like to be involved by telephone at this number _____

*(signed)* **Deanne Jenkins**                                                **2-7-91**
Signature of parent or legal guardian                                          Date

9/1/90   cc: Parent(Original)  __Director  __Teacher  __Principal

D. C. EVEREST AREA SCHOOL DISTRICT  
●0 ALDERSON STREET, SCHOFIELD, ● 54476  
MULTIDISCIPLINARY TEAM REPORT

FORM C1  
Page 1 of 3

Date **2-7-91**  
(M-Team Meeting)

| Child's Name | Date of birth | Sex | Grade |
|---|---|---|---|
| Kirk Jenkins | 5-13-82 | ☒M ☐F | 3 |

| Parent/Guardian | Address | Telephone Area/No. |
|---|---|---|
| David and Deanne Jenkins | 2005 Hemlock, Schofield | 359-9359 |

| Date of Receipt of Referral 12-7-90 | Type of M-Team ☒ Initial ☐ Re-evaluation | Home Attendance Area Rothschild Elem | Service Location Rothschild |
|---|---|---|---|

I. Examination of existing data: (attach additional pages as necessary)

A. Summary of documentation from referral source.

Kirk was referred by M. Gontary, school psyc. due to delays in written language, spelling and reading.

B. Summary of report of educational performance.

Reading: overall ~~beg~~ grade 2, although decoding skills are at beg. grade one level, due to Kirk's high intellectual abilities and contextual cue/coping strategies; Spelling: beg grade 2 level; Writ Lang - grade 1 level; Math - grade 4 level; Intellectual/Cognitive - superior range.

C. Summary description of previous interventions.

Kirk receives one-to-one and small group assistance when necessary.

D. Summary of health factors.

No significant difficulties

E. Summary of social behavior.

No significant difficulties

F. Child's learning style and how specific concepts or skills or both are acquired and used.

Appears to learn best through hands-on, multi-sensory approach.

II. Summary of consultation with parent(s):

Mother participated with discussions.

9/1/90   cc: __Director   __Principal   __Teacher   __Parent

Date 2-7-91

D. C. EVEREST AREA SCHOOL DISTRICT
6500 ALDERSON STREET, SCHOFIELD, WI  54476

FORM C2
Page 2 of 3

Child's Name  Kirk Jenkins     DOB 5-13-82   Building Rothschild

III. M-Team determination of exceptional educational need:
(There must be a handicapping condition and a need for special education to be EEN.)

  A. Does the child have one or more handicapping conditions?   ☒ Yes   ☐ No

   1. The handicapping condition is:

      ☐ Mental retardation or other developmental disability    ☐ Physical handicap
      ☒ Learning disability                                      ☐ Visual handicap
      ☐ Emotional disturbance                                    ☐ Hearing handicap
      ☐ Speech or language handicap

   2. Documentation of eligibility criteria in PI 11.35 having been met for each of the identified handicapping condition(s).

   Kirk meets the eligibility requirements of average intelligence and 50% discrepancy of academic levels in spelling and written language.

  B. Does the child need special education due to the handicapping condition(s)?   ☒ Yes   ☐ No
     Documentation of the need for special education.

   Deficits in spelling and written language make it difficult for Kirk to achieve in regular education alone with EEN services.

  C. Recommendations regarding what related services the child may need.

      ☐ Occupational Therapy           ☐ Psychological Services
      ☐ Physical Therapy               ☐ Recreation
      ☐ Transportation                 ☐ School Health Services
      ☐ Counseling                     ☐ Social Work Services
      ☐ Audiology                      ☐ Parent Counseling/Training
      ☐ Other *Specify* _____    ☐ Other *Specify* _____

   Statement of reasons for the recommendations for related services.

