```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 5 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Amarillo Division*

Kirk D. Jenkins
_____

Plaintiff

v.

National Board of Medical Examiners
_____

Defendant

**2 - 0 7 C V - 2 6 3 - J**

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(f), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Kirk D. Jenkins, Plaintiff, and National Board of Medical Examiners, Defendant,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

National Board of Medical Examiners

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Kirk D. Jenkins,
National Board of Medical Examiners

| | |
|---|---|
| Date: | December 5, 2007 |
| Signature: | |
| Print Name: | Vincent E. Nowak |
| Bar Number: | 15121550 |
| Address: | P.O. Box 31656 |
| City, State, Zip: | Amarillo, Texas 79120 |
| Telephone: | (806) 372-5050 |
| Fax: | (806) 371-6230 |
| E-Mail: | venowak@mhba.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons