AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

Kirk D. Jenkins,
Plaintiff

V.

National Board of Medical Examiners,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **2-07CV-263-J**

TO: (Name and address of Defendant)

National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennslyvania 19104
in care of the Secretary of State of Texas, P.O. Box 12079, 1019 Brazos
Street, Austin, Texas 78711-2079, as statutory agent for service of
process pursuant to Texas Civil Practice and Remedies Code § 17.044.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent E. Nowak
TSB# 15121550
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
500 South Taylor, Suite 800, LB# 213
Amarillo, Texas 79120-1656
(806) 372-5050 Telephone
(806) 371-6230 Facsimile

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK

*[signature]*

(By) DEPUTY CLERK

DEC - 5 2007

DATE

▲AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

                                                _____
                                                 *Signature of Server*

                                                 _____
                                                 *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.