**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 10 2007

CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

KIRK D. JENKINS,                            §
                                            §
            Plaintiff,                       §
                                            §
v.                                          §
                                            §
NATIONAL BOARD OF MEDICAL                   §        NO. 2:07-CV-263-J
EXAMINERS,                                  §
                                            §
            Defendant.                       §
                                            §
                                            §
                                            §
                                            §

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

The Court will conduct an evidentiary hearing on Plaintiff's request for a

preliminary injunction on **Wednesday, December 12, 2007**, beginning at **9:00 a.m.** in

the second floor courtroom of the federal courthouse located at 205 E. Fifth Ave. in

Amarillo, Texas.

It is SO ORDERED.

Signed this the _____10th_____ day of December, 2007.

**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE