

# Case Assignment
## Standard CivilAssignment

Case number **3:07CV-698-H**

Assigned : Chief Judge John G. Heyburn II
Judge Code : 4412

Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 12/18/2007

Request New Judge ..... Return