UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KIRK D. JENKINS**                                                                                         **PLAINTIFF(S)**

**VS**                                                                             **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**                                      **DEFENDANT(S)**

**O R D E R**

  **IT IS ORDERED** that the above-styled case is set for a telephonic motion hearing to discuss the pending motions (DN#5, 9) before the Court on **JANUARY 4, 2008 at 10:00 a.m., Prevailing Louisville time.** The Court will initiate the call.

  No later than TWO days prior to the date of the conference, each party to this action shall notify the deputy clerk of the name(s) of the individual(s) who will participate by telephone and indicate the telephone number and extension at which they can be reached at that time. Notification may be made by e-mail to: [andrea_r._kash@kywd.uscourts.gov](mailto:andrea_r._kash@kywd.uscourts.gov). Counsel may also appear if person, if they wish to do so by notifying the Court's Deputy.

Date: December 19, 2007

                  **ENTERED BY ORDER OF COURT**
                  **JOHN G. HEYBURN II, CHIEF JUDGE**
                  **UNITED STATES DISTRICT COURT**
                   **JEFFREY A. APPERSON, CLERK**

                  **BY:** */s/: Andrea Kash*
                    **Deputy Clerk**

Copies to:
Counsel of Record
National Bd of Medical Examiners-Attention-Trish Weaver
  3750 Market Street, Philadelphia, PA   19104