IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| KIRK D. JENKINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07CV-698-H |
| | ) | |
| NATIONAL BOARD OF | ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS | ) | |
| Defendant(s). | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned counsel enters his appearance on behalf of the defendant National Board of Medical Examiners **in the place and instead of Thomas C. Riney, Joni Paul Kleinschmidt and Mitzi S. Mayfield**. All notices, correspondence and pleadings should be directed to the undersigned.

Respectfully submitted,

**STURGILL, TURNER,
BARKER & MOLONEY**

/s/Stephen L. Barker
Stephen L. Barker, KBA # 03270
333 W. Vine Street, Suite 1400
Lexington, KY 40507
Telephone: (859) 255-8581
Facsimile: (859) 231-0851
sbarker@sturgillturner.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008 I electronically filed the foregoing with the clerk of the court using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or by fax to the following non-CM/ECF participants:

**Thomas C. Riney**
Riney & Mayfield LLP
320 South Polk Street
Suite 600
Amarillo, TX 79101

**Joni Paul Kleinschmidt**
Riney & Mayfield LLP
320 South Polk Street
Suite 600
Amarillo, TX 79101

**Mitzi S. Mayfield**
Riney & Mayfield LLP
320 South Polk Street
Suite 600
Amarillo, TX 79101

**Vincent E. Nowak**
Mullin Howard & Brown
500 South Taylor
Suite 800, LB#213
Amarillo, TX 79101

**Shelley Z. Green**, General Counsel & Director of Legal Services
**Suzanne Williams**, Associate Counsel
National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennsylvania 19104

                                                /s/Stephen L. Barker
                                                Stephen L. Barker, KBA # 03270
                                                Attorney for Defendant