**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**KIRK D. JENKINS**                                                                            **PLAINTIFF(S)**

**VS**                           **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**            **DEFENDANT(S)**

**O R D E R**

The above-styled action came before the undersigned for a telephonic conference on January 4, 2008.  There appeared on behalf of the plaintiff, Mr. Vincent E. Nowak; and on behalf of the defendants, Mr. Stephen Barker.

Discussions having been held and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that counsel shall file any additional briefs as discussed during this conference **on or before February 1, 2008.**

**IT IS FURTHER ORDERED** that a further telephonic conference will be held on **January 10, 2008 at 12:00 p.m., prevailing Louisville time.  Counsel shall notify the Court's Deputy, if there is not a need for this conference.**

**IT IS FURTHER ORDERED** that this matter is scheduled for a **preliminary injunction hearing on FEBRUARY 6, 2008 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the defendant's answer shall be filed **within 10 days of this order.**

Date: January 4, 2008

Copies to:

All Counsel of Record