IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| KIRK D. JENKINS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07CV-698-H |
| ) | |
| NATIONAL BOARD OF ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS ) | |
| Defendant(s). ) | |

**AGREED ORDER**

This matter has been set for hearing on February 6, 2008 upon the motions of the plaintiff, Kirk D. Jenkins, for preliminary injunction and temporary restraining order. The parties having agreed as to an expedited discovery period and the Court being otherwise sufficiently advised, IT IS HEREBY AGREED AND ORDERED as follows:

1. The parties shall exchange a list of witnesses they intend to call to testify at the hearing on or before January 15, 2008;

2. All discovery relating to the aforementioned motions is to be completed no later than January 28, 2008;

3. All written discovery shall be served (requests for documents may be made informally) no later than January 15, 2008 and answered no later than January 28, 2008; and

4. Exhibits to be used a the hearing shall be exchanged and filed with the Court on February 1, 2008.

Dated the _____ day of January, 2008.

1

JOHN G. HEYBURN, II, CHIEF JUDGE
U.S. DISTRICT COURT

HAVE SEEN AND AGREED:

s/ Vincent E. Nowak (with permission by Stephen L. Barker)
**Vincent E. Nowak**
Mullin Hoard & Brown
500 South Taylor, Suite 800, LB#213
Amarillo, TX 79101
Attorney for Plaintiff

/s/ Stephen L. Barker
Stephen L. Barker
Katherine M. Coleman
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1400
Lexington, KY 40507
**Attorneys for Defendant**