Fee Paid
Rcpt #133013452

FILED (SG)
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
08 JAN -9 AM 9:05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

KIRK D. JENKINS

    Plaintiff,

v.                               Civil Action No. **3:07CV698-H**

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## APPLICATION TO APPEAR PRO HAC VICE

I, Vincent E. Nowak, file this application to appear pro hac vice before the court.

### A. Application

1. My full name is Vincent E. Nowak.

2. I am an attorney and a partner with the law firm of Mullin Hoard & Brown, L.L.P.

3. My office address, telephone number, and fax number are as follows: 500 South Taylor, Suite 800, LB# 213, P.O. Box 31656, Amarillo, Texas, 79101, (806)372-5050, facsimile (806) 371-6230.

4. I have been retained by Kirk D. Jenkins to provide legal representation in this case.

5. Since September 1990, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts: all Texas State Courts, State of Texas, Northern District of Texas and the United States Supreme Court.

7. I have not been the subject of a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

8. I have not been charged, arrested, or convicted of a criminal offense or offenses.

9. In the past three years, I have not applied to appear pro hac vice before this court.

10. I certify that I have read and am familiar with the local civil rules of this court and that I will abide by and comply with these rules.

### B. Conclusion

11. For these reasons, I, Vincent E. Nowak, ask the court to grant this application and allow me to appear pro hac vice before this court until the conclusion of this case.

Respectfully submitted,

Vincent E. Nowak, SBOT# 15121550
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050
806.371.6230 (Fax)

_____
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served on Defendant on this 9th day of January, 2008 by facsimile transmission as follows:

Stephen L. Barker
Sturgill, Turner, Barker & Moloney, P.LL.C.
333 West Vine Street Suite 1400
Lexington, KY 40507

_____
Vincent E. Nowak