# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **VINCENT NOWAK**, Bar # **15121550**, was duly admitted to practice in said Court on **08/22/95**, and is in good standing as a member of the bar of said Court.

Signed at **Amarillo**, Texas on **01/04/08**.

Karen Mitchell

BY: _[signature]_
Deputy Clerk

**EXHIBIT A**