**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**KIRK D. JENKINS**

     **Plaintiff,**

**v.**                                                                          Civil Action No. **3:07CV698-H**

**NATIONAL BOARD OF MEDICAL**
**EXAMINERS,**

     **Defendant.**


### ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering Vincent E. Nowak's application to appear pro hac vice, the court

GRANTS Vincent E. Nowak's application and ORDERS that Vincent E. Nowak be allowed to

appear pro hac vice until the conclusion of this case.

SIGNED on _____, 200\_\_.


                                     _____
                                     U.S. DISTRICT JUDGE


**APPROVED & ENTRY REQUESTED:**


_____
Vincent E. Nowak