

1013977   5-194-442-9
Step 1 Request Form

# UNITED STATES MEDICAL LICENSING EXAMINATION™ (USMLE™)

## Step 1 and Step 2 Clinical Knowledge
## Applicant's Request for Test Accommodations

---

You MUST provide supporting documentation verifying your functional impairment.
In order to document your need for accommodation as completely as possible, please attach:

- Evaluation reports of appropriate professionals printed on letterhead and signed by the evaluator(s)
- Primary documentation (report cards, teacher notes, behavioral observations, medical records, lab reports, etc.)
- A personal statement describing your disability and it's impact on your daily life and educational functioning. Do not confine your comments to standardized test performance; rather discuss your overall functioning.
- Read documentation information on page 4.

---

Please note: NBME will acknowledge receipt of your request and audit your request for completeness. Submission of incomplete or illegible request forms and/or insufficient supporting documentation will slow the processing of your request. You may be asked to complete your request in a timely manner by submitting additional documentation.

Information regarding the granting or denial of test accommodations will not be released via telephone. All official communications regarding your request will be made in writing. Should you wish to modify or withdraw a request for test accommodations, please contact Disability Services at 215-590-9509.

---

Please type or print.

Accommodations are requested for the following Step examination (Use a separate form for each exam):
☒ Step 1    ☐ Step 2 Clinical Knowledge    ☐ Step 2 Clinical Skills    Year: __2007__

**Section A: Biographical Information**

1. Name: __JENKINS__  __KIRK__  __D__
              Last            First         Middle Initial

2. Gender: ☒ Male    ☐ Female

3. Date of Birth: __REDACTED__

4. SS# __REDACTED__ (if known)    5. USMLE # __5-194-442-9__

6. Address:
   Street
   _____
   City: __RINGLE__   State/Province: __WI__   Zip/Postal Code: __54471__
   Country: __USA__

   Daytime Telephone Number: _____
   Alternate Telephone Number: _____
   E-mail address: _____

RECEIVED
DEC 5 2006
Disability Services

7. Medical School: __UNIVERSITY OF LOUISVILLE SCHOOL OF MEDICINE__

**DEFENDANT'S EXHIBIT 1**

(Over)

**Section B: Nature of Disability**

8. Indicate the **nature of the disability** and the **year** it was first professionally diagnosed (select all that apply):

Sensory Impairments:
- ☐ Hearing Disability _____
- ☐ Visual Disability _____

Learning Impairments:
- ☒ Reading Disability    1991
- ☒ Writing Disability    1991
- ☐ Mathematics Disability _____
- ☐ Other: _____

Language Impairments:
- ☐ Receptive Language Disorder _____
- ☐ Expressive Language Disorder _____
- ☐ Mixed Receptive/Expressive Language Disorder _____
- ☐ Other: _____

Medical Impairments:
- ☐ Mobility/Motor _____
- ☐ Diabetes/Thyroid Dysfunction _____
- ☐ Epilepsy/Neurological _____
- ☐ Other: _____

Mental Health /Executive Function Impairments:
- ☐ Anxiety Disorder _____
- ☐ Mood Disorder/ Depression _____
- ☐ Attention Deficit Hyperactivity Disorder _____
- ☐ Other: _____

**Section C: Accommodations Information**

10. What accommodation(s) are you requesting? Accommodation(s) must be appropriate to the disability:

    ADDITIONAL TESTING TIME - TIME AND ONE-HALF

11. If you are requesting additional testing or break time, please indicate the amount of time requested (circle no more than one per Step).

**STEP 1:**

- ☐ Additional Break Time over 1 day
- ☐ Additional Break Time over 2 days
- ☒ Additional Testing Time – Time and one-half
- ☐ Additional Testing Time – Double Time
- ☐ Other (please specify): _____

(Continued on the next page)

RECEIVED

DEC 6 2006

Disability Services

2

**STEP 2:**

☐ Additional Break Time over 2 days                    ☐ Additional Testing Time – Time and one-half
☐ Additional Testing Time – Double Time
☐ Other (please specify): _____

12. Do you require wheelchair access at the examination facility?

    ☐ yes      ☒ no

If you require an adjustable height table, please indicate the number of inches from the floor: _____

**Section D: Accommodation History**

13. Prior classroom or test accommodations that you have received:

  A. Standardized Examinations      ☒ yes    ☐ no

    **Medical College Admission Test (MCAT):**

    Month/Year _April, 2004_

    Accommodation received _Time And One-Half; Additional Testing Time_

    (If extra time, note amount given _Time And One-Half_)

    Other: _ACT –_

    Month/Year _December, 1999_

    Accommodation received _Time And One-Half; Additional Testing Time_

    (If extra time, note amount given _Time And One-Half_)

  B. Medical School      ☒ yes    ☐ no

    Accommodation received _time + half on all written exams_

    Date Approved _8/05_

  **If yes, have an appropriate official at your medical school complete the Certification of Prior Test Accommodations form.**

  C. College      ☒ yes    ☐ no

    If yes, accommodations received _Time And One-Half; Additional Testing Time_

  D. Secondary or elementary school      ☒ yes    ☐ no

    If yes, accommodations received _Extended Time on Exams when Needed / LD Spelling + Reading Classroom Instruction_

(Over)

3

RECEIVED

DEC 5 2006

Disability Services

14. Authorization:

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in Section D of this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain any or all of the following: confirmation, clarification, and/or further information. I authorize such entities and professionals to provide NBME with all requested confirmation, clarification, and further information.

