


**National Board of Medical Examiners®**
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500

1014026   5-194-442-9
Insufficient Documentatio

DEFENDANT'S EXHIBIT 2

-Confidential-

December 7, 2006

Kirk D. Jenkins   REDACTED

Ringle, WI 54471

RE: USMLE Step 1                              USMLE ID#: 5-194-442-9

Dear Mr. Jenkins:

We have conducted a preliminary review of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 1. However, the information you submitted is incomplete and we are therefore unable to make an informed decision about your request at this time.

Accommodations are intended to provide equal access to the USMLE testing program for individuals who are covered under the Americans with Disabilities Act (ADA). A diagnostic label, in and of itself, does not establish coverage under the ADA, nor does receipt of accommodations for a particular activity guarantee that identical accommodations are indicated or will be available in all future settings and circumstances. Regulatory decisions and case law have established that the ADA covers individuals who are substantially limited in a major life activity. Determination of whether an individual is substantially limited in functioning as compared to most people is based on assessment of the current impact of the identified impairment. Consequently, the documentation of evaluation conducted in September 2003 that you submitted does not provide information about your current functioning.

Please submit documentation of a current, comprehensive evaluation by a qualified diagnostician to demonstrate your current functioning. Your evaluator should review and discuss the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV-TR)* and the extent to which you meet the diagnostic criteria for each diagnosis assigned. Reports of psychological testing must include age-appropriate measures, identify the norms used to derive scores for each measure, and report scores for all tests and all subtests administered. Where they are available, age-normed standard scores or scaled scores should be provided, and raw scores should be provided when norms other than age-based are used. Your evaluator should provide specific information concerning your *current functional limitations* (what you can and cannot do on a regular and continuing basis), what therapy and/or medication is being used to treat your condition and the prescribed treatment's effectiveness, a specific recommendation for accommodations, and an explanation of how the accommodations will reduce the impact of the identified functional limitations on the testing activity.

Since learning disorders are developmental disorders that usually emerge during childhood, it is important to provide objective historical documentation of substantial limitation in learning throughout your development, including copies of any diagnostic evaluations that were conducted during your elementary and middle school years. Please provide objective records, such as records of special education in grade school, complete Individualized Education Plans (IEP), grade reports, as well as any other data that would demonstrate the developmental origins of your described condition. You report receiving accommodations in college, please submit documentation from that institution verifying the accommodations that you received. You should also submit scores for all administrations of national standardized tests such as the SAT, GRE, MCAT, etc., and documentation from the testing agency indicating what, if any, accommodations were provided.

Additionally, you should provide objective primary documentation of your *current functional impairment* beyond the test taking activity, as it is important to demonstrate significant impairment in one or more major life activities. These may be records such as job performance evaluations, college, medical school, and other post-secondary transcripts, medical school faculty/supervisor comments, or other sources of information to document what you can and cannot do on a regular and continuing basis.

Finally, please have Dr. David Holmes, confirm that the scores reported for the 2003 administration of the *Wechsler Individual Achievement Test – II (WIAT-II)*, were based on age norms; if not, he should provide the age-normed standard scores.

All documentation from professionals should be typewritten, submitted on the professional's letterhead, signifying his or her credentials, and must be signed and dated by the professional.

This information will assist us in determining whether you are a covered individual as defined by the ADA and if so, what accommodations would be appropriate.

Please refer to the USMLE Guidelines for Test Accommodation for a comprehensive description of how to document a need for accommodation and discuss this information with your evaluators to assist you in compiling complete and comprehensive documentation. The Guidelines may be accessed on the USMLE website at www.usmle.org.

We will place your request for accommodations on hold until we receive sufficient additional documentation or your current eligibility period expires, whichever is sooner. Your current eligibility period ends on July 31, 2007. If you feel you will not be able to provide additional information by this date, please contact your case coordinator, Maria L. Fuentes, at 215-590-9700. If we do not receive additional information from you before the end of your eligibility period, upon the expiration of your eligibility period your request for test accommodations will be cancelled and your registration will

be processed under standard conditions. If you do not plan to submit more information and would like your registration released prior to the expiration of your eligibility period, please fax a statement to that effect to 215-590-9422 and call 215-590-9700 to confirm receipt.

Please send additional information to:

> NBME Disability Services
> 3750 Market Street
> Philadelphia, PA 19104

You may fax your material to 215-590-9422. Please call 215-590-9700 to verify receipt. If you have any other questions, please contact your case coordinator at 215-590-9700.

Sincerely,

Gregory E. Baker, Psy.D.
Psychoeducational Assessment Associate, Disability Services

GEB/mf

Disability Services
215-590-9700
215-590-9422 (Fax)