UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

KIRK D. JENKINS

    Plaintiff,

v.                                     Civil Action No. **3:07CV698-H**

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## PLAINTIFF'S LIST OF EXHIBITS

**To the Honorable United States District Court Judge:**

At the February 6, 2008, hearing in the styled matter, Plaintiff intends to rely upon the exhibits attached to his Original Complaint. Because such exhibits are already on file with the Court, Plaintiff does not attach them hereto.

                                      Respectfully submitted,

                                      Vincent E. Nowak
                                      SBOT# 15121550
                                      MULLIN HOARD & BROWN, LLP
                                      500 S. Taylor, Suite 800
                                      P. O. Box 31656
                                      Amarillo, Texas 79120-1656
                                      806.372.5050
                                      806.371.6230 (Fax)

                                      _/s/ Vincent E. Nowak_

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served by electronic mail from the Clerk of the Court or according to the Federal Rules of Civil Procedure to the following counsel of record on this 1st day of February 2008:

Stephen L. Barker
Sturgill, Turner, Barker & Moloney, P.LL.C.
333 West Vine Street Suite 1400
Lexington, KY 40507

/s/ Vincent E. Nowak