IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| KIRK D. JENKINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07CV-698-H |
| | ) | |
| NATIONAL BOARD OF | ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS | ) | |
| Defendant(s). | ) | |

## DEFENDANT'S EXHIBITS LIST

Comes the Defendant, National Board of Medical Examiners ("NBME"), by and through counsel, and hereby tenders its list of exhibits, pursuant to Agreed Order entered January 14, 2009.

Defendant may introduce the following exhibits at hearing on February 6, 2008:

1.   Plaintiff's First Application for Step 1;

2.   Certificate of Identification and Authorization;

3.   Application for Testing Accommodations, with attachments;

4.   Jenkins' 11/25/06 letter requesting Testing Accommodations;

5.   12/5/06 NBME letter acknowledging request for accommodations;

6.   12/7/06 NBME letter requesting additional documentation;

7.   4/28/07 Sparks letter to Dr. Catherine Farmer;

8.   5/18/07 NBME letter denying request for accommodations;

9.   6/18/07 Jenkins letter requesting reconsideration of decision, with attachments;

10.   Eligibility Period Extension Form;

11.   7/19/07 Acknowledgement of Reapplication;

12.    8/5/07 Joseph E. Bernier, Ph.D. letter to Dr. Catherine Farmer;

13.    8/29/07 NBME letter denying request for reconsideration;

14.    E-mail canceling application period;

15.    Second Application for Step 1;

16.    2007-2009 School of Medicine Bulletin—University of Louisville HSC;

17.    University of Louisville School of Medicine Notification of registration period;

18.    Affidavit of Catherine Farmer, and exhibits attached thereto;

19.    Affidavit of Susan Deitch, and exhibits attached thereto;

20.    Affidavit of Joseph E. Bernier, Ph.D., and exhibits attached thereto;

21.    Plaintiff's D.C. Everest Transcript;

22.    Plaintiff's University of Wisconsin-Madison Transcript;

23.    Plaintiff's University of Louisville Transcript;

24.    11/7/07 letter from Edward C. Halperin, M.D., M.A., FACR, Dean of the University of Louisville School of Medicine, to Kirk Jenkins;

25.    1/18/08 letter from Sherri L. Gary, Sr. Academic Coordinator, University of Louisville Health Sciences Center;

26.    ACT Assessment Student Reports (3);

27.    3/22-23/07 e-mail communications from UL approving Step 1 study time extension;

28.    8/19/04 letter to "Dear Medical School Admissions Committee" from Kevin Strang;

29.    9/21/04 AMCAS Application Report;

30.    Secondary Application Form – Kirk David Jenkins – to University of Louisville

School of Medicine;

31.    Baer v. NBME Memorandum and Order contained in the file of John M. Lacey, Ph.D., HSSP;

32.    Gonzalez v. NBME Memorandum Opinion and Order contained in the file of John M. Lacey, Ph.D., HSSP;

33.    Dr. Lacey's handwritten notes, Exhibit 1 to Lacey deposition;

34.    Dr. Lacey's handwritten notes, Exhibit 3 to Lacey deposition;

35.    WAIS Test, Exhibit 6 to Lacey deposition;

36.    Score Report, Exhibit 7 to Lacey deposition;

37.    ACT data, charts and graphs reflecting average performance results of Wisconsin students and/or average national scores/performance, etc.;

38.    Curriculum vita of Catherine Farmer, Psy.D.;

39.    Curriculum vita of Richard Sparks, Ed.D.;

40.    PowerPoint presentation and/or slides depicting plaintiff's unaccommodated percentile test scores;

41.    PowerPoint presentation and/or slides depicting reading scores on all tests taken by Plaintiff;

42.    Jenkins Score Table;

43.    Relevant sections of the 4th edition of the DSM—"Learning Disorders", Exhibit 8 to Lacey deposition, and "Use of DSM-IV in Forensic Settings";

44.    USMLE Guidelines  to Request Test Accommodations, 2006 and 2007;

45.    Any and all documents produced in discovery;

46.    Any and all documents received by defendants pursuant to requests to educational

institutions and/or testing program institutions;

47.     Any and all exhibits to depositions taken in this action;

48.     Any and all exhibits to pleadings filed in this action, including trial briefs;

49.     Any exhibits identified by Plaintiff; and

50.     Any exhibits necessary for rebuttal.


                           Respectfully submitted,

                           **STURGILL, TURNER, BARKER**
                           **& MOLONEY, PLLC**

                           /s/Stephen L. Barker
                           Stephen L. Barker, KBA # 03270
                           Katherine M. Coleman, KBA # 84089
                           333 W. Vine Street, Suite 1400
                           Lexington, KY  40507
                           Telephone:  (859) 255-8581
                           Facsimile:   (859) 231-0851
                           sbarker@sturgillturner.com
                           kcoleman@sturgillturner.com
                           **Attorneys for Defendant**


### CERTIFICATE OF SERVICE

On February 1, 2008, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

Vincent E. Nowak
venowak@mhba.com


                            /s/Stephen L. Barker
                           Stephen L. Barker, KBA # 03270
                           Attorney for Defendant

g:\wp61\doc\slb\nbme\pleadings\defendant's exhibits list.doc