IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| KIRK D. JENKINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07CV-698-H |
| | ) | |
| NATIONAL BOARD OF | ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS | ) | |
| Defendant(s). | ) | |

**AFFIDAVIT OF SUSAN DEITCH**

STATE OF PENNSYLVANIA   )
                        ) S.S.
COUNTY OF PHILADELPHIA  )

I, Susan Deitch, having been duly sworn, hereby depose and state as follows:

1. I am employed by the National Board of Medical Examiners ("NBME") as Program Officer, USMLE Secretariat. As a Program Officer, USMLE Secretariat, I oversee and manage the Office of the USMLE Secretariat, plan and coordinate governing committee meetings and agendas, serve as the primary contact for USMLE information, and maintain the USMLE archive.

2. The NBME is a private non-profit corporation which, together with the Federation of State Medical Boards of the United States, Inc. ("FSMB"), another non-profit corporation, has established the United States Medical Licensing Examination™ ("USMLE"). The USMLE is an examination designed to assess a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills, that are important in health and disease and that constitute the basis of safe and effective patient care. All fifty states and four U.S. territories require the successful completion of the USMLE as a prerequisite to obtaining a medical license and they rely on the USMLE due to the integrity and validity of the

EXHIBIT 1

test. Results of the USMLE are reported to these authorities for use in evaluating applicants seeking an initial license to practice medicine. The USMLE provides them with a common evaluation system for these applicants. The NBME is responsible for ensuring that the USMLE impartially tests the knowledge and skills of aspiring physicians and must take care that the examinations are administered under standard conditions and that no examinee or group of examinees receives an unfair advantage. The goals of the USMLE are (i) to provide to licensing authorities meaningful information from assessments of physicians' medical knowledge and skills that are important to the provision of safe and effective patient care, and (ii) to assure fairness and equity to physicians by performing these assessments using the highest professional testing standards.

3. The mission of the NBME is to protect the health of the public by providing a common, consistent, state-of-the-art system of assessment for health professionals. Maintaining the integrity of the testing process is a critical part of the NBME's obligation to protect the public safety. In order to ensure the integrity and meaning of the scores, the USMLE is administered under standard conditions and no examinee or group of examinees receives unfair advantage over another on the examination.

4. NBME has a policy of granting accommodations in the form of alterations to the standard format of the exam only to those examinees with disabilities as defined by the Americans with Disabilities Act ("ADA"). Specifically, to qualify for an accommodation under the ADA, examinees must demonstrate that they are substantially limited in a major life activity. A mere diagnosis of a disability is not sufficient.

5. There are three major segments to the USMLE, known as "Steps." Step 1 assesses whether an applicant can understand and apply important concepts of the sciences basic to the practice of medicine, with special emphasis on the principles and mechanisms underlying

health, disease, and modes of therapy. Step 2, which consists of separate clinical knowledge ("CK") and clinical skills ("CS") components, assesses whether an applicant can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 3 assesses whether an applicant can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings.

6. In order to take USMLE, an applicant has to meet strict eligibility requirements. With respect to the Step 1 or Step 2 examination, only those persons who fall into one of the following categories at the time of application and on the day of examination are eligible to sit for these examinations:

- A medical student officially enrolled in or a graduate of a United States or Canadian medical school accredited by the Liaison Committee on Medical Education;

- A medical student officially enrolled in or a graduate of a United States osteopathic medical school accredited by the American Osteopathic Association; or

- A medical student officially enrolled in or a graduate of a foreign medical school and eligible for examination by the Educational Commission for Foreign Medical Graduates for its certificate.

In addition, an individual physician who is eligible for licensure by a medical licensing authority, but who is not in one of the above three categories, may take Steps 1 or 2 upon request by that licensing authority and upon meeting certain requirements for licensing established by that licensing authority.

7. The Step 1 examination is offered five to six days per week, 50 weeks a year at selected Prometric® Inc. computer test centers, thus allowing examinees to take the examination at a time that is convenient for them.

8. Eligible registrants must select a three-month period during which they wish to take the examination. Upon completion of the registration process and a determination of eligibility, NBME sends to the registrant a Scheduling Permit, which specifies the three-month eligibility period during which the registrant must complete the examination. It is then the registrant's responsibility to contact his or her preferred Prometric Testing Center to schedule a test date during that three-month period. If a registrant is unable to take the Step 1 examination within his or her eligibility period, a one-time extension is available to take the test during the contiguous three-month eligibility period.

9. The plaintiff, Kirk D. Jenkins ("Jenkins"), initially submitted an application on November 26, 2006 to take Step 1 of USMLE, selecting an eligibility period of May, June, and July 2007. On May 21, 2007 Jenkins' eligibility period was changed to June, July and August 2007 due to his pending request for accommodation on Step 1 of the USMLE. On July 6, 2007, Jenkins requested an extension of his eligibility period to September, October and November 2007. On October 27, 2007, Jenkins scheduled to take Step 1 of the USMLE in Amarillo, Texas, on November 29, 2007. On November 9, 2007, Jenkins cancelled his November 29, 2007 registration. (See attached Collective Exhibit A.)

10. On November 9, 2007, Jenkins submitted a new application to take Step 1 selecting an eligibility period of December 2007 through February 2008. On November 16, 2007, Jenkins registered to take Step 1 on December 18, 2007, in Amarillo, Texas. On December 13, 2007, Jenkins rescheduled his December 18, 2007 testing appointment for February 12, 2008 in Louisville, Kentucky. (See attached Collective Exhibit B.)

- 5 -

11. Each year the USMLE program issues a Bulletin of Information (BOI) explaining in detail all aspects of the USMLE, including the application process and score reporting. As part of the application process, examinees certify that they have read the current (BOI) and Application Instructions, are familiar with their contents, and agree to abide by the policies and procedures described therein. Jenkins completed the certification as part of his November 26, 2006 and November 13, 2007 applications to take Step 1. (See attached Exhibits A and B; See also Collective Exhibit C, 2006 and 2007 Bulletin of Information.)

12. The BOI states that score reports from computer based examinations (Step 1, 2 CK and 3) are typically available three to four weeks after administration. Because delays are possible, examinees are advised to allow up to eight weeks in which to receive a score report. (See Attached Exhibit C, USMLE Bulletin of Information.) In addition, examinees are advised via the website at www.usmle.org that no scores for computer-delivered Step examinations will be released during the week of December 24. It has been the practice of the USMLE program since 1999 not to release scores during the holiday season to allow NBME employees to spend time with their families. The Board is also closed on December 24, 25, 31, and January 1; many employees take vacation during the intervening days.

Further Affiant Sayeth Naught.

_____
Susan Deitch

Sworn to before me and subscribed in my presence this 31st day of January, 2008.

_____
Notary Public, State-at-Large, Pennsylvania
My Commission Expires: 11/16/09

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Patricia Weaver, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Nov. 16, 2009
Member, Pennsylvania Association of Notaries