Candidate Archived Application                                                Page 1 of 4

**Page 1**

### USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

Reference ID:SY90315              USMLE ID#:51944429              Exam:STEP1

## MEDICAL SCHOOL INFORMATION

Below is the medical school in your record.

| | |
|---|---|
| **Medical School:** | Kentucky - U Louisville School of Medicine |
| **Date Enrolled:** | 08/01/2005 |
| **Date Medical Degree Expected/Conferred:** | 05/01/2009 |
| **Medical Degree Expected/Conferred:** | MD |
| **Are you participating in a combined MD/PHD Program?:** | N |

## ELIGIBILITY PERIOD:

Select one three-month testing period from the drop-down list below. To allow time for processing, select a period which begins at least a few weeks after you plan to submit your completed application. You will be assigned to the period you select unless you took and failed this exam less than sixty days before the period begins or you have taken and failed this exam three times within a twelve-month period. In either case, you will be assigned to the first three-month period for which you are eligible.
**Note: Step 1 and Step 2 CK are not available during the first two weeks of January or on major holidays.**

**Step 1:**                                                   May 1 - Jul 31, 2007

## REGION:

Select the region where you will take the exam from the drop-down list below. Note that there is an additional fee for testing outside of the United States and Canada.

**Step 1:**                                                   United States and Canada

End of Page 1

**Page 2**

### USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

Reference ID:SY90315              USMLE ID#:51944429              Exam:STEP1

## NAME:

Collective EXHIBIT ___A___

about:blank                                                              12/6/2007

Candidate Archived Application

Below is your name on your NBME record. It must match your name **exactly** as it appears on the ID you plan to present at the test center (an unexpired, government-issued form of identification that includes both your photo and signature, such as a current driver's license or passport). You must present this identification and your Scheduling Permit at the testing center to take the exam and your names must match.

**First Name:**                        Kirk

**Middle Name:**                 David

**Last Name:**                      Jenkins

If you have changed your name or if your name is misspelled and you have not requested to have it changed on your NBME record, please check the Name Changed box below. If your name changes after submitting your application, but prior to taking an exam, return to this website and complete the online Name Change form according to the instructions.

## NAME CHANGE INFORMATION:

**Name Changed:**                  N

## CONTACT INFORMATION:

Enter or update your current email address and mailing address using proper upper and lower case. Communications about your application and registration will be sent by email. Your score report will be sent to the address provided here.

**Country:**                     United States including PR, VI, Guam

**Address Line1/Apartment#:**

**City:**

**State:**

**Zip:**             **REDACTED**

**Email Address:**

**Daytime Telephone Number:**

## US SOCIAL SECURITY AND NATIONAL IDENTIFICATION NUMBERS:

Enter or update your social security number (SSN) and/or national identification number (NIN) below (dashes not required). If you are entering an NIN, use the drop-down list below to select the country that assigned the number.

**Social Security Number:**

## DATE OF BIRTH:

**Birth Date:**

## GENDER:

**Gender:**                    M

## PREVIOUS MEDICAL SCHOOL HISTORY:

If you previously attended another medical school in the US or Canada, complete the following section. Use the drop-down lists below to select your previous school and the dates of attendance. If you attended another medical school outside of the US, you may leave this section blank.

## CITIZENSHIP UPON ENTERING MEDICAL SCHOOL:

Country:                                                    United States including PR, VI, Guam

---
End of Page 2
---

**Page 3**

### USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:SY90315                USMLE ID#:51944429                Exam:STEP1

## TEST ACCOMMODATIONS:

If you have a documented disability, are covered under the Americans with Disabilities Act (ADA), and wish to request test accommodations, please check the box next to the exam(s) for which you are applying and will be requesting the accommodation(s). Checking this box does not constitute an official request. You must also submit a completed questionnaire, along with appropriate documentation, as your official written request for test accommodations. For further instructions, refer to USMLE Test Accommodations at www.nbme.org/programs/ota1.asp .

I have a documented disability covered under the Americans with Disabilities Act and am requesting test accommodations for this exam.

**Step 1:**                                                    Y

---
End of Page 3
---

**Page 4**

### USMLE Step 1, Step 2 CK and Step 2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:SY90315                USMLE ID#:51944429                Exam:STEP1

## OPTIONAL INFORMATION:

The following information is optional. We encourage you to provide this information which will be used for research purposes only. Your response is voluntary. The processing of your application will not be affected by your response to this section.

