Candidate Archived Application

**Page 1**

## USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

Reference ID:FV20330               USMLE ID#:51944429               Exam:STEP1

## MEDICAL SCHOOL INFORMATION

At the time you submit your application and when you take the exam, you must be officially enrolled in or a graduate of the medical school listed in this section. If the above school is incorrect, select the correct medical school from the drop-down list below. Verify/update the start date of your enrollment. Enter the date you received or the future date when you expect to receive the MD or DO degree.

| | |
|---|---|
| **Medical School:** | Kentucky - U Louisville School of Medicine |
| **Date Enrolled:** | 08/01/2005 |
| **Date Medical Degree Expected/Conferred:** | 05/01/2009 |
| **Medical Degree Expected/Conferred:** | MD |
| **Are you participating in a combined MD/PHD Program?:** | N |

## ELIGIBILITY PERIOD:

Select one three-month eligibility period from the drop-down list below. To allow time for processing, select a period that begins at least a few weeks after you plan to submit your completed application. It is recommended that you select an eligibility period starting with the month in which you plan to test, e.g., if you plan to test in June, select June 1 - August 31. You will be assigned to the period you select unless it violates retake policy as described in the USMLE Bulletin of Information. In this case, you will be assigned to the first three-month period for which you are eligible.
**Note: Step 1 and Step 2 CK are not administered during the first two weeks of January or on major holidays.**

**Step 1:**                                         Dec 1 - Feb 29, 2008

## REGION:

Select the region where you will take the exam from the drop-down list below. Note that there is an additional fee for testing outside of the United States and Canada.

**Step 1:**                                         United States and Canada

End of Page 1

**Page 2**

## USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

*Collective* EXHIBIT ___B___

Candidate Archived Application                                                    Page 2 of 4

Reference ID:FV20330              USMLE ID#:51944429              Exam:STEP1

## NAME:

Below is your name as it appears on your NBME record. Your first name (given name) and last name(s) (surname/family name) must match your name **exactly** as it appears on the ID you plan to present at the test center (an unexpired, government-issued form of identification that includes both your photo and signature, such as a current driver's license or passport). You must present this identification and your Scheduling Permit at the testing center to take the exam and your names must match.

**First Name:**                              Kirk

**Middle Name:**                             David

**Last Name:**                               Jenkins

If you changed your name or if your name is misspelled, please check the "Name Changed" box below. If your name changes after submitting your application, but prior to taking an exam, return to this website and complete the online Name Change form according to the instructions.

## NAME CHANGE INFORMATION:

**Name Changed:**                            N

## CONTACT INFORMATION:

Enter or update your current email address and mailing address using proper upper and lower case. Communications about your application and registration will be sent by email.

**Country:**                                 United States including PR, VI, Guam

**Address Line1/Apartment#:**

**City:**

**State:**

**Zip:**                         REDACTED

**Email Address:**

**Daytime Telephone Number:**

## US SOCIAL SECURITY AND NATIONAL IDENTIFICATION NUMBERS:

Enter or update your social security number (SSN) and/or national identification number (NIN) (dashes and/or spaces not required), date of birth, gender, and country of citizenship upon entering medical school. If you are entering an NIN, use the drop-down list below to select the country that assigned the number.

**Social Security Number:**

## DATE OF BIRTH:

**Birth Date:**

## GENDER:

**Gender:**                                  M

Candidate Archived Application

## PREVIOUS MEDICAL SCHOOL HISTORY:

If you previously attended another medical school in the US or Canada, complete the following section. Use the drop-down lists below to select your previous school and the dates of attendance. If you attended another medical school outside of the US, you may leave this section blank.

## CITIZENSHIP UPON ENTERING MEDICAL SCHOOL:

**Country:**                                    United States including PR, VI, Guam

---

End of Page 2

---

### Page 3

### USMLE Step 1, Step 2 CK and Step2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:FV20330            USMLE ID#:51944429            Exam:STEP1

## TEST ACCOMMODATIONS:

If you have a documented disability, are covered under the Americans with Disabilities Act (ADA), and wish to request test accommodations, please check the box next to the exam(s) for which you are applying and will be requesting the accommodation(s). Checking this box does not constitute an official request. You must also submit a completed questionnaire, along with appropriate documentation, as your official written request for test accommodations. For further instructions, refer to USMLE Test Accommodations at http://www.usmle.org/Test_Accommodations/test_accommodations.html .

I have a documented disability covered under the Americans with Disabilities Act and am requesting test accommodations for this exam.

**Step 1:**                                    N

---

End of Page 3

---

### Page 4

### USMLE Step 1, Step 2 CK and Step 2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:FV20330            USMLE ID#:51944429            Exam:STEP1

## OPTIONAL INFORMATION:

The following information is optional. We encourage you to provide this information which will be used for research purposes only. Your response is voluntary. The processing of your application will not be affected by your response to this section.

about:blank                                                                    12/20/2007

**Select the option or options which best describe your racial/ethnic background. ( American Indian/Alaskan Native, Asian, Native Hawaiian/Other Pacific Islander, Hispanic or Latino, Black or African American, White, Other, Do not wish to respond):**

White

**Is English your Native Language (Yes, No, Do not wish to respond)?:**

Yes

---

End of Page 4

---

## Page 5

### USMLE Step 1, Step 2 CK and Step 2 CS Application - Part A
### For Students and Graduates of US/Canadian Medical Schools

---

Reference ID:FV20330                USMLE ID#:51944429                Exam:STEP1

**FEES:**

**Payment Method**                                        Master Card/Visa

**Step 1 Application Fee:**                                $480.00

**CERTIFICATION:**

APPLICANT CERTIFICATION

- I certify that I currently meet the USMLE eligibility requirements, i.e.,
  - I am officially enrolled in or a graduate of a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME), or a US medical school program leading to the DO degree that is accredited by the American Osteopathic Association (AOA); or
  - I am a graduate of an unaccredited medical school in the US or Canada and have been sponsored by a medical licensing authority to take USMLE Step 1 and 2.
- I certify that I have read the current Bulletin of Information and Application Instructions, am familiar with their contents, and agree to abide by the policies and procedures described therein.
- I certify that the information provided on this application is true and accurate.

☑ **To indicate agreement, check box and press "SUBMIT".**

**URLS:**

STEP1 Bulletin of Information

---

End of Page 5

---

Applicant Registration Follow-up

File    Help

USMLE ID [5-194-442-9    Reference ID [          ]    Execute Query | CIBIS Search

Registration Requests

| Ref. ID | Entry Type | Reg. Status | Status Date | USMLE ID | Name | Exam | Eligibility | Submit Date | C... |
|---------|-----------|-------------|-------------|----------|------|------|-------------|-------------|------|
| SY90315 | Registere... | Reg Canc... | 11/9/2007 | 51944429 | Jenkins, Kirk David | Step 1 | Jun 1 - Nov 30, 2007 | 11/26/2006 | Y... |

Registration Problems

| Problem | Status | Status Date |
|---------|--------|-------------|

View/Edit Documents

Problems for this Request: 0

Applicant Paid in Full:  [0]

Journal Entries

| Create Date | Type | Description | Amount |
|-------------|------|-------------|--------|
|  |  | Step 1 Registration Fee | 480 |
| 11/09/2007 | APCHG | Applicant Charged | 480 |
| 11/09/2007 | ACPAY | Applicant Payment - Credit Card | 480 |
| 11/09/2007 | APNEG | Applicant Charge Negated | 480 |

Eligibility Charge Fee    Edit Examinee    View History

Journal Entries for this Request: 4    Not sorted

Total Registration Requests: 2

Total Registration Requests: 2

# USMLE Registration Inquiry

File   Help

USMLE ID: 5-194-442-9   Jenkins, Kirk David

DOB:                     SSN:

Registration Info | Lock Box Info | Med School History | Biographics (Exam Request Specific)

Execute Query | CBIS Search | Return To Pilot Search

REDACTED

| Agency | Exam | Registration Status | Permit Sent Date | Region | Scheduled Location | Scheduled Start Date | Scheduled Time |
|--------|------|---------------------|------------------|--------|--------------------|---------------------|----------------|
| NBME | Step 1  12/01/2007 - 02/29/2008 | Complete | 11/16/2007 | United States | 01 - 0317 Amarillo, TX | 12/18/2007 | 09:00 AM |

Exam Request ID:        1350729

Reg. Status Date: 11/09/2007

CSE Appointment Status:

CSE Registration ID:

Accommodation Status: Released

Eligibility Sent Date: 07/16/2007

Covert Push Date: 05/22/2007

Permit Scheduling ID: 013538740

Remarks

Registration records count: 2

USMLE Registration Inquiry

File   Help

USMLE ID: 5-194-442-9   Jenkins, Kirk David

DOB:                    SSN:

Registration Info | Lock Box Info | Med School History | Biographics (Exam Request Specific) |

Execute Query    CIBIS Search    Return To Prior Search

REDACTED

| Agency | Exam | Registration Status | Permit Sent Date | Region | Scheduled Location | Scheduled Start Date | Scheduled Time |
|---|---|---|---|---|---|---|---|
| NBME | Step 1  06/01/2007 - 11/30/2007 | Terminated/Cancel | 07/18/2007 | United States | 01 - 0317 Amarillo, TX | 11/29/2007 | 09:00 AM |
|  |  |  |  | United States | 01 - 0317 Amarillo, TX | 12/10/2007 | 09:00 AM |

Exam Request ID:   1425648
Reg. Status Date: 11/13/2007
CSE Appointment Status:
CSE Registration ID:

Accommodation Status: Released
Eligibility Sent Date: 11/14/2007
Covert Push Date: 11/14/2007
Permit Scheduling ID: 01 4288870

Remarks

Registration records count: 2

USMLE Score Inquiry?

File   Help

USMLE ID: 5-194-442-9   Execute Query | CIBIS Search | Return To Prev Search

Name: Jenkins, Kirk David
SSN:                      DOB:

Score Info | Med School History | Biographics (Exam Request Specific)

REDACTED

Copy Data     Print

| Agency | Exam | Reg. Stat | Score Available Date | Load Scores Flag | Score Status Flag | Exam Comp. Status | Irreg. Stat | Indet. Flag | P/F | 3 Digit Score | 2 Digit Score | Score Annot Flag | Test Accom Flag |
|--------|------|-----------|---------------------|------------------|-------------------|-------------------|-------------|-------------|-----|---------------|---------------|------------------|-----------------|
| NBME | Step 1  06/01/2007 - 11/30/2007 | T | | Y | ? | ? | N | ? | ? | | | N | N |

Score Description: Complete Registration        Exam Date:

Registration Status Date: 11/13/2007        Outcome Receive Date:

Region: United States and Canada        Exam Request ID:   1425648

Testing Location:

Registration records count: 2

Email Details

Reference ID: FV20330    USMLE ID: 5-194-442-9   Applicant: Jenkins, Kirk David

Comm. Type: Application Processed

Create date: 11/09/2007

From:    USMLEReg@nbme.org    Employee: Gillespie, Rach

To...

Sent date:   11/12/2007 11:1:

Subject: USMLE Application FV20330

REDACTED

Name: Jenkins, Kirk David
Reference ID: FV20330
USMLE ID: 51944429

Your USMLE Step 1 application has been processed.

Your registration is incomplete.

We are waiting for your medical school to verify your enrollment status on our secure website. Your medical school has been notified.

To check the status of your registration on the NBME Licensing Examination Services Website, go to http://examinee.nbme.org/interactive.

OK          Cancel

**Email Details**

Reference ID: FV20330   USMLE ID: 5-194-442-9   Applicant: Jenkins, Kirk David   Create date: 11/13/2007

Comm. Type: Post Form Received – Problem Res    From:    USMLEReg@nbme.org    Employee: Millbourne, Sylv

To...    Sent date: 11/14/2007 08:5

Subject: Status of USMLE Application FV20330

REDACTED

Name: Jenkins, Kirk David
Reference ID: FV20330
USMLE ID: 5194423

Your USMLE Step 1 registration is complete.

Your eligibility period is Dec 1 - Feb 29, 2008.

YOU MUST RECEIVE YOUR SCHEDULING PERMIT BEFORE YOU CAN SCHEDULE A TESTING APPOINTMENT. Your Scheduling Permit, which includes scheduling instructions, will be issued within a few business days unless your eligibility period begins more than six months from now. You will be notified by email when the permit is available for you to access/print online. For information about the scheduling process, refer to the USMLE Bulletin of Information at www.usmle.org.

To check the status of your registration on the NBME Licensing Examination Services Website, go to http://examinee.nbme.org/interactive.

OK        Cancel

**Email Details**

Reference ID: FV20330    USMLE ID: 5-194-442-9    Applicant: Jenkins, Kirk David    Create date: 11/16/2007

Comm. Type: New CBT Permit

From:    USMLEReg@nbme.org    Employee: Millbourne, Sylv

To:

Sent date: 11/16/2007 08:3

Subject: USMLE Step 1 Scheduling Permit

REDACTED

Name: Jenkins, Kirk David
Reference ID: FV20330
USMLE ID: 51944429

Your USMLE Step 1 SCHEDULING PERMIT IS NOW AVAILABLE on the NBME Licensing Examination Services (NLES) website. Please note that you will NOT receive a Scheduling Permit for this exam by mail.

YOU MUST PRINT YOUR SCHEDULING PERMIT AND BRING IT WITH YOU TO THE TEST CENTER ON YOUR SCHEDULED TEST DATE.

To access your Scheduling Permit, go to NLES at http://examinee.nbme.org/interactive, login, and select the "Print Scheduling Permit" link. From the list of displayed exams, select the "Print Permit" link for the corresponding exam. Your permit will open in a new browser window. Use your browser's "Print" function to print the permit. Refer to the instructions on the permit to schedule your test date. Please be aware that test centers fill up quickly and you are advised to schedule a test date as soon as possible.

If you have any questions about your Scheduling Permit, please reply to this email or call the NBME Registration Department at 215-590-9700.

OK    Cancel

Applicant Registration Follow-up

File   Help

USMLE ID 5-194-442-9   Reference ID _____   Execute Query   CIBIS Search

Registration Requests

| Ref. ID | Entry Type | Reg. Status | Status Date | USMLE ID | Name | Exam | Eligibility | Submit Date | C |
|---|---|---|---|---|---|---|---|---|---|
| FY20330 | Registere... | Complete | 11/13/2007 | 51944429 | Jenkins, Kirk David | Step 1 | Dec 1 - Feb 29, 2008 | 11/9/2007 | Y |
| | | | | | | Step 1 | June 1 - Aug 31, 2007 | 11/26/2006 | |

Applicant Paid in Full   0

Journal Entries

| Create Date | Type | Description | Amount |
|---|---|---|---|
| | | Step 1 Registration Fee | 470 |
| 11/26/2006 | APCHG | Applicant Charged | 470 |
| 11/26/2006 | ACPAY | Applicant Payment - Credit Card | 470 |
| 11/26/2006 | APNEG | Applicant Charge Negated | 470 |
| 07/16/2007 | ECHGF | Eligibility Change Fee | 50 |
| 07/16/2007 | APCHG | Applicant Charged | 50 |

Edit Eligibility   View History

Journal Entries for this Request: 10   Not sorted

Registration Problems

| Problem | Status | Status Date |
|---|---|---|

Eligibility Change Fee   View/Edit Documents

Problems for this Request: 0

Total Registration Requests: 2

Total Registration Requests: 2

Prometric - Committed Registration

🖶 Print    ☒ Close Window

Your appointment request has been confirmed with the following confirmation number(s):

**0000000054260254**

| | |
|---|---|
| **Candidate's Name:** | Kirk David Jenkins |
| **Program Name:** | STEP1 |
| **Exam Name:** | Step 1 - United Stated Medical Licensing Examination |
| **Site Number:** | 0317 - PROMETRIC TEST CENTER |
| **Site Address:** | 3440 BELL ST<br>SUITE 300<br>SUITE 300 |
| **Site City:** | AMARILLO |
| **Site Country:** | TX, UNITED STATES |
| **Site Phone #:** | 806-463-2379 |
| **Appointment Date:** | 18 Dec 2007 |
| **Appointment Time:** | 9:00 AM |
| **Appointment Duration:** | 8:00 |
| **E-mail:** | |

REDACTED

Your appointment information is very important, so please save the information by either printing this page or writing it down. Additionally, you will receive an e-mail within 15-minutes containing your appointment confirmation details.

The Prometric web site, www.prometric.com, is available 24 hours a day, seven days a week for you to reschedule, cancel or confirm your appointment. Additionally, if you have questions, comments or suggestions for Prometric, please visit www.prometric.com, choose your testing program, and then choose the appropriate link from the "Questions?" section.

Thank you,

Prometric