# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

uling system. The confirmation notice includes your scheduled test date, arrival time, test center, and other important information. If you lose the confirmation notice, you can reprint it by accessing Step 2 CS Scheduling on the website of your registration entity.

### How Test Dates Become Available

❑  Test dates are opened so that dates will be available throughout your 12-month eligibility period.

❑  Additional test dates are opened, depending on demand. These dates are opened in ways that maximize operational efficiency at all centers and may not reflect examinee demand for particular test dates and/or centers.

❑  Testing appointments are available on a "first-come, first-served" basis (although some scheduling restrictions may be imposed). It is possible that you will not be able to obtain a testing appointment for the first time period and/or center you prefer.

❑  The availability of testing appointments will change frequently as a result of examinee scheduling, rescheduling, and opening of additional test dates.

❑  It is possible that testing appointments will become available for a time period and/or center that you prefer after you have scheduled an appointment for a different time period and/or center. In this event, you can change your scheduled test date and/or center. See page 20 for rescheduling fees.

❑  Although you can monitor available test dates for your preferred time period and test center, availability is not guaranteed. You must take the exam during your eligibility period; if the exam is not taken during the eligibility period, you must reapply and pay the full exam fee in order to take the examination.

### Rescheduling Test Dates

If you have a scheduled testing appointment and are unable to take the exam on your scheduled test date or at your scheduled test center, you can cancel your scheduled testing appointment and reschedule for a different date and/or center, subject to availability. A fee may be charged for this service depending on how much notice you provide when canceling your appointment (see page 20). To cancel or reschedule, follow the instructions on your Scheduling Permit for accessing Step 2 CS Scheduling.

Before canceling and/or rescheduling a scheduled testing appointment, you will have the opportunity to review available test dates at all testing locations. Your rescheduled test date must fall within your assigned eligibility period. There is no limit on the number of times you can cancel and reschedule your testing appointment. However, a rescheduling fee is charged for each rescheduled testing appointment that does not meet the notice requirements described on page 20. Any change to a scheduled testing appointment constitutes rescheduling.

You can cancel and reschedule at the same time, or you can cancel and reschedule later. You can cancel and/or reschedule at any time through the end of the day before your scheduled test date. However, no canceling or rescheduling is allowed beginning at 12:00 AM, Eastern Time in the United States, on the scheduled test date until it is confirmed that you did not take the exam (typically one to two days). If you do not cancel and you miss your scheduled testing appointment, you can reschedule after this confirmation period.

> **IMPORTANT NOTE: If you cancel without rescheduling or miss your scheduled testing appointment, there is no guarantee that testing appointments during your eligibility period will be available at a given test center, or at any test center, when you attempt to reschedule. If you do not reschedule within your eligibility period, you must reapply, including payment of the exam fee, to take the exam.**

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

There is no fee to **cancel** a scheduled testing appointment; the fee, if applicable, is due at the time of **rescheduling**. However, the date that you **cancel** your appointment, using Eastern Time in the United States, will determine whether you pay a rescheduling fee and the amount of this fee.

❑ If you cancel more than fourteen calendar days before (but not including) your scheduled test date, there is **no fee** to reschedule.

❑ If you cancel during the fourteen-day period before (but not including) your scheduled test date, your fee will be **$150** when you reschedule.

❑ If you miss your scheduled testing appointment without canceling, your fee will be **$400** when you reschedule.

If you are unable to keep your scheduled testing appointment, **you should cancel your appointment as soon as possible to avoid a rescheduling fee**, regardless of whether you are ready to reschedule.

## APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

### Summary of Process

In summary, to take Steps 1, 2 CK, 2 CS, and 3, you must meet the eligibility requirements shown on page 4 and do the following:

- ❑ Contact the appropriate registration entity for application materials (see page 33).
- ❑ Complete your application materials and submit them to your registration entity.
- ❑ Receive a Scheduling Permit verifying your eligibility and authorizing you to schedule the examination.
- ❑ Follow the instructions on your Scheduling Permit to schedule your test date(s) at a specific Prometric Test Center (for Step 1, Step 2 CK, and Step 3) or clinical skills evaluation center (for Step 2 CS).
- ❑ On the scheduled test date(s) and at the scheduled time, bring to the test center your Scheduling Permit and the required identification.
- ❑ Take the test.

# TESTING

The USMLE program has established rules to govern administration of the examinations to ensure that no examinee or group of examinees receives unfair advantage on the examination, inadvertently or otherwise. The rules include standard test administration conditions consistent with the principles on which the examinations are developed and scored. For example, examinations are designed to sample knowledge across specified content domains and unauthorized access to examination content prior to testing violates that principle. However, if there is a reason to believe that the integrity of the examination process is jeopardized, the USMLE parent organizations may invalidate all or any part of an examination.

If information indicates that continued testing would jeopardize the security of examination materials or the integrity of scores, the USMLE parent organizations reserve the right to suspend or cancel test administration.

## TESTING REGULATIONS AND RULES OF CONDUCT

Test center staff monitor all testing sessions for USMLE Steps. You must follow instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior (see pages 31–32).

Test center staff are not authorized to answer questions from examinees regarding examination content, testing software, or scoring.

If staff observe you violating test administration rules or engaging in other forms of irregular behavior during an examination, the center staff will not necessarily tell you of the observation at the time of the examination. Test center staff are required to report such incidents to the USMLE program; each report is fully investigated.

## Personal Belongings

Unauthorized possession of personal belongings while in the secure areas of the testing centers may lead to a finding of irregular behavior and permanent annotation of your USMLE transcript. It is important that you read and understand the rules regarding personal possessions; the rules for Steps 1, 2 CK, and 3

differ from those for Step 2 CS. Also, for Step 2 CS, you should understand that the entire testing session from orientation until the evaluation is completed, including all breaks, is considered a closed and secure testing session, and that the entire CSEC center, including the orientation room and the restrooms, is a secure testing area. Therefore the rules regarding unauthorized possession during Step 2 CS extend to the orientation room and to all breaks.

For Step 1, Step 2 CK, and Step 3, unauthorized items include, but are not limited to:

- ❑ mechanical or electronic devices, such as cellular telephones, personal digital assistants (PDAs), calculators, watches of any type, electronic paging devices, recording or filming devices, radios;
- ❑ outerwear, such as coats, jackets, head wear, gloves;
- ❑ book bags, backpacks, handbags, briefcases, wallets;
- ❑ books, notes, study materials, or scratch paper;
- ❑ food, candy, gum, or beverages.

For Step 2 CS, unauthorized items include, but are not limited to:

- ❑ mechanical or electronic devices, such as cellular telephones, personal digital assistants (PDAs), calculators, digital watches, analog watches with computer communication and/or memory capability, electronic paging devices, recording or filming devices, radios;
- ❑ book bags, backpacks, briefcases;
- ❑ books, notes, study materials, or scratch paper;
- ❑ medical equipment of any kind other than a stethoscope.

If you bring any personal belongings to the test center, you must store them in a designated locker or storage cubicle outside the secure testing area. You should keep in mind that the storage facilities are small and that all stored mechanical or electronic devices must be turned off. Upon reasonable suspicion, your personal belongings and their contents may be inspected. Any materials that reasonably appear to be reproductions of any USMLE examination materials will be confiscated. Making notes of any kind during an examination, except on the materials provided by the test center for this purpose, is not permitted.

# TESTING

### Rules of Conduct

When you apply to take the USMLE, you are agreeing to the following Rules of Conduct:

1.  You are the person named on the Scheduling Permit for the examination.

2.  You will not give, receive, or obtain any form of unauthorized assistance during the examination or during breaks.

3.  You will not have in your possession any formulas, study materials, notes, papers, or electronic devices of any kind unless you are out of the secure areas of the center (see page 22).

4.  You will place in a locker or cubicle all personal belongings, including cellular telephones, watches, pagers, personal digital assistants (PDAs), formulas, study materials, notes, papers, and your purse or wallet, before you enter the testing room (and Orientation Room for Step 2 CS). For Step 2 CS, these items must be stored away before entering the Orientation Room.

5.  During the computer-based examinations (Steps 1, 2 CK, and 3), you will not leave your testing station for breaks unless the break screen is visible on your monitor. It will be considered a violation of the Rules of Conduct if you indicate on the center log that your break screen is visible when it is not.

6.  During computer-based testing (Steps 1, 2 CK, and 3) you may use a telephone or other communication device only during an authorized break, but you may not use it for any purpose related to test content. During Step 2 CS you may not use a telephone at any time while you are in the secure areas of the testing center.

7.  You will not remove materials in any form (written, printed, recorded, or any other type) from the test center.

8.  All examination materials remain the property of the USMLE parent organizations, and you will maintain the confidentiality of the materials, including the multiple-choice items, and the case content for Step 2 CS and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through memorization or any other means. Also, you will not provide information relating to examination content that may give or attempt to give unfair advantage to individuals who may be taking the examination. This includes postings regarding examination content and/or answers on the Internet.

> **If you violate these Rules of Conduct, you may be directed to leave the test center before you complete the examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, and you may be barred from taking the USMLE in the future.**

# TESTING

## ADMISSION TO THE TEST

When you arrive at the test center, you must present your Scheduling Permit and the required identification described on your Scheduling Permit. Acceptable forms of identification include the following forms of unexpired identification:

❑ passport,
❑ driver's license with photograph,
❑ national identity card,
❑ other form of unexpired, government-issued identification,
❑ ECFMG-issued identification card.

Your identification must contain both your signature and photograph. If it contains your photograph but not your signature, you can use another form of unexpired identification that contains your signature, such as a student/employee identification card or a credit card, to supplement your photo-bearing, government-issued identification.

If you do not bring your Scheduling Permit and acceptable identification, you will not be admitted to the test. In that event, you must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.

**Important Note:** Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. If the name listed on your Scheduling Permit is not correct, contact your registration entity immediately.

## STEP 1, STEP 2 CK, AND STEP 3

### Test Centers and Testing Conditions

Prometric provides computer-based testing services for academic assessment, professional licensure, and certification. USMLE Step 1 and Step 2 CK are given at Prometric Test Centers around the world. Step 3 is given at Prometric Test Centers in the United States and its territories. These centers provide the resources necessary for secure administration of the USMLE, including video and audio moni-

toring and recording, and use of digital cameras to record the identity of examinees.

Individual examinations are drawn from large pools of content-parallel test forms, which are in turn created from very large banks of test materials. Individual examinations vary within and across test centers, and within and across test days. Electronic encryption is employed to protect the security of item banks, test forms, and test responses. Physical security at test centers is maintained by proctoring and video surveillance and recording.

You should arrive at the Prometric Test Center 30 minutes before your scheduled testing time on your testing day(s). If you arrive late, you may not be admitted. If you arrive more than 30 minutes after your scheduled testing time, you will not be admitted. In that event, you must pay a fee to Prometric to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

There are no waiting facilities for family and friends at the center; plan to meet them elsewhere after the examination ends.

**http://www.prometric.com**
Use the Prometric Test Center Locator for directions to Prometric Test Centers.

Upon arrival at the test center, you must present the required identification, sign a test center log, be photographed, and store your personal belongings in your assigned locker. Test center staff will collect your Scheduling Permit. You will be instructed to write your Candidate Identification Number (CIN) on one of the laminated writing surfaces provided. Your Scheduling Permit will be retained at the Test Center Administrator's station. You may request access to the permit during the examination if it becomes necessary for you to rewrite the CIN on the laminated writing surface. In addition to the laminated writing surfaces, you will be provided with dry-erase markers and an eraser. Test center staff will escort you to your assigned testing station and provide brief instructions on use of the computer equipment. You must enter

# TESTING

your Candidate Identification Number to start the examination. You may then take a brief tutorial prior to starting the first test block.

## Completing the Test

Once you begin a block of the test, no breaks are provided during the block. Each block lasts approximately 30 to 60 minutes. During blocks, the clock continues to run even if you leave the testing room for a personal emergency. If you leave during a block, the test center staff will report that fact as an irregular incident, and your results may be analyzed as described on page 31. Each time you take a break during the testing day, you are required to sign out if you leave the testing room and sign in when you return. You must present your identification each time you sign in. Each block ends when its time expires or when you exit from it.

The test session ends when you have started and exited all sections or the total time for the test expires. You will sign out as you leave the test center, hand in the laminated writing surfaces, and receive a notice that you appeared for the test. If your test is scheduled for multiple days, your Scheduling Permit will be returned to you for use at check-in on the following day(s).

After you start taking an examination, you cannot cancel or reschedule that examination unless a technical problem requires rescheduling. If you experience a computer problem during the test, notify test center staff immediately. In the rare event of a technical problem, testing software is designed to allow the test to restart at the point it was interrupted. In most cases, your test can be restarted at the point of interruption with no loss of testing time. However, it is possible that a technical problem may occur that does not permit you to complete your examination. In that event, contact the NBME or registration entity in writing. Your problem will be thoroughly investigated, and if necessary, arrangements will be made to allow you to test at a later date at no additional charge.

## How Break Time Works

Your entire testing session is scheduled for a fixed amount of time. The computer keeps track of your overall time and the time allocated for each block of the test. Forty-five minutes is allotted for break time. The 45 minutes for breaks can be divided in any manner, according to your preference. For example, you can take a short break at your seat after you complete a block, or you can take a longer break for a meal outside the test center after you complete a few blocks. If you complete a block of the test or tutorial section early, the remaining time will be available for breaks. It will not be available to complete other blocks of the test.

As you progress through the blocks of the test, you should monitor how many blocks are remaining and how much break time is remaining. **If you take too much break time and exceed the allocated or accumulated break time, your time to complete the last block(s) in the testing session will be reduced.**

When section time runs out, you will not be able to move to any new screens. The computer will close the section. After you complete or run out of time for each block during the test, you must respond when the computer asks you to indicate whether you want to take a break or continue. After your test, you may be asked to complete an additional block that contains survey questions about your testing experience.

## STEP 2 CS

The time you should arrive at the testing center is listed on the confirmation notice you will print after scheduling your appointment. If you arrive during the on-site orientation, you may be allowed to test; however, you will be required to sign a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test. You will have to reschedule your testing appointment and will be required to pay the rescheduling fee.

25

# TESTING

At the time of check-in, you will be required to present your Scheduling Permit and unexpired identification (see Admission to the Test, page 24). You will be given a small storage cubicle in which you must place personal belongings. These cubicles are not secure, so do not bring valuables. In addition, please note the following:

❑ You should bring your own stethoscope and white laboratory coat; all other equipment is provided at the center.

❑ You should wear comfortable, professional clothing.

❑ There are no waiting facilities for family and friends at the center; plan to meet them elsewhere after the examination ends.

Test center staff (wearing name tags) will direct you throughout the day, and their instructions should be followed at all times.

❑ There will be an on-site orientation to demonstrate the equipment available for you to use in the examination rooms, as well as to acquaint you with procedures and regulations.

❑ Once you enter the secure area of the test center (beginning with the orientation), you may not leave that area until the examination has been completed. The examination lasts about 8 hours. Two breaks are provided (one 30-minute break and one 15-minute break). A light meal is provided during the first break; however, you may bring your own food (provided that no refrigeration or preparation is required).

❑ You may not discuss the cases with your fellow examinees at any time, and conversation among examinees in any language other than English is prohibited at all times. Proctors will monitor all examinee activity.

❑ Should you wish to file a concern regarding your Step 2 CS testing experience, you may do so at the test center on your test day. If you do not file a report at the test center, you must notify NBME Test Administration in writing within three weeks of your testing date(s).

❑ The USMLE program retains the right to remove any examinee from the examination who appears to represent a health or safety risk to the standardized patients or test center staff. This includes, but is not limited to, examinees who appear ill, are persistently coughing or sneezing, have open skin lesions, or have evidence of active bleeding. Examinees who are not feeling well are encouraged to seek medical advice prior to arrival at the center and, if consistent with medical advice, should consider requesting a change in the date of their examination.

**Important Note: Visitors from medical testing and academic organizations will on some occasions be observing an examination in progress. They will be given no information regarding examinee identity or performance and will have no interaction with examinees.**

# SCORING AND SCORE REPORTING

## EXAMINATION RESULTS AND SCORING

When you take Step 1, Step 2 CK, or Step 3, the computer records your responses. After your test ends, your responses are transmitted to the NBME for scoring. The number of test items you answer correctly is converted to two equivalent scores, one on a three-digit score scale and one on a two-digit score scale. Both scales are used for score-reporting purposes.

On the three-digit scale, most Step 1, 2 CK, or 3 scores fall between 140 and 260. The mean score for first-time examinees from accredited medical school programs in the United States is in the range of 200 to 220, and the standard deviation is approximately 20. Your score report will include the mean and standard deviation for recent administrations of the examination. The two-digit score is derived from the three-digit score. It is used in score reporting because some medical licensing authorities have requirements that include language describing a "passing score of 75." The two-digit score is derived in such a way that a score of 75 always corresponds to the minimum passing score.

For Step 2 CS, examinees are assessed on their data-gathering and communication skills (including spoken English) by the standardized patient, and on their ability to complete an appropriate patient note by physician raters. Performance on Step 2 CS is reported as pass or fail, with no numerical score.

USMLE score reports and transcripts (described on pages 28–30) show your scores (for Step 1, Step 2 CK, and Step 3) and an indication of whether you passed or failed (for all examinations). The same information is sent to medical licensing authorities upon your authorization for their use in granting the initial license to practice medicine.

Except as otherwise specified below, to receive a score on Step 1, Step 2 CK, and Step 3, you must begin every block of the test. If you do not begin every block, no final results are reported, and the "incomplete examination" attempt appears on your USMLE transcript. If you register for but do not begin an examination, no record of the test will appear on your transcript.

If your Step 1, Step 2 CK, or Step 3 examination is incomplete, you may request that a score be calculated and reported, with all missed test items or cases scored as incorrect. This score is likely to be lower than the score you would have achieved had you completed all sections of the examination. If you receive notification that your examination resulted in an incomplete attempt, contact the NBME in writing no later than 45 days after the date the notification is mailed to you if you would like further information on having the score calculated and reported. If you decide to request calculation and reporting of your score, the score will appear on your USMLE transcript as though it were complete; it will remain the permanent score for the examination administration.

For Step 2 CS, if you do not begin every case, your performance may be assessed on those cases completed. If this assessment would result in a passing outcome no matter how poorly you may have performed on the missed case(s), then a "pass" will be reported. If this assessment would result in a failing outcome no matter how good your performance on the missed case(s), then a "fail" will be reported. Otherwise, the attempt may be recorded as an "incomplete examination."

If it is determined that you took a Step for which you were not eligible, results for that test may not be reported or, if previously reported, may be revoked (see pages 7 and 31).

Some examination materials are included in the USMLE to enhance the examination system and to investigate the measurement properties of the examinations. Such materials are not scored.

### Scoring for Multiple-Choice Items

Multiple-choice items are provided in blocks of approximately 45 to 60 minutes (see page 13). Blocks of items are constructed to meet specific content specifications. As a result, the combination of blocks of items creates a form of the examination that is comparable in content to all other forms. The percentage of correctly answered items required to pass varies from form to form. However, examinees typically must answer 60 to 70 percent of items cor-

# SCORING AND SCORE REPORTING

rectly to achieve a passing score.

## Scoring for *Primum* CCS

The CCS scoring process compares your patient management strategy with policies obtained from experts. Actions resembling a range of optimal strategies will produce a higher score. You must balance thoroughness, efficiency, avoidance of risk, and time-liness in responding to the clinical situation. Dangerous and unnecessary actions will detract from your score.

## Scoring for Step 2 CS

Passing performances on all three subcomponents (ICE, CIS, SEP) in a single administration are required to obtain the overall designation of passing on Step 2 CS.

## MINIMUM PASSING SCORES

The USMLE program provides a recommended pass or fail outcome on all Step examinations. Recommended performance standards for the USMLE are based on a specified level of proficiency. As a result, no predetermined percentage of examinees will pass or fail the examination. The recommended mini-mum passing level is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments will be posted at the USMLE website.

> **Note:** Visit the USMLE website at **http://www.usmle.org** for up-to-date information.

A statistical procedure ensures that the performance required to pass each test form is equivalent to that needed to pass other forms; this process also places scores from different forms on a common scale.

For Step 3, your performance on the case simula-tions will affect your Step 3 score and could affect whether you pass or fail. The proportional contribu-tion of the score on the case simulations is no greater than the amount of time you are allowed for the case simulations.

## OFFICIAL EXAMINEE SCORE REPORTS

For Steps 1, 2 CK, and 3, the official examinee score report you receive after you take the examination includes a pass/fail designation, numerical scores, and graphical performance profiles summarizing areas of strength and weakness to aid in self-assess-ment. These profiles are developed solely for your benefit and will not be reported or verified to any third party.

Performance on Step 2 CS is reported as pass or fail. Examinees who fail receive performance profiles, which reflect the relative strengths and weaknesses of the examinee's performance across the subcompo-nents of Step 2 CS.

> **Note:** To avoid misinterpretation and protect your privacy, scores or pass/fail outcomes are not pro-vided by telephone, e-mail, or fax to anyone. You should retain your official score report for your records.

Results for computer-based examinations are typically available in time to mail your report within three to four weeks after your test date. Results for Step 2 CS are typically available within eight weeks of your test date. However, delays are possible for various rea-sons. In selecting your test date and inquiring about results, you should allow at least eight weeks after your test date to receive your score report.

## SCORE RECHECKS

For Steps 1, 2 CK, and 3, standard quality assurance procedures ensure that the scores reported for you accurately reflect the responses recorded by the com-puter.

For Step 2 CS, score rechecks first involve retrieval of the ratings you received from the standardized patients and from the physician note raters. These values are then re-summed and re-converted into final scores in order to confirm that the reported pass/fail outcome was accurate. There is no re-rating of your encounters or of your patient notes; videos of encounters are not reviewed. Videos are used for general quality control

# SCORING AND SCORE REPORTING

and for training purposes and are retained only for a limited period of time.

Patient notes are carefully reviewed, in some instances by multiple physicians, before scores are released. As part of the quality control procedures for initial scoring, examinees who fail Step 2 CS solely on the basis of the Integrated Clinical Encounter subcomponent and who are performing at a level that is near the minimum passing point, have their patient notes rated by multiple physician note raters. Therefore, patient notes are not reviewed again when a recheck is requested.

For all Steps and Step Components, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. However, a recheck will be done if you submit a written request and service fee to the entity that registered you for the examination. Your request must be received by your registration entity no later than 90 days after your result was released.

## SCORE REPORTING

After you take a Step or Step Component, you should allow at least eight weeks after your test date to receive your score report. If you do not receive your original score report or you receive a damaged score report, a request for a duplicate score report will be honored up to 90 days after your score report release date. You must make your request to the entity that registered you for the test. If more than 90 days have passed since your score report release date, scores will be reported to you only in the form of a USMLE transcript after you submit a signed request and pay the required fee.

The NBME reports the results of the USMLE to LCME- and AOA-accredited medical school programs for their students, who are enrolled at the time of application, and graduates.

If you are a student or graduate of an LCME- or AOA-accredited medical school program and you do not want your Step 1, Step 2 CK, or Step 2 CS results reported to your medical school, you must send a signed request to the NBME. Your request must be postmarked or faxed at least two weeks before your scheduled test date. If you make this request, the

score information provided to the medical school will list your name and the notation "record withheld at the request of the examinee." If you want your scores reported to your medical school subsequently, you must submit a signed request and pay the required fee (see below).

If you are a graduate of an LCME- or AOA-accredited medical school program, you must indicate on your Step 3 application your preference for reporting your Step 3 score to the school from which you graduated.

## OFFICIAL USMLE TRANSCRIPTS AND PROVIDING SCORES TO THIRD PARTIES

If you want to send your USMLE scores to a third party, you must submit a request and pay a fee. Your scores will be provided in the form of a USMLE transcript.

Examination data (including performance information and recorded patient encounters) from USMLE examinations may be used by the USMLE program or made available to third parties for research. In such instances, the data will be confidential, and individual examinees will not be identified in any publication. If you do not wish your score to be made available for research purposes, you must advise the USMLE Secretariat in writing (see page 34).

Except as described in this bulletin, USMLE results will not be reported to you or third parties without your request and payment of the transcript fee.

Your USMLE transcript includes the following:

☐ your name and other personal identification information including your date of birth;

☐ your complete results history of all Steps and Step Components that you took;

☐ your history of any examinations for which no results were reported;

☐ indication of whether you have previously taken the former NBME Parts I, II, or III, Federation Licensing Examination (FLEX), or ECFMG

# SCORING AND SCORE REPORTING

Clinical Skills Assessment (CSA);

☐ annotation(s) if you were provided with test accommodations (see page 15);

☐ annotation(s) and information documenting classification of any scores as indeterminate (see page 31);

☐ annotation(s) and information documenting any irregular behavior (see pages 31–32); and

☐ notation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

> **Note:** Graphical performance profiles, which are included on your original Step 1, Step 2 CK, Step 2 CS (failing examinees only), and Step 3 score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME. Which entity you contact depends on which examinations you have taken and where you want your transcript sent. Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, the request should be sent to the last entity that registered you.

## ELECTRONIC RESIDENCY APPLICATION SERVICE (ERAS®)

If you use ERAS, you may request electronic transmittal of your USMLE transcript to residency programs that participate in ERAS. Information on ERAS is available for students and graduates of LCME- and AOA-accredited medical school programs from the medical schools, and for students and graduates of medical schools outside the United States and Canada from the ECFMG. The Association of American Medical Colleges (AAMC) and ECFMG websites also include information on ERAS and/or links to the ERAS website.

> Visit these websites for information on ERAS:
> **http://www.aamc.org**
> **http://www.ecfmg.org**

### Requesting USMLE Transcripts

| Step(s)/Component(s) Taken | Recipient of Transcript | Contact (see page 33) |
|---|---|---|
| One or more USMLE Steps | Medical licensing authority | **FSMB** |
| All three USMLE Steps; or Step 1 and Step 2 CK and CS (if required), only when registered for or after taking Step 3 | Any recipient | **FSMB** |
| Step 1 and/or Step 2 CK and/or CS only, registered by ECFMG | Any recipient other than a medical licensing authority | **ECFMG** |
| Step 1 and/or Step 2 CK and/or CS only, registered by NBME | | **NBME** |

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

## VALIDITY OF SCORES

The USMLE program assures the validity of scores reported for USMLE examinations by every means available. Your scores may be classified as *indeterminate* if the scores are at or above the passing level and the USMLE program cannot certify that they represent a valid measure of your knowledge or competence as sampled by the examination. The USMLE program may make such a determination when aberrancies in performance are detected for which there is no reasonable and satisfactory explanation. A classification of indeterminate may result from irregular behavior (see following section) or from other factors, such as unexplained inconsistency in performance within a Step or Step Component or between takes of the same Step or Step Component.

The performance of all examinees is monitored and may be analyzed statistically to detect aberrancies indicating that your scores may be indeterminate. In addition, evidence of irregular behavior may suggest that your scores do not represent a valid measure of your knowledge or competence as sampled by the examination. In these circumstances, your score report may be delayed, pending completion of further analysis and investigation. If your score report is delayed, you and any other party to whom scores would normally be reported will be notified. You will be provided with a copy of the *USMLE Policies and Procedures Regarding Indeterminate Scores*, which describes the process for reaching final decisions. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will be classified as valid and will be reported, or scores will be classified as indeterminate. If the scores are classified as indeterminate, you will be advised of the options for retaking the examination. Scores classified as indeterminate do not appear on your transcript; rather, an annotation indicates that the scores were classified as indeterminate. Scores classified as indeterminate will not be reported to anyone. Anyone who has received a report of scores that are later classified as indeterminate will be notified of the indeterminate classification. The *USMLE Policies and Procedures Regarding Indeterminate*

*Scores* describes the circumstances in which information about the indeterminate classification will be provided to entities that receive or have received your USMLE transcript.

If irregular behavior appears to have contributed to a decision that your scores are indeterminate, action will also be taken as described below.

## IRREGULAR BEHAVIOR

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process.

If you have information or evidence indicating that any type of irregular behavior or any infringement of legal rights has occurred, you should submit a written report to or telephone the USMLE Secretariat (see page 34) or the registration entity (see page 33).

Specific examples of irregular behavior include, but are not limited to, the following:

❑ seeking and/or obtaining unauthorized access to examination materials;

❑ falsifying information on application forms, Scheduling Permits, or other USMLE-related documents;

❑ taking an examination without being eligible for it or attempting to do so;

❑ impersonating an examinee or engaging someone else to take the examination for you;

❑ giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;

❑ making notes of any kind during an examination except on the writing materials provided at the test center for this purpose;

31

# INDETERMINATE SCORES AND IRREGULAR BEHAVIOR

- failing to adhere to any USMLE policy, procedure, or rule, including instructions of the test center staff;

- disruptive or unprofessional behavior at a test center;

- possessing any unauthorized materials, including photographic equipment, or communication or recording devices, including electronic paging devices and cellular telephones, in the secure testing areas;

- altering or misrepresenting examination scores;

- any unauthorized reproduction by any means, including reconstruction through memorization, and/or dissemination of copyrighted examination materials by any means, including the Internet; and

- providing or attempting to provide any information, including that relating to examination content or answers, that may give or attempt to give unfair advantage to individuals who may be taking the examination.

**NOTE:** Looking in the direction of another examinee's computer monitor or talking to another examinee during the examination may be reported as evidence of giving, receiving, or obtaining unauthorized assistance. The report may result in a determination of irregular behavior. Discussion of examination content or answers on the Internet may also result in a determination of irregular behavior.

**NOTE:** Behaviors that could constitute a real or potential threat to a standardized patient's safety, such as careless or dangerous actions during physical examination, may result in a determination of irregular behavior and annotation of your USMLE record.

If information received suggests that irregular behavior has occurred, statistical analyses may be conducted and additional information may be gathered.

You will be advised of the alleged irregular behavior, and you will have an opportunity to provide information that you consider relevant to the evaluation of the allegation. Your scores may be withheld, if they have not been reported previously. Applications may not be processed, and you may not be permitted to take subsequent examinations until a final decision regarding irregular behavior is made. You will be provided with a copy of the *USMLE Policies and Procedures Regarding Irregular Behavior*, which describes in detail the process for reaching final decisions regarding irregular behavior. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described on page 31.

If it is determined that you engaged in irregular behavior, information regarding this determination becomes part of your USMLE record. Your score report (if applicable) and USMLE transcript will contain a notation regarding the irregular behavior.

Information about the irregular behavior will be provided to third parties that receive or have received your USMLE transcript. Such information may also be provided to other legitimately interested entities. If it is determined that the irregular behavior is egregious and/or threatens the integrity of the examination system, you may be barred from future USMLE examinations. The USMLE program reserves the right to bar an individual from the USMLE or to have special test administration procedures implemented when information regarding behavior of examinees on the USMLE or predecessor examinations indicates such actions may be necessary to ensure the security of the USMLE.

32

# COMMUNICATING ABOUT USMLE

| Examination | Type of Applicant | Registration Entity to Contact |
|---|---|---|
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical school programs in the United States and Canada accredited by the Liaison Committee on Medical Education or students and graduates of medical schools in the United States and Canada accredited by the American Osteopathic Association | **NBME** Examinee Support Services 3750 Market Street Philadelphia, PA 19104-3190 Website: *http://www.nbme.org* Telephone: (215) 590-9700 Fax: (215) 590-9457 E-mail: webmail@nbme.org |
| Step 1 or Step 2 (CK or CS) | Students and graduates of medical schools outside the United States and Canada | **ECFMG** 3624 Market Street Philadelphia, PA 19104-2685 Website: *http://www.ecfmg.org* Telephone: (215) 386-5900 Fax: (215) 386-9196 E-mail: info@ecfmg.org |
| Step 3 | All medical school graduates who have passed Step 1 and Step 2 | **FSMB** Department of Examination Services PO Box 619850 Dallas, TX 75261-9850 Website: *http://www.fsmb.org* Telephone: (817) 868-4041 Fax: (817) 868-4098 E-mail: usmle@fsmb.org or **Medical licensing authority** (see pages 34–39) |

## APPLICATION AND REGISTRATION INQUIRIES

You must contact the appropriate registration entity (see above) for the following:

☐ information on how to apply for the USMLE,
☐ application materials,
☐ information on the status of your application or Scheduling Permit,
☐ information on obtaining a replacement Scheduling Permit (due to loss)

**http://www.usmle.org**

Visit the USMLE website for up-to-date information.

33

# COMMUNICATING ABOUT USMLE

## SCHEDULING AND TEST CENTER INQUIRIES

For Steps 1, 2 CK, and 3, your Scheduling Permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. For current information on the locations of Prometric Test Centers, visit the Prometric website.

After you receive your Scheduling Permit, you can contact Prometric directly, as instructed on the Permit, for current information on a particular test center.

> **http://www.prometric.com**
> Use the Prometric Test Center Locator for up-to-date information on the locations of Prometric Test Centers.

To schedule an appointment for Step 2 CS, follow the instructions provided on your Scheduling Permit. For test center availability and to schedule or reschedule an appointment, access Step 2 CS Scheduling through the website of your registration entity.

If you receive a Scheduling Permit but experience a problem that testing center staff are unable to resolve in scheduling your appointment or in administering your test on the testing day, you may contact your registration entity (see page 33).

## TEST ADMINISTRATION PROBLEMS/INQUIRIES

If you wish to report a problem experienced during the administration of the examination that test center staff were unable to resolve to your satisfaction, you may forward a written description of your experience to the NBME (attention: Test Administration; see page 33), by mail, e-mail, or fax. Your correspondence should also include your name, your USMLE ID number, the examination name (Step 1, 2 CK, 2 CS, or 3), date of administration, test center location, and a detailed description of the difficulty experi-

enced. Your report will be thoroughly investigated and evaluated. You will receive written notification of the results of the investigation.

> **Important Note:** Written notification of problems experienced during administration of Step 2 CS must be received by NBME Test Administration no later than three weeks after your testing date.

## GENERAL INQUIRIES

Complete information on the USMLE is available at the USMLE website. General inquiries regarding the USMLE or inquiries for the USMLE Secretariat may be directed to the NBME (see page 33) or the USMLE Secretariat:

USMLE Secretariat
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700

## STEP 3 AND MEDICAL LICENSURE INQUIRIES

Inquiries for Step 3 applications and general questions on medical licensure may be directed to the FSMB. Specific inquiries regarding licensure may be directed to the following medical licensing authorities or their representatives at the telephone numbers listed below.

Alabama State Board of Medical Examiners
PO Box 946
Montgomery, AL 36101-0946
(334) 242-4116 or (800) 227-2206

Alaska State Medical Board
550 West Seventh Avenue, Suite 1500
Anchorage, AK 99501
(907) 269-8163
Step 3 inquiries: call FSMB at (817) 868-4041

34

# COMMUNICATING ABOUT USMLE

Arizona Board of Medical Examiners
9545 E Doubletree Ranch Road
Scottsdale, AZ 85258-5514
(480) 551-2700
Step 3 inquiries: call FSMB at (817) 868-4041

Arizona Board of Osteopathic Examiners
in Medicine and Surgery
9535 E Doubletree Ranch Road
Scottsdale, AZ 85258-5539
(480) 657-7703

Arkansas State Medical Board
2100 Riverfront Drive
Little Rock, AR 72202-1793
(501) 296-1802
Step 3 inquiries: call FSMB at (817) 868-4041

Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, CA 95825-3236
Licensure inquiries: (916) 263-2389
Step 3 inquiries: call FSMB at (817) 868-4041

Osteopathic Medical Board of California
2720 Gateway Oaks Drive, Suite 350
Sacramento, CA 95833-3500
(916) 263-3100

Colorado Board of Medical Examiners
1560 Broadway, Suite 1300
Denver, CO 80202-5140
(303) 894-7690
Step 3 inquiries: call FSMB at (817) 868-4041

Connecticut Department of Public Health
Physician Licensure Department
410 Capitol Avenue
PO Box 340308 MS 13 PHO
Hartford, CT 06134-0308
(860) 509-7648
Step 3 inquiries: call FSMB at (817) 868-4041

Delaware Board of Medical Practice
Cannon Building, Suite 203
861 Silverlake Boulevard
Dover, DE 19904
(302) 744-4520
Step 3 inquiries: call FSMB at (817) 868-4041

District of Columbia Board of Medicine
825 Capital Street, NE, 2nd Floor
Washington, DC 20002
(202) 442-4777

Florida Board of Medicine
4052 Bald Cypress Way
BIN #C03
Tallahassee, FL 32399-3253
(850) 245-4131
Step 3 inquiries: call FSMB at (817) 868-4041

Florida Board of Osteopathic Medicine
4052 Bald Cypress Way
BIN #C06
Tallahassee, FL 32399-1753
(850) 245-4161

Georgia Composite State Board
of Medical Examiners
2 Peachtree Street, NW, 36th Floor
Atlanta, GA 30303
(404) 656-3913
Step 3 inquiries: call FSMB at (817) 868-4041

Guam Board of Medical Examiners
Health Professions Licensing
1304 E Sunset Boulevard
Hagatna, GU 96913
(671) 475-0251

Hawaii Board of Medical Examiners
Department of Commerce and Consumer Affairs
1010 Richards Street
Honolulu, HI 96813
(808) 586-3000
Step 3 inquiries: call FSMB at (817) 868-4041

Idaho State Board of Medicine
1755 Westgate Drive #140
Boise, ID 83704
(208) 327-7000
Step 3 inquiries: call FSMB at (817) 868-4041

Illinois Department of Professional Regulation
100 W Randolph Street, Suite 9-300
Chicago, IL 60601
(312) 814-4500

# COMMUNICATING ABOUT USMLE

Indiana Health Professions Bureau
402 W Washington Street, Room 041
Indianapolis, IN 46204
(317) 232-2960
Step 3 inquiries: call FSMB at (817) 868-4041

Iowa State Board of Medical Examiners
400 SW 8th Street, Suite C
Des Moines, IA 50309-4686
(515) 281-5171
Step 3 inquiries: call FSMB at (817) 868-4041

Kansas Board of Healing Arts
235 S Topeka Boulevard
Topeka, KS 66603-3068
(785) 296-7413
Step 3 inquiries: call FSMB at (817) 868-4041

Kentucky Board of Medical Licensure
Hurstbourne Office Park
310 Whittington Parkway, Suite 1B
Louisville, KY 40222
(502) 429-8046
Step 3 inquiries: call FSMB at (817) 868-4041

Louisiana State Board of Medical Examiners
630 Camp Street
New Orleans, LA 70190-0250
(504) 568-6820
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Licensure in Medicine
137 State House Station
Augusta, ME 04333-0137
(207) 287-3601
Step 3 inquiries: call FSMB at (817) 868-4041

Maine Board of Osteopathic Licensure
142 State House Station
Augusta, ME 04333-0142
(207) 287-2480

Maryland Board of Physician Quality Assurance
4201 Patterson Avenue, 3rd Floor
Baltimore, MD 21215-0095
(410) 764-4777 or (800) 492-6836
Step 3 inquiries: call FSMB at (817) 868-4041

Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Suite G4
Boston, MA 02118
(617) 654-9800
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Medicine
611 W. Ottawa, 4th Floor
Lansing, MI 48909-8170
(517) 373-6873
Step 3 inquiries: call FSMB at (817) 868-4041

Michigan Board of Osteopathic Medicine and Surgery
611 W. Ottawa, 1st Floor
Lansing, MI 48909-8170
(517) 373-6873

Minnesota Board of Medical Practice
2829 University Avenue, SE, Suite 400
Minneapolis, MN 55414-3246
(612) 617-2130
Step 3 inquiries: call FSMB at (817) 868-4041

Mississippi State Board of Medical Licensure
1867 Crane Ridge Drive, Suite 200B
Jackson, MS 39216
(601) 987-3079
Step 3 inquiries: call FSMB at (817) 868-4041

Missouri State Board of Registration
for the Healing Arts
3605 Missouri Boulevard
Jefferson City, MO 65109
(573) 751-0098

Montana Board of Medical Examiners
301 S Park Avenue, 4th Floor
Helena, MT 59620-0513
(406) 841-2361
Step 3 inquiries: call FSMB at (817) 868-4041

Nebraska Health and Human Services System
PO Box 94986
301 Centennial Mall
Lincoln, NE 68509-4986
(402) 471-2118
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Nevada State Board of Medical Examiners
1105 Terminal Way #301
Reno, NV 89510
(775) 688-2559
Step 3 inquiries: call FSMB at (817) 868-4041

Nevada State Board of Osteopathic Medicine
2860 E Flamingo Road, Suite G
Las Vegas, NV 89121
(702) 732-2147
Step 3 inquiries: call FSMB at (817) 868-4041

New Hampshire Board of Medicine
2 Industrial Park Drive, Suite 8
Concord, NH 03301-8520
(603) 271-1203 or (800) 780-4757
Step 3 inquiries: call FSMB at (817) 868-4041

New Jersey State Board of Medical Examiners
140 E Front Street, 2nd Floor
Trenton, NJ 08625-0183
(609) 826-7100
Step 3 inquiries: call FSMB at (817) 868-4041

New Mexico Board of Osteopathic
Medical Examiners
2055 S Pacheco, Suite 400
Santa Fe, NM 87504
(505) 476-7120

New Mexico State Board of Medical Examiners
Lamy Building, 2nd Floor
491 Old Santa Fe Trail
Santa Fe, NM 87501
(505) 827-5022
Step 3 inquiries: call FSMB at (817) 868-4041

New York State Board for Medicine
89 Washington Avenue, 2nd Floor, West Wing
Albany, NY 12234
(518) 474-3817
Step 3 inquiries: call FSMB at (817) 868-4041

North Carolina Medical Board
1201 Front Street, Suite 100
Raleigh, NC 27609
(919) 326-1100
Step 3 inquiries: call FSMB at (817) 868-4041

North Dakota State Board of Medical Examiners
City Center Plaza
418 E Broadway, Suite 12
Bismarck, ND 58501
(701) 328-6500
Step 3 inquiries: call FSMB at (817) 868-4041

Northern Mariana Islands
Medical Profession Licensing Board
1336 Capital Housing Cap Hill
Saipan, MP 96950
(670) 664-4811

State Medical Board of Ohio
77 S High Street, 17th Floor
Columbus, OH 43215-6127
(614) 466-3934 or (800) 554-7717
Step 3 inquiries: call FSMB at (817) 868-4041

Oklahoma Board of Osteopathic Examiners
4848 N Lincoln Boulevard, Suite 100
Oklahoma City, OK 73105-3321
(405) 528-8625 or (800) 381-4519

Oklahoma State Board of Medical Licensure
and Supervision
5104 N Francis Avenue #C73118
Oklahoma City, OK 73118
(405) 848-6841
Step 3 inquiries: call FSMB at (817) 868-4041

Oregon Board of Medical Examiners
1500 SW First Avenue, Suite 620
Portland, OR 97201-5826
(503) 229-5770
Step 3 inquiries: call FSMB at (817) 868-4041

Pennsylvania State Board of Medicine
124 Pine Street
Harrisburg, PA 17105-7769
(717) 787-2381
Step 3 inquiries: call FSMB at (817) 868-4041

Pennsylvania State Board of Osteopathic Medicine
124 Pine Street
Harrisburg, PA 17105-7769
(717) 783-4858

# COMMUNICATING ABOUT USMLE

Board of Medical Examiners of Puerto Rico
Call Box 13969
San Juan, PR 00908
(787) 782-8949

Rhode Island Board of Medical Licensure
and Discipline
Department of Health
Cannon Building, Room 205
Three Capitol Hill
Providence, RI 02908-5097
(401) 222-3855
Step 3 inquiries: call FSMB at (817) 868-4041

South Carolina Department of LLR
Board of Medical Examiners
Department of Labor, Licensing and Regulation
110 Centerview Drive, Suite 202
Columbia, SC 29210-1289
(803) 896-4500
Step 3 inquiries: call FSMB at (817) 868-4041

South Dakota State Board of Medical
and Osteopathic Examiners
1323 S Minnesota Avenue
Sioux Falls, SD 57105
(605) 334-8343
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Medical Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202
Step 3 inquiries: call FSMB at (817) 868-4041

Tennessee Board of Osteopathic Examiners
425 5th Avenue, N
Cordell Hull Building, 1st Floor
Nashville, TN 37247-1010
(615) 532-3202

Texas State Board of Medical Examiners
333 Guadalupe, Tower 3, Suite 610
Austin, TX 78701
(512) 305-7010
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Department of Commerce
Division of Occupational and Professional Licensing
Herber Wells Building
1st Floor, 160 E 300 South
Salt Lake City, UT 84114
(801) 530-6628
Step 3 inquiries: call FSMB at (817) 868-4041

Utah Osteopathic Physicians and Surgeons Licensing
Board
160 E. 300 South, Herber Wells Bldg, 4th Floor
Salt Lake City, UT 84114
(801) 530-6628

Vermont Board of Medical Practice
108 Cherry Street
Burlington, VT 05402-0070
(802) 657-4220
Step 3 inquiries: call FSMB at (817) 868-4041

Vermont Board of Osteopathic Physicians and
Surgeons
26 Terrace Street, Drawer 09
Montpelier, VT 05609-1106
(802) 828-2373 or (800) 439-8683

Virginia Board of Medicine
6603 W Broad Street, 5th Floor
Richmond, VA 23230-1717
(804) 662-9908
Step 3 inquiries: call FSMB at (817) 868-4041

Virgin Islands Board of Medical Examiners
Virgin Islands Department of Health
48 Sugar Estate, 2nd Floor
St. Thomas, VI 00802
(340) 774-0117

Washington Medical Quality Assurance Commission
PO Box 47866
Olympia, WA 98504-7866
(360) 236-4788
Step 3 inquiries: call FSMB at (817) 868-4041

# COMMUNICATING ABOUT USMLE

Washington State Board of Osteopathic
Medicine and Surgery
Department of Health
PO Box 47869
Olympia, WA 98504-7869
(360) 236-4945
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Medicine
101 Dee Drive
Charleston, WV 25311
(304) 558-2921
Step 3 inquiries: call FSMB at (817) 868-4041

West Virginia Board of Osteopathy
334 Penco Road
Weirton, WV 26062
(304) 723-4638

Wisconsin Medical Examining Board
Department of Regulation and Licensing
1400 E Washington Avenue, Room 178
Madison, WI 53703
(608) 266-2112

Wyoming Board of Medicine
Colony Building, 2nd Floor
211 W 19th Street
Cheyenne, WY 82002
(307) 778-7053
Step 3 inquiries: call FSMB at (817) 868-4041