9/1/90    cc:    __Director    __Principal    __Teacher    __Parent

| | D. C. EVEREST AREA SCHOOL DISTRICT | FORM C3 |
|---|---|---|
| Date 2-7-91 | 00 ALDERSON STREET, SCHOFIELD, WI 54476 | Page 3 of 3 |

Child's Name __Kirk Jenkins__  DOB __5-13-82__  Building __Rothschild__

IV. If the child does not have an exceptional educational need:
    A. What are the child's non-exceptional educational needs?
       (Areas of educational need, which do not qualify as EEN)


    B. What other programs may benefit the child (include information about those programs or services)?



M-Team members (each member must submit an individual evaluation report)

| Name and Title | Signature | Agree | Disagree | Report Filed |
|---|---|---|---|---|
| C. Wangen, teacher | | | | |
| R. Colton, teacher | R. Colton | ✓ | | 2-7-91 |
| M. Gontarz, school psyc. | M. Gontarz | ✓ | | 2-7-91 |
| L. Teegarden-Anderson, LD teacher | L. Teegarden-Anderson | ✓ | | 2-7-91 |
| | | | | |
| | | | | |
| | | | | |

Alternative M-Team reports from those members disagreeing with these findings must be submitted. Each member of the M-Team must sign an M-Team report with which they are in agreement.

Others present (parent, guardian, advocate, interpreter, consultant, student) Name and Position/Title  _James A Harris, Principal_        _Deanne Jenkins_

Director/Designee Action

A. This M-Team report meets the requirements of s.PI 11.04 and

    ___ 1. is agreed to by a majority of the M-Team members.
        OR
    ___ 2. I have met with the M-Team and accept this report which has been agreed to by less than a majority of the M-Team.

___ B. Returned to the M-Team for further consideration and action on _____.
___ C. This report is not approved.


_____        _____
Signature of Director/Designee              Date

9/1/90  cc: __Director  __Principal  __Teacher  __Parent

JACKSON STREET, SCHOFIELD, WI 54476         FORM E2

**INDIVIDUALIZED EDUCATION PROGRAM** (Summary)   Page 1 of 3

Name of student: **Kirk Jenkins**
Date of birth: **5-13-82**   Sex: **M**   Grade: **3**

Parent or legal guardian: **David and Deanne Jenkins**
Address: **2005 Hemlock, Schofield**
Telephone Area/No.: **359-9359**

District of placement-Cont. IEP Only: _____
Home Attendance Area: **Rothschild Elem**
Service Location: **Rothschild**

Race/Ethnic If parents choose to identify, please circle.
White - Black - Hispanic - American Indian/Alaskan Native - Asian/Pacific Islander - Other

Amount of special education Percentage of time or amount of time (in minutes per week by EEN program)
**LD: 20-40%**

Extent to which student will participate in regular education programs **Recess, Art, Music, Phy. Educ., Guidance, Science, Social Studies, Math.**

Related Services Include specific amount of service

Physical Education    ☑ Regular    ☐ Specially designed
Vocational Education  ☐ Regular    ☐ Specially designed

1. Beginning date of IEP **2/13/91** (mo./day/yr.)   Ending date of IEP **6/6/91** (mo./day/yr.)
2. Beginning date of IEP **8/26/91**   Ending date of IEP **February 1992**

Will student participate in standardized testing?
- r. Third grade reading test    ☑ Yes  ☐ No   ☑ With Modifications _____
- s. Competency Based testing    ☑ Yes  ☐ No   ☑ With Modifications _____
- s. Achievement testing         ☑ Yes  ☐ No   ☑ With Modifications _____

Justification for removal from regular education or regular education environment.

**Due to academic delays Kirk cannot successfully achieve in regular education.**

Date of IEP meeting: **2-7-91**
IEP meeting participants:
- LEA Representative: *[signature] Term A Harn*
- Special Education Teacher: *[signature] K. Degauder Anderson*
- Parent/Guardian: **David and Deanne Jenkins**

IEP review date: _____
IEP meeting participants:
- LEA Representative
- Special Education Teacher
- Parent/Guardian

Documentation of efforts to involve the parents in the IEP.
1) _____
2) _____
3) _____

9/1/90   cc: Director(Original) __Principal __Teacher __Parent

D. C. EVEREST AREA SCHOOL DISTRICT
6300 ALDERSON STREET, SCHOFIELD, WI 54476
INDIVIDUALIZED EDUCATION PROGRAM

FORM E1
Page 2 of 3

Date **2-7-91**

| Name of student | Date of birth | Service Location |
|---|---|---|
| Kirk Jenkins | 5-13-82 | Rothschild |

**Present levels of educational performance**
Kirk presently functions at a beginning grade 2 level in the academic area of spelling.

**Annual goal**
Kirk will improve his ability to spell.

| Short-term Objectives | Objective Criteria | Evaluation Procedures | Schedule |
|---|---|---|---|
| Kirk will improve his ability to spell Dolch list/G&B irregular word lists. | 60-80% mastery | direct instruction worksheet/ practice tests | 2 times/week |
| Kirk will improve his ability to spell his address, birthdate, parents names, months of the year, days of the week and seasons. | | | 2 times/week |
| Kirk will improve his ability to spell words with cvc, cvce, ccvcc, cvvc and multi-syllable words. | | | daily practice |
| Kirk will improve his ability to use a dictionary. | | | 2 times/week |

**Specific special education and related services which will contribute to meeting this goal:**
Opportunities will be provided in self-contained spelling class.

**Action taken on this goal at IEP review:**                                      Date: _____

9/1/90   cc: Director(Original)__Principal  __Teacher  __Parent

D. C. EVEREST AREA SCHOOL DISTRICT
6300 ALDERSON STREET, SCHOFIELD, WI 54476
INDIVIDUALIZED EDUCATION PROGRAM

FORM E1
Page 3 of 3

Date 2-7-91

| Name of student | Date of birth | Service Location |
|---|---|---|
| Kirk Jenkins | 5-13-82 | Rothschild |

**Present levels of educational performance**
Kirk presently functions at a mid-grade one level in the academic area of written language.

**Annual goal** Kirk will improve his ability to write.

| Short-term Objectives | Objective Criteria | EVALUATION Procedures | Schedule |
|---|---|---|---|
| Kirk will improve his ability to correct capitalization and punctuation of Grade One-Two Daily Sentences. Kirk will improve his ability to use spelling list words in written sentences with correct capitalization and usage. Kirk will improve his ability to write 5 sentences given a topic. Kirk will improve Basic English abilities to grade 3 level. | 60-80% mastery | direct instruction, teacher assessment, worksheet/practice tests | daily practice |

**Specific special education and related services which will contribute to meeting this goal:**
Opportunities will be provided in self-contained language class.

**Action taken on this goal at IEP review:**                                                                  Date: _____

9/1/90  cc:  Director(Original) __ Principal  __ Teacher  __ Parent

Parent Copy

**D. C. EVEREST AREA SCHOOL DISTRICT**
6300 ALDERSON STREET, SCHOFIELD, WI 54476
NOTICE OF INTENT TO PLACE AND CONSENT FOR PLACEMENT

FORM F
(Initial Only)
Page 1 of 2

Dear **DR AND MRS JENKINS**,    Date **2-7-91**

Based on the multidisciplinary team evaluation which was sent to you and the individualized education program developed on **2-7-91**, the district offers to place your child **KIRK JENKINS**, in the special education program described below.

---

**Part 1**
(to be completed by placement group)

Type of program to be provided, including delivery model: **RESOURCE PROGRAM FOR CHILDREN WITH LEARNING DISABILITIES**

Program level: **ELEMENTARY (WIDE RANGE)**

Other special education options considered and reason(s) they were rejected **REGULAR EDUCATION REJECTED SINCE KIRK'S LEARNING DIFFICULTIES REQUIRE MORE ASSISTANCE THAN WHAT REGULAR EDUCATION CAN PROVIDE**

Placement justification, including reasons for any removal from the regular education environment. **GIVEN KIRK'S LEARNING DELAYS, REGULAR EDUCATION ALONE CANNOT ADEQUATELY AND APPROPRIATELY MEET HIS NEEDS.**

---

**Part 2**
(to be completed by director/designee)

Location of program: **Rothschild Elementary School**

Documentation of consideration of least restrictive environment (LRE): **As per part I which has been completed by district staff.**

Please be sure to read the list of parent and child rights which are included with this notice. If you have any questions about this placement or your rights, please call **Michael Gontarz** at **359-3186**.

_____
Signature of director/designee

These consents are currently in effect for your child:
Evaluation: given **12-7-90**

9/1/90    cc: __Director  __Principal  __Teacher  __Parent

## AFFIDAVIT OF LORI TEEGARDEN

STATE OF MN §
COUNTY OF Anoka §
§

Before me, the undersigned notary, on this day personally appeared Lori TeeGarden, a person whose identify is known to me. After I administered an oath to her, upon her oath she said:

1. My name is Lori TeeGarden. I am over the age of 18 and otherwise competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit and they are true and correct.

2. I met Kirk Jenkins in his third grade year at Rothschild Elementary School in Rothschild, Wisconsin. Kirk was identified with Learning Disabilities in grade three and became one at my most memorable students; to this date I tell my present students about Kirk noting his dedication and perseverance because he had specific goals that he wanted to meet and strived each day to attain them.

3. I have been a Learning Disabilities teacher for over 20 years and also have a masters' in Education Curriculum and a second masters' in Reading. At Rothschild Elementary I was the Learning Disabilities specialist for grades kindergarten through grade six. Presently I am a Reading Specialist for a middle school in Fridley, Minnesota and participate on reading panel level assessments for the state of Minnesota.

4. Kirk was referred for a learning disabilities assessment due to experiencing difficulties and frustrations with the academics of written language, spelling and reading. He was evaluated by Michael Gontarz the school psychologist and myself, Lori TeeGarden-Anderson, learning disabilities teacher. Both assessments were shared at the Multidisciplinary Team

EXHIBIT
4

meeting that also included his grade three teachers, the school principal and both parents. Both assessments concluded difficulties in phonemic/phonic mastery, fluency, vocabulary, spelling and writing.

5. As defined by the International Reading Association there are five essential components of effective, research-supported reading instruction which are phonemic awareness, phonics, fluency, vocabulary and comprehension along with instruction components of spelling, writing, assessment and motivation. Extensive conversation discussing Kirk's need for reading instruction occurred at this meeting, with discussion elaborating that Kirk's assessments illustrate that he was not proficient in the components of phonemic/phonics, fluency and sight word vocabulary. Through motivation and perseverance he was able to within the regular mainstream setting display a level of comprehension however, the concept of "reader" was discussed and as a team it was agreed that Kirk did not possess the abilities to be a reader due to the other missing essential components. This discussion led to the decision as to which placement would best meet his needs and be within the least restrictive environment. The consensus was that Kirk would remain in the regular education setting for reading class only with the necessary additional support services or a learning disabilities setting for phonics, writing and supportive reading skills/strategies.

6. It was agreed by all M-team members that Kirk was in need of one-to-one instruction to best meet his educational needs in reading and spelling. This is also documented in the school psychologist's report, "Since Kirk is achieving success in the middle reading group, we should continue regular education for reading with close monitoring by the learning specialist. If he is no longer able to compensate in reading as he has been doing or if regular education can no longer meet his needs, then we can include reading on his IEP." This team

reached a unanimous consensus that due to Kirk's significant learning delays in spelling and reading components that regular education alone could not adequately and appropriately address his limited learning style and significant instructional needs.

7. Extensive instruction centered upon the phonics component to support developing the skills of reading fluency. Spelling instruction was based upon the phonics approach and used specifically to support written composition and used to practice reading fluency. This instruction was primarily one-to-one instruction with occasional small-group practice sessions during a period of over 3 years. Kirk always gave his dedicated attention and effort to all instructional tasks and strived for his goal of becoming a "reader". That goal of becoming a "reader" was discussed at IEP reviews and at the beginning and closing of each school year to determine Kirk's academic progress and goals. Kirk was only able to participate within the mainstream of regular education reading classes because of the supportive-instruction that he was receiving from his placement in the Learning Disabilities classroom and the support of follow-through that he received at home. As by state mandates, Kirk's placement had to be justified as being the least restrictive environment, thus he continued to receive support services from Learning Disabilities and remained in regular reading only with the accommodations and extensive support services that allowed that placement to continue It is certain that if that support system were not in place Kirk would not have been able to progress with regular elementary education due to his substantially limited abilities in reading and spelling.

_____
Affiant

SWORN TO and SUBSCRIBED BEFORE ME on this 13th day of November, 2007.

MARK JOSEPH HAWKINS
Notary Public - Minnesota
Commission No. 31012219
My Commission Expires Jan. 31, 2011

Notary Public in and for the State of Minnesota

My Commission Expires: 1/31/2011



# Fridley Public Schools
A World-Class Community of Learners

Lori TeeGardern
Reading Specialist
Fridley Middle School
6100 West Moore Lake Drive
Fridley, Minnesota 55432
School Phone: 763-502-5417
Summer Phone: 763-236-6953
School Fax: 763-502-5440

June 29, 2007

NBME Disability Services
3750 Market Street
Philadelphia, PA  19104

It is my greatest joy to write this letter on behalf of Kirk Jenkins, a student that I met in his third grade year at Rothschild Elementary School in Rothschild, Wisconsin. Kirk was identified with Learning Disabilities in grade three and became one of my most memorable students; to this date I tell my present students about Kirk noting his dedication and perseverance because he had specific goals that he wanted to meet and strived each day to attain them.

I have been a Learning Disabilities teacher for over 20 years and also have a masters' in Education Curriculum and a second masters' in Reading. At Rothschild Elementary I was the Learning Disabilities specialist for grades kindergarten through grade six. Presently I am a Reading Specialist for a middle school in Fridley, Minnesota and participate on reading panel level assessments for the state of Minnesota.

Kirk was referred for a learning disabilities assessment due to experiencing difficulties and frustrations with the academics of written language, spelling and reading. He was evaluated by Michael Gontarz the school psychologist and myself, Lori TeeGarden-Anderson, learning disabilities teacher. Both assessments were shared at the Multidisciplinary Team meeting that also included his grade three teachers, the school principal and both parents. Both assessments concluded difficulties in phonemic/phonics mastery, fluency, vocabulary, spelling and writing.

As defined by the International Reading Association there are five essential components of effective, research-supported reading instruction which are phonemic awareness, phonics, fluency, vocabulary and comprehension along with instruction components of spelling, writing, assessment and motivation. Extensive conversation discussing Kirk's need for reading instruction occurred at this meeting, with discussion elaborating that Kirk's assessments illustrate that he was not proficient in the components of phonemic/phonics, fluency and sight word vocabulary. Through motivation and perseverance he was able to within the regular mainstream setting display a level of comprehension however, the concept of "reader" was discussed and as a team it was agreed that Kirk did not possess the abilities to be a reader due to the other missing essential components. This discussion led to the decision as to which placement would best meet his needs and be within the least restrictive environment. The consensus was then that Kirk would remain in the

regular education setting for reading class only with the necessary additional support services or a learning disabilities setting for phonics, writing and supportive reading skills/strategies.

It was agreed by all M-team members that Kirk was in need of one-to-one instruction to best meet his educational needs in reading and spelling. This is also documented in the school psychologist's report, "Since Kirk is achieving success in the middle reading group, we should continue regular education for reading with close monitoring by the learning specialist. If he is no longer able to compensate in reading as he has been doing or if regular education can no longer meet his needs, then we can include reading on his IEP." This team reached a unanimous consensus that due to Kirk's significant learning delays in spelling and reading components that regular education alone could not adequately and appropriately address his limited learning style and significant instructional needs.

Extensive instruction centered upon the phonics component to support developing the skills of reading fluency. Spelling instruction was based upon the phonics approach and used specifically to support written composition and used to practice reading fluency. This instruction was primarily one-to-one instruction with occasional small-group practice sessions during a period of over 3 years. Kirk always gave his dedicated attention and effort to all instructional tasks and strived for his goal of becoming a "reader". That goal of becoming a "reader" was discussed at IEP reviews and at the beginning and closing of each school year to determine Kirk's academic progress and goals. Kirk was only able to participate within the mainstream of regular education reading classes because of the supportive-instruction that he was receiving from his placement in the Learning Disabilities classroom and the support of follow-through that he received at home. As by state mandates Kirk's placement had to be justified as being the least restrictive environment, thus he continued to receive support services from Learning Disabilities and remained in regular reading only with the accommodations and extensive support services that allowed that placement to continue. It is certain that if that support system were not in place Kirk would not have been able to progress with regular elementary education due to his substantially limited abilities in reading and spelling.

Please contact me with any further questions or concerns.

Sincerely,

Lori TeeGarden
Reading Specialist