Signature: _____  Date: 11/25/06

**DO NOT SUBMIT:**
- Original documents; keep the original and submit a copy
- Research articles, resumes, curriculum vitas
- Handwritten letters from physicians or evaluators
- Handwritten letters from physicians or evaluators
- Documentation previously submitted to Disability Services
- Documentation previously submitted to your registration entity
- Previous correspondence from Disability Services
- Multiple copies of documentation (i.e., faxed and mailed copies of a document)
- Staples, clips, binders, page protectors, folders, or similar items

*Please note that submitting duplicate documentation and/or bound documentation may delay a decision regarding your request as all documentation must be processed.*

**DO SUBMIT:**
- Legible copies
- All documents in English. You are responsible for providing certified English translations of foreign-language documentation
- Typed or printed letters and reports from evaluators
- Documentation from childhood if you are requesting accommodations based on a developmental disorder, i.e. LD, ADHD, Dyslexia
- Documentation of your functional impairment in activities beyond test-taking
- Documentation of your functional impairment beyond self-report

Mail your completed questionnaire and documents to:

Students / Graduates of US & Canadian Medical Schools
Testing Coordinator, Disability Services, National Board of Medical Examiners,
3750 Market Street, Philadelphia, PA 19104-3190.
215-590-9509

Students / Graduates of International Medical Schools
Test Accommodations Coordinator, Educational Commission for Foreign Medical Graduates
3624 Market Street, Philadelphia, PA 19104 USA.

Please keep a copy of your completed request form for your records.

4

RECEIVED

DEC 5 2006

Disability Services



November 25, 2006

Testing Coordinator, Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

Testing Coordinator:

My name is Kirk D. Jenkins and I am writing requesting accommodations for the USMLE-Step 1 examination. I am requesting additional testing time, specifically time and one-half.

I was diagnosed as a functional dyslexic in grade school and was placed in the Learning Disability Program specifically for reading and spelling. Throughout middle school and high school I received time accommodations on exams. I also obtained accommodations on the ACT after my first four scores did not reflect high school performance. With time and one-half accommodation I scored a significantly improved mark. I also utilized accommodations throughout my undergraduate work at UW-Madison through the McBurney Learning Disability Center. Accommodations were granted for the April 2004 MCAT.

Enclosed is a re-evaluation dated August 25, 2003/September 4, 2003 by David Holmes, Ph.D., a licensed psychologist (License:848-057). He states DSM-IV Diagnosis of 315.9, Learning Disorder NOS (Principal). This resulted in accommodations for the MCAT. Also find enclosed Psychological Report by David Holmes, Ph.D., dated 10/02/1999 resulting in accommodations for the ACT testing and University of Wisconsin-Madison classes for time and one-half.

At University of Wisconsin-Madison I was evaluated and admitted into the McBurney Learning Disability Program. I received accommodation of time and one-half on exams. Contact person there would be Accommodations Specialist for Learning Disorders Mark Leddy, Ph.D., CCC-SLP at 608.265.5467 or mhleddy@wisc.edu.

Also enclosed is a Psychologist's Report by Michael Gontarz, Ed.D., a licensed psychologist (Depart. Of Public Instruction License G536-000-180-199) at D.C. Everest Area Schools dated January 31, 1991 resulting in my placement in the Learning Disabilities Program in the third grade. I received decoding skills, phoneme awareness and phonics. This was the suggested protocol for spelling and reading difficulties, i.e. dyslexia.

RECEIVED

DEC 5 2006

Disability Services

My father, David D. Jenkins, M.D. shows dyslexic tendencies. My older sister, Sarah E. Jenkins, was tested and evaluated by Robert T. Nash, Ph.D., a nationally known dyslexia expert. Sarah was admitted into Project Success, a dyslexic program at the University of Wisconsin-Oshkosh.

Currently I am attending the University of Louisville-School of Medicine and am receiving accommodation of extended time on all exams, quizzes and lab evaluations. Find enclosed documentation supporting above.

I have successfully combated this disability and been able to compete successfully at a very high academic level with dedication, preparation and endurance all facilitated by testing accommodations. Please allow me to the same accommodation of time and one-half on the USMLE Step 1 examination that I have received previously.

If you have any questions or need additional information, please contact meat 715-212-3393 or kdjenk02@louisville.edu.

Sincerely,

*[signature]*

Kirk D Jenkins

REDACTED

Ringle, WI 54471

RECEIVED

DEC 5 2006

Disability Services