**Select the option or options which best describe your racial/ethnic background. ( American Indian/Alaskan Native, Asian, Native Hawaiian/Other Pacific Islander, Hispanic or Latino, Black or African American, White, Other, Do not wish to respond):**                White

**Is English your Native Language (Yes, No, Do not wish to respond)?:**                Yes

Candidate Archived Application

---

End of Page 4

---

Page 5

## USMLE Step 1, Step 2 CK and Step 2 CS Application - Part A
## For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:SY90315                 USMLE ID#:51944429                 Exam:STEP1

**FEES:**

**Payment Method**                              Master Card/Visa
**Step 1 Application Fee:**                      $470.00

**URLS:**

STEP1 Bulletin of InformationUSMLE Test Accommodations for NBME Step 1, Step 2 CK and Step2 CS Applicants

---

End of Page 5

---

You must read this section before completing your application.

Applying for Step 1, Step 2 Clinical Knowledge (Step 2 CK) or Step 2 Clinical Skills (Step 2 CS) Using the NBME Licensing Examination Services Website

You may use one online application to apply for Step 1, Step 2 CK and /or Step 2 CS at the same time. If you wish to exit the application before submitting it, your application will be saved for two weeks. After completing the online portion of the application, you will print out, complete and mail a two-part Certification of Identification and Authorization Form.

- The Certification of Identification section requires either an authorized medical school official (if you are currently enrolled in medical school) or a notary public (if you are a medical school graduate) to certify your identity. This certification form, implemented on December 8, 2004, is valid for five (5) years.

- The Applicant Authorization section asks you to certify your identity, to agree that your password and USMLE ID# should be treated by you as confidential, and any interaction using your password and USMLE ID# will be considered to be from you. It also gives you the option to authorize the NBME to accept your NBME on-line services password in lieu of your signature for purposes of processing all future online transactions with the NBME. This authorization does not expire.

In subsequent applications, you will submit only the online application form unless your name changes or your Certification of Identification expires. In these cases, you will be required to submit a new Certification of ID form.

Read the _USMLE Bulletin of Information_ carefully before continuing. It contains information regarding eligibility requirements, exam content, eligibility periods, scheduling/rescheduling your exam, testing, scoring, and score reporting.

You can refer to the Bulletin at any point while completing the online application by clicking the link at the bottom of each page. You will be asked to agree to a statement certifying that you have read the current Bulletin before you submit your application.

Eligibility Requirements

At the time you submit your application _and_ when you take the exam, you must be officially enrolled in or a graduate of:
- A US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME), or
- A US medical school program leading to the DO degree that is accredited by the American Osteopathic Association (AOA).

If your eligibility status changes after you submit your application, you must contact the NBME immediately at 215-590-9700.

Application Materials

Application materials available on the NBME website include:

- *USMLE Bulletin of Information*
- *Disability Services Guidelines* for documenting test accommodations requests for Step 1, Step 2 CK, and Step 2 CS
- Tutorial and sample tests for Step 1, Step 2 CK, and Step 2 CS
- Videos and a General Information Booklet for Step 2 CS

## The Application Process

**Online Application**
- Complete and submit. Use proper upper and lower case for your name and address. Be careful to enter your correct email address. Check the summary page for accuracy and print it for your records.
- Print, complete and mail the Certification of ID and Authorization Form as instructed below.
- Print and mail the Fee Payment Form, as instructed, if you choose to pay by check or money order.

**Certification of ID**
- Affix your photo in the designated space. Photos must be full-faced, current and at least 2" by 2".
- If you are enrolled in medical school, take the form to the school official authorized to sign USMLE applications. Your school official must sign in the designated section and affix the school seal partly upon your photo.
- If you are a medical school graduate, take the form and accompanying NBME Acknowledgement Form to a notary public / commissioner of oaths who must notarize both forms in the designated sections.

**Applicant Authorization**
- Check the appropriate box and sign on the signature line.

**Registration**
- NBME will
  - process your registration.
  - contact your medical school to verify your eligibility.
  - notify you by email/letter about any problems and will resolve them when you respond.
  - send you a Scheduling Permit when your registration is complete (by mail for Step 1 and Step 2 CK; by email for Step 2 CS).

**Scheduling a Test Date for Step 1 and Step 2 CK**
- Follow the instructions on your Scheduling Permit.
- After you have scheduled your appointment, go to www.Prometric.com and print out your appointment information, which includes a confirmation number, test date, test center address and phone number.

**Scheduling a Test Date for Step 2 CS**
- Follow the instructions on your Scheduling Permit.

**Exam day**
- Go to the test center on your confirmed date as instructed on your Scheduling Permit.
- Present your Scheduling Permit and unexpired, government-issued form of identification that includes **both** your photo and signature, e.g., a driver's license or passport. Your name on the ID and permit must match **exactly**, with the exception that

there may be no middle name, initial or suffix on one or the other.

Additional Requirements and Information

**To avoid a delay in processing, your Certification of ID and Authorization Form must be complete, signed and certified as instructed and, if paying by check or money order, your fee and Fee Payment Form must be submitted. Credit card payment, if approved, will be processed when you submit your online application. A receipt for credit card payment will be available for you to print.**

**The application fee is nonrefundable and is not transferable from one application to another.** If you do not take the Step within your eligibility period and wish to take it in the future, you must reapply with a new application and fee. **For Step 1 and Step 2 CK only**, you may request a **one-time-only** extension through the next three-month period. A $50 fee is charged for this service. The Eligibility Period Extension Request Form is available for you to print on this website.

If your **name** changes after you submit your application, select the Name Change link on this website to change your name on the NBME record. A new Certification of ID form will be required. Print, complete and mail according to the instructions on the form. Telephone and e-mail are not accepted for this purpose. A new Scheduling Permit, containing your new name, will be sent to you. **You must bring this new Scheduling Permit to be admitted to the test center. Reminder: your name on your ID and on the new permit must match exactly.** Name changes must be made no later than 7 business days before your testing appointment or you will not be able to test.

If your **contact information** changes after you submit your application, select the Change Contact Information link on this website. Telephone and email are not accepted for this purpose.

☐ **Check this box to certify that you have read the information above, are familiar with the contents and agree to abide by the policies and procedures described therein.**

 

**Email Details**

Reference ID: SY90315    USMLE ID: 5-194-442-9    Applicant: Jenkins, Kirk David    Create date: 11/26/2006

Comm. Type: Application Processed

To...    From:    USMLEReg@nbme.org    Employee:   Gillespie, Rach

Subject: USMLE Application SY90315    Sent date:   11/27/2006 04:1

REDACTED

Name: Jenkins, Kirk David
Reference ID: SY90315
USMLE ID: 51944429

Your USMLE Step 1 application has been processed.

Your registration is incomplete.   We are waiting for your Certification of ID/Applicant Authorization form.

We are waiting for your medical school to verify your enrollment status on our secure website.  Your medical school has been
notified.

To check the status of your registration on the NBME Licensing Examination Services Website, go to
https://external1.nbme.org/interactive/.

OK    Cancel

Page 1 of 2

**CERTIFICATION OF IDENTIFICATION AND AUTHORIZAT**
National Board of Medical Examiners® (NBME®
3750 Market Street, Philadelphia, PA 19104-3190  (215) 590-9700

3868584        5-194-442-9(3)
Jenkins, Kirk David
webmail@nbme.org

| | | | |
|---|---|---|---|
| Document ID: | Y0100298 | Reference ID: | SY90315 |
| Name: | Jenkins, Kirk David | USMLE ID: | 5-194-442-9 |
| Email Address: | | SSN/NIN: | |
| Medical School: | U Louisville School of Medicine | Date of Birth: | |

REDACTED

### Certification of Identification by Medical School Official

When completed and submitted to the NBME, this section of the form will become a part of your NBME record and will be used to identify you when you apply to the NBME for a USMLE Step within the next 5 years.



SEAL

The impression of the seal must be partly upon the photo.

I certify that on the date set forth below the individual named above did appear personally before me, and that I did identify this applicant by: (a) comparing his physical appearance with the photograph affixed hereto, and (b) comparing the signature made in my presence on this form with the signature on his/her identifying document.

School Official's Name: _Sherri Gary_

Title: _Sr/Academic Coordinator_

Signature: _Sheri Gary_          Date: 11/28/06

### Applicant Agreement and
### Authorization for Processing Online Transactions

- I certify that I am the individual named above, am represented in the attached photograph and that the signature below is my signature.
- I understand and agree that my password and USMLE ID# should be treated by me as confidential and that any communication or other interaction with the NBME using my password or USMLE ID# will be deemed to be communications or interactions conducted by me.
- I understand that my password and USMLE ID# will be used to identify me when I interact online with the NBME and that my response to one of the statements below will become part of my NBME record.

Please choose one

☒ I authorize the NBME to accept my NBME online services password and USMLE ID# in lieu of my signature for purposes of processing any future transactions with the NBME including, for example, applications and requests for my score records. By selecting this option, I understand that I will be able to request future services through the NBME online system. I understand that once selected, this authorization will not expire except by written request.

☐ I do not authorize the NBME to accept my NBME online services password and USMLE ID# in lieu of my signature for purposes of processing future transactions with the NBME. By selecting this option, I understand that I will submit signed authorizations for each online service request.

Applicant's Signature _____          Date 11/28/06

Email Details

Reference ID: SY90315   USMLE ID: 5-194-442-9   Applicant: Jenkins, Kirk David

Comm. Type: Document Received   From:   USMLEReg@nbme.org

To...

Create date: 12/06/2006
Employee:   Gillespie, Rach...
Sent date:   12/06/2006 10:2...

Subject:   USMLE Application SY90315

REDACTED

Name: Jenkins, Kirk David
Reference ID: SY90315
USMLE ID: 51944429

Your USMLE Step 1 Certification of ID/Applicant Authorization has been received.

Your registration is complete.

Your eligibility period is May 1 - Jul 31, 2007.
Your permit is on hold because you indicated on your registration application that you are requesting test accommodations. Your permit will be sent to you as soon as Disability Services completes the processing of your test accommodations request. This process takes approximately 6 weeks from the date Disability Services receives all of the necessary information as described in the test accommodations section of the NBME website.

To check the status of your registration on the NBME Licensing Examination Services Website, go to
https://external1.nbme.org/interactive/.

OK    Cancel



Jenkins, Kirk David 5/14/84 (2.0)

Reg cancelled per his request- forfeit fee. EW 11/9/07

5/21 Step 1 EP changed to Jun-Aug. per OTA request. SYL

OK        ✗ Cancel

E-mail Details

Reference ID: SY90315    USMLE ID: 5-194-442-9    Applicant: Jenkins, Kirk David    Create date: 05/24/2007

Comm. Type: New CBT Permit    From: USMLEReg@nbme.org    Employee: Millbourne, Sylv...

To: ...    Sent date: 05/24/2007 09:1...

Subject: USMLE Step 1 Scheduling Permit

REDACTED

Name: Jenkins, Kirk David
Reference ID: SY90315
USMLE ID: 51944429

Your USMLE Step 1 SCHEDULING PERMIT IS NOW AVAILABLE on the NBME Licensing Examination Services (NLES) website. Please note that you will NOT receive a Scheduling Permit for this exam by mail.

YOU MUST PRINT YOUR SCHEDULING PERMIT AND BRING IT WITH YOU TO THE TEST CENTER ON YOUR SCHEDULED TEST DATE.

To access your Scheduling Permit, go to NLES at http://examinee.nbme.org/interactive, login, and select the "Print Scheduling Permit" link. From the list of displayed exams, select the "Print Permit" link for the corresponding exam. Your permit will open in a new browser window. Use your browser's "Print" function to print the permit. Refer to the instructions on the permit to schedule your test date. Please be aware that test centers fill up quickly and you are advised to schedule a test date as soon as possible.

If you have any questions about your Scheduling Permit, please reply to this email or call the NBME Registration Department at 215-590-9700.

OK    Cancel



**National Board of Medical Examiners®**
Phone: 215.590.9700   Fax: 215.590.9460



3941719          5-194-442-9(0)
Jenkins, Kirk David

---

## USMLE™ Step 1 and Step 2 CK Eligibility Period Extension Form
### For Students/Graduates of U.S./Canadian Medical Schools

If you are unable to take the USMLE Step 1 and/or Step 2 CK during your eligibility period, you may request a **contiguous three-month extension**. For example, if your eligibility period is April-May-June, it may be extended through July-August-September. **You may request only one extension per registration.**

To request an extension, complete this form and submit it with a check or money order, made payable to the "NBME" in US currency. **The fee for an extension is $50 per registration.** You may request an extension only after your original eligibility period has begun. **To be processed, your request must be received at the NBME no more than 25 days after your original eligibility period expires.**

**Cancel any currently scheduled appointments with Prometric before requesting an extension.** You must contact Prometric before 12:00 noon (EST for testing within the United States or Canada) at least five (5) business days before your scheduled appointment to avoid a rescheduling fee. See "Rescheduling Test Dates" in the current *USMLE Bulletin of Information* on the USMLE website, www.usmle.org.

Once your request is processed, you will be issued an updated scheduling permit indicating your extended eligibility period. Your Scheduling Number and Candidate Identification Number (CIN) do not change.

| EXAMINATION(s): | Step 1 ☒          Step 2 CK ☐ |
|---|---|
| **USMLE ID#:** (if known) | 5 - 1 9 4 - 4 4 2 - 9 |
| **SSN/NIN:** | REDACTED |
| **FEE ENCLOSED:** | $ 0 5 0 . 0 0  U.S. Dollars |
| **NAME:** | Last Name: JENKINS |
| | First Name: KIRK          Middle Name: DAVID |
| **TEST ACCOMMODATIONS:** | ☐ Check this box ONLY if you have been approved for test accommodations by the office of Disability Services for this administration of USMLE. |
| **CERTIFICATION:** | I certify that I currently meet the USMLE Step 1 and Step 2 CK eligibility requirements and that the information provided on this form and previously provided on my application is true and accurate. I also certify that I have read the appropriate edition (that which pertains to the extended eligibility period which I am requesting) of the *USMLE Bulletin of Information,* am familiar with its contents, and agree to abide by the policies and procedures described therein. I understand that I will receive a three-month extension of my eligibility period and that I will not be granted a further extension. <br><br> Signature: _____   Date: JULY 6, 2007 |

Mail your completed form and processing fee, made payable to the NBME in US currency,
**via first-class mail to:**                                          **or via express or overnight delivery service to:**
NBME                                                                              NBME-48010
PO Box 48010                                                                c/o Image-Remit, Inc.
Newark, NJ 07101-4810                                               205 North Center Drive
                                                                                       Commerce Center - Suite 205          RECEIVED
                                                                                       North Brunswick, NJ 08902



JUL 1 6 2007

Applicant Services

Email Details

Reference ID: SY90315   USMLE ID: 5-194-442-9   Applicant: Jenkins, Kirk David   Create date: 07/18/2007

Comm. Type: Revised CBT Permit                From:   USMLEReg@nbme.org      Employee: Millbourne, Sylv

To:                                                                              Sent date: 07/18/2007 08:5

REDACTED

Subject   REVISED USMLE Step 1 Scheduling Permit

Name: Jenkins, Kirk David
Reference ID: SY90315
USMLE ID: 51944429

Your registration for USMLE Step 1 has been modified. Your REVISED SCHEDULING PERMIT IS NOW AVAILABLE on the
NBME Licensing Examination Services (NLES) website. Discard any previously printed permits for this exam. Please note that
you will NOT receive a Scheduling Permit for this exam by mail.

YOU MUST PRINT YOUR REVISED SCHEDULING PERMIT AND BRING IT WITH YOU TO THE TEST CENTER ON YOUR
SCHEDULED DATE.

To access your revised Scheduling Permit, go to NLES at http://examinee.nbme.org/interactive, login, and select the "Print
Scheduling Permit" link. From the list of displayed exams, select the "Print Permit" link for the corresponding exam. Your revised
permit will open in a new browser window. Use your browser's "Print" function to print the revised permit.

If you have any questions about your revised Scheduling Permit, reply to this email or call the NBME Registration Department at
215-590-9700.

OK        Cancel

## Examinee Inquiry # 2337   Status: Complete   *Printed Date: December 06, 2007*

**USMLE ID:** 5-194-442-9   **Examinee:** Jenkins, Kirk David   REDACTED

**ICD Data**

**Entered ID:** 51944429   **CSQ:** Registration   **Menu Item:** US & CN menu - 1   **Phone:**   **Date:** 10/08/2007 11:29 AM

**Reasons for Inquiry**   **Customer Service Provided**

Application   General Information
Other                                        Step 1

**Comments**

| Date | Created By | Comment |
|---|---|---|
| 10/08/2007 11:32 AM | Edwards, Sheila M | Examinee was informed that the state that he applies for licensure in have their individual attempts at taking the USMLE requirements. |

## Examinee Inquiry # 3833   Status: New Inquiry   *Printed Date: December 06, 2007*

**USMLE ID:** 5-194-442-9   **Examinee:** Jenkins, Kirk David   REDACTED

**ICD Data**

**Entered ID:** 51944429   **CSQ:** Registration   Menu Item: US & CN menu - 1   **Phone:**   **Date:** 11/08/2007 02:59 PM

## Examinee Inquiry #  3834    Status:  Complete

*Printed Date: December 06, 2007*

**USMLE ID:**  5-194-442-9        **Examinee:**  Jenkins, Kirk David

**ICD Data**

| Entered ID: | CSQ: | Menu Item: | Phone: | Date: |
|---|---|---|---|---|

**Reasons for Inquiry**                    **Customer Service Provided**

Other                          General Information

Examinee wants to cancel current registration
and reapply.                     Instructed to send written request

## Examinee Inquiry # 3859   Status: Complete   *Printed Date: December 06, 2007*

**USMLE ID:** 5-194-442-9   **Examinee:** Jenkins, Kirk David   REDACTED

**ICD Data**

**Entered ID:** 51944429   **CSQ:** Registration   **Menu Item:** US & CN menu - 1   **Phone:**   **Date:** 11/09/2007 09:58 AM

| Reasons for Inquiry | Customer Service Provided |
|---|---|
| Application | General Information |
| Other | Canc application and reapply |

REDACTED

**Examinee Inquiry [3030]**

ICD Data

Entered ID: _____   CSQ: _____   Menu Item: _____

Examinee Information

USMLE ID: 5-194-442-9   [Execute Query]   [OBIS Search]

Report Name: Jenkins, Kirk David   Phone: _____   Date: _____

SSN: _____   DOB: _____

Med School: 018020 - U Louisville School of Medicine

Examinee Activity

Reasons for Inquiry

- Address Change
- Application
- Confirmation Notice
- EP Change
- EP Extension
- ERAS
- Exam Dates/Locations
- Name Change
- Orientation Materials/CD Help
- Policy Exception
- Practice Session
- Region Change
- Scheduled Dates

Inquiry Details

- Scheduling Permit
- Scheduling Problems
- Score Document
- Score Recheck
- Score Report
- USMLE ID
- Website Help
- ☑ Other (200 char max)

Examinee wants to cancel current registration and reapply.

Assignment History

Customer/Service Provided

- Data from UNOP
- Duplicate Score document
- FedEx Service
- ☑ General Information
- Instructed to go to NLES Website
- Instructed to go to USMLE Website
- ☑ Instructed to send written request
- Referred to CS Scheduling
- Referred to ECFMG
- Referred to FSMB
- Referred to Prometric
- Transferred to ICD

- Other (200 char max)

Inquiry Status
- ⦿ Complete
- ○ Requires Follow-up

Assign to: _____

[Add]   [Next]

Comments

| Date | Created By | Comment |
|------|-----------|---------|
|      |           |         |

From: USMLEReg
Sent: Friday, November 09, 2007 4:26 PM
To: 'Kirk D Jenkins'
Subject: NBME: End eligibility period

USMLE ID: 51944429

Dear Kirk,

I cancelled the registration per your request, forfeiting the fee; it will be visible in your online account but no longer active.  You may reapply at any time, provided you meet all eligibility requirements outlined in the USMLE Bulletin of Information: http://www.usmle.org/General_Information/general_information_bulletin.html

Regards,

USMLE Registration, Applicant Services
National Board of Medical Examiners

-----Original Message-----
From: Kirk D Jenkins [mailto                            ]
Sent: Friday, November 09, 2007 10:07 AM
To: USMLEReg
Subject: Kirk Jenkins: End eligibility period

NBME,
Name: Kirk Jenkins
USMLE ID: 5-194-442-9
Exam: Step 1
Note:  My name is Kirk Jenkins and I would like to end my current eligibility period of June 01, 2007 - November 30, 2007.  I would like to take the exam in December so I plan to reapply to and obtain a new eligibility period as soon as possible.
Thank you,
Kirk Jenkins
University of Louisville School of Medicine


# REDACTED



Reg cancelled per his request-forfeit fee. EW 11/9/07

5/21 Step 1 EP changed to Jun-Aug, per OTA request. SYL