Case 3:07-cv-00698-JGH  Document 31-7  Filed 02/01/08  Page 1 of 20 PageID #: 354

# 2007



A Joint Program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners®

# BULLETIN OF INFORMATION

## USMLE
### United States Medical Licensing Examination™

DEFENDANT'S EXHIBIT C Collective (Part 2)

# TABLE OF CONTENTS

OVERVIEW ................................. 1
Introduction ................................ 1
Purpose of the USMLE ..................... 1
The Three Steps of the USMLE ............. 2
Examination Committees.................... 2
Ownership and Copyright of
    Examination Materials .................. 2
USMLE Step 2 Clinical Skills (CS) .......... 2
Computer-Based Testing (CBT) ............. 2

ELIGIBILITY................................ 3
Step 1, Step 2 CK, and Step 2 CS ........... 3
Step 3 ...................................... 3
Who Is Required to Take Step 2 CS?......... 3
Graduates of Unaccredited Medical Schools
    in the United States and Canada ......... 4
Sequence of Steps ........................... 4
Time Limit and Number of Attempts Allowed
    to Complete All Steps ................... 4
Retakes..................................... 5
Official Performance of Record for Examinees
    Retaking a Previously Passed Step ....... 6
Formerly Administered Examinations......... 6
Change in Eligibility Status.................. 6

EXAMINATION CONTENT .................. 7
Step 1 ...................................... 7
Step 2 Clinical Knowledge (CK)............. 8
Step 2 Clinical Skills (CS) ................... 9
Step 3 ...................................... 9

PREPARING FOR THE TEST ............... 12
Sample Test Materials ..................... 12
Test Lengths and Formats.................. 12
Practicing with the Software................ 12
Practice at Prometric Test Centers.......... 12

APPLYING FOR THE TEST AND SCHEDULING
    YOUR TEST DATE ..................... 14
Application Materials....................... 14
Applying for Step 1, Step 2 CK, and Step 2 CS..... 14
Applying for Step 3......................... 14

Examinees Who Require Personal Items in the
    Testing Room ......................... 14
Examinees with Disabilities Requesting Testing
    Accommodations ...................... 15
Obtaining an Eligibility Period
    for Step 1 and Step 2 CK .............. 15
Obtaining an Eligibility Period for Step 2 CS...... 15
Obtaining an Eligibility Period for Step 3 ........ 16
Scheduling Step 1, Step 2 CK, and Step 3 ........ 16
Scheduling Step 2 CS ....................... 18
Summary of Process......................... 20

TESTING .................................. 21
Testing Regulations and Rules of Conduct ....... 21
Personal Items.............................. 21
Admission to the Test....................... 23
Step 1, Step 2 CK, and Step 3 ............... 23
Step 2 CS.................................. 25

SCORING AND SCORE REPORTING ......... 26
Examination Results and Scoring.............. 26
Minimum Passing Scores..................... 27
Official Examinee Score Reports ............. 27
Score Rechecks ............................ 27
Score Reporting ........................... 28
Official USMLE Transcripts and Providing
    Scores to Third Parties ................ 28
Electronic Residency Application Service
    (ERAS®)............................. 29

INDETERMINATE SCORES AND
    IRREGULAR BEHAVIOR ............... 30
Validity of Scores .......................... 30
Irregular Behavior ......................... 30

COMMUNICATING ABOUT USMLE ......... 32
Application and Registration Inquiries ......... 32
Scheduling and Test Center Inquiries .......... 33
Test Administration Problems/Inquiries ........ 33
General Inquiries ........................... 33
Step 3 and Medical Licensure Inquiries......... 33

Copyright © 2006 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners.

# OVERVIEW

## INTRODUCTION

The United States Medical Licensing Examination™ (USMLE™) is a three-step examination for medical licensure in the United States and is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners® (NBME®).

The Composite Committee, appointed by the FSMB and NBME, establishes policies for the USMLE program. Membership includes representatives from the FSMB, NBME, Educational Commission for Foreign Medical Graduates (ECFMG®), and the American public.

> **Note: You must become familiar with the information in this bulletin if you are an applicant with an eligibility period in 2007. If your eligibility period extends into 2008 and you test in 2008, you must become familiar with and will be subject to the policies and procedures detailed in the 2008 *Bulletin of Information*.** Eligibility periods are explained on pages 15–16. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 32).

Changes in the USMLE program may occur after the release of this bulletin. If changes occur, information will be posted at the USMLE website. You must obtain the most recent information to ensure an accurate understanding of current USMLE rules. If you are unable to access updated USMLE information via the Internet, you may contact the USMLE Secretariat in writing (see page 33) for updated information.

> **http://www.usmle.org**
> Visit the USMLE website for up-to-date information.

## PURPOSE OF THE USMLE

In the United States and its territories ("United States" or "US"), the individual medical licensing authorities ("state medical boards") of the various jurisdictions grant a license to practice medicine. Each medical licensing authority sets its own rules and regulations and requires passing an examination that demonstrates qualification for licensure. Results of the USMLE are reported to these authorities for use in granting the initial license to practice medicine. The USMLE provides them with a common evaluation system for applicants for medical licensure.

The USMLE assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills that are important in health and disease and that constitute the basis of safe and effective patient care. Each of the three Steps complements the others; no Step can stand alone in the assessment of readiness for medical licensure. Because individual medical licensing authorities make decisions regarding use of USMLE results, you should contact the jurisdiction where you intend to apply for licensure to obtain complete information. Also, the FSMB can provide general information on medical licensure.

> **USMLE Mission Statement**
>
> The United States Medical Licensing Examination (USMLE) program supports medical licensing authorities in the United States through its leadership in the development, delivery, and continual improvement of high quality assessments across the continuum of physicians' preparation for practice.
>
> Goals:
>
> ☐ To provide to licensing authorities meaningful information from assessments of physician characteristics—including medical knowledge, skills, values, and attitudes—that are important to the provision of safe and effective patient care.
>
> ☐ To engage medical educators and their institutions, licensing authority members, and practicing clinicians in the design and development of these assessments.
>
> ☐ To assure fairness and equity to physicians through the highest professional testing standards.
>
> ☐ To continue to develop and improve assessments for licensure with the intent of assessing physicians more accurately and comprehensively.

1

# OVERVIEW

## THE THREE STEPS OF THE USMLE

**Step 1** assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Step 1 ensures mastery of not only the sciences that provide a foundation for the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning.

**Step 2** assesses whether you can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine.

**Step 3** assesses whether you can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. Step 3 provides a final assessment of physicians assuming independent responsibility for delivering general medical care.

## EXAMINATION COMMITTEES

Examination committees composed of medical educators and clinicians prepare the examination materials. Committee members broadly represent the teaching, practicing, and licensing communities across the United States. At least two of these committees critically appraise each test item or case. They revise or discard any materials that are in doubt.

## OWNERSHIP AND COPYRIGHT OF EXAMINATION MATERIALS

The examination materials used in the USMLE are copyrighted. If you reproduce and/or distribute any examination materials, by any means, including memorizing and reconstructing them, without explicit written permission, you are in violation of the rights of the owners. In addition to actions described on pages 30–31, every legal means available to protect USMLE copyrighted materials and secure redress against those who violate copyright law may be pursued.

## USMLE STEP 2 CLINICAL SKILLS (CS)

A clinical skills examination was part of the original design of USMLE. The NBME was charged with including a test of clinical skills using standardized patients when such an examination was shown to be valid, reliable, and practical. NBME research and the work of other organizations administering clinical skills examinations demonstrate that clinical skills examinations measure skill sets different from those measured by traditional multiple-choice questions. Mastery of clinical and communication skills, as well as cognitive skills, by individuals seeking medical licensure is important to the protection of the public.

Implementation of the clinical skills examination began in June 2004. The clinical skills examination is a separately administered component of Step 2 and is referred to as Step 2 Clinical Skills, or Step 2 CS. The computer-based, multiple-choice component of Step 2 is referred to as Step 2 Clinical Knowledge, or Step 2 CK.

USMLE Step 2 CS is administered at five regional test centers (CSEC Centers) in the United States.

## COMPUTER-BASED TESTING (CBT)

Parts of the USMLE are administered by computer. Thomson Prometric, a part of The Thomson Corporation, provides scheduling and test centers for the computer-based components of USMLE. Step 1 and Step 2 CK are given around the world at Prometric Test Centers (PTCs). Step 3 is given at PTCs in the United States and its territories only.

# ELIGIBILITY

## STEP 1, STEP 2 CK, AND STEP 2 CS

To be eligible, you must be in one of the following categories at the time of application **and** on the test day:

- ❑ a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME),

- ❑ a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), or

- ❑ a medical student officially enrolled in, or a graduate of, a medical school outside the United States and Canada and eligible for examination by the ECFMG.

## STEP 3

To be eligible for Step 3, prior to submitting your application, you must:

- ❑ obtain the MD degree (or its equivalent) or the DO degree,

- ❑ pass Step 1, Step 2 CK, and, if required based upon the rules referenced below, Step 2 CS,

- ❑ obtain certification by the ECFMG or successfully complete a "Fifth Pathway" program if you are a graduate of a medical school outside the United States and Canada (information on Fifth Pathway programs is available in ECFMG's *Information Booklet* [www.ecfmg.org]), and

- ❑ meet the Step 3 requirements set by the medical licensing authority to which you are applying.

## WHO IS REQUIRED TO TAKE STEP 2 CS?

In order to be eligible to register for USMLE Step 3, the examination requirements for students and graduates of LCME-accredited medical school programs or AOA-accredited medical schools include passing Step 1 and Step 2. Such individuals must pass Step 2 CS as part of the examination requirements for Step 3 if they: (a) have medical school graduation dates in 2005 or later, or (b) graduated from medical school prior to 2005 but did not pass the CK component of Step 2 taken on or before June 30, 2005.

> **Note:** A physician whose basic medical degree or qualification was conferred by a medical school outside the United States and Canada may be eligible for certification by the ECFMG if the medical school and graduation year are listed in the *International Medical Education Directory* (IMED) of the Foundation for Advancement of International Medical Education and Research (FAIMER®). This applies to citizens of the United States who have completed their medical education in schools outside the United States and Canada but not to foreign nationals who have graduated from medical schools in the United States and Canada. Specific eligibility criteria for students and graduates of medical schools outside the United States and Canada to take Step 1 and Step 2 are described in the *Information Booklet* provided by the ECFMG.
>
> Application and other requests for services will not be processed if it is determined that doing so would be violative of any applicable federal laws or regulations.

> **Note:** The USMLE program recommends that for Step 3 eligibility, licensing authorities require the completion, or near completion, of at least one postgraduate training year in a program of graduate medical education accredited by the Accreditation Council for Graduate Medical Education (ACGME) or the AOA. You should contact the FSMB or the individual licensing authority (see pages 33–38) for complete information on Step 3 eligibility requirements in the state where you plan to seek licensure.

# ELIGIBILITY

Step 2 CS replaced the Clinical Skills Assessment (CSA®) formerly administered by the ECFMG. Effective June 14, 2004, Step 2 CS became a requirement for ECFMG certification of international medical graduates who have not passed the CSA. To register for Step 3, ECFMG certificate holders must have taken and passed either the CSA or the Step 2 CS.

In order to register for Step 3, Fifth Pathway graduates must have taken and passed either the CSA or the Step 2 CS.

Individuals who have passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 6), but are permitted to take Step 2 CS, provided they meet all other eligibility requirements.

Individuals who are not required to pass Step 2 CS for Step 3 eligibility but elect to take Step 2 CS and fail the examination are not eligible for Step 3 until such time as the individual's Step 2 CS performance of record (i.e., most recent performance) is a pass and the individual meets all other Step 3 requirements.

## GRADUATES OF UNACCREDITED MEDICAL SCHOOLS IN THE UNITED STATES AND CANADA

If you are eligible for licensure by a US medical licensing authority but are **not** in one of the eligibility categories listed on page 3, you may take the USMLE only upon specific request by that medical licensing authority. A licensing authority may sponsor you to take Step 1 and Step 2, followed by Step 3 if Step 1 and Step 2 are passed, if all the following conditions apply to you:

- You are a graduate of an unaccredited medical school in the United States or Canada;

- You are an applicant for initial medical licensure in the jurisdiction of the sponsoring licensing authority; and

- The sponsoring licensing authority certifies that you have met all of the requirements for licensure in the jurisdiction except for the examination requirement.

If these conditions apply to you, the medical licensing authority should submit the request to sponsor you to the USMLE Secretariat at the address shown on page 33 in advance of your application for the Step.

## SEQUENCE OF STEPS

If eligibility requirements are met (see page 3), you may take Step 1, Step 2 CK, and Step 2 CS in any sequence.

## TIME LIMIT AND NUMBER OF ATTEMPTS ALLOWED TO COMPLETE ALL STEPS

Although there is no limit on the total number of times you can retake a Step or Step Component you have not passed, the USMLE program recommends to medical licensing authorities that they:

- require the dates of passing the Step 1, Step 2, and Step 3 examinations to occur within a seven-year period; and

- allow no more than six attempts to pass each Step or Step Component without demonstration of additional educational experience acceptable to the medical licensing authority.

For purposes of medical licensure in the United States, any time limit to complete the USMLE is established by the state medical boards. Most, but not all, use the recommended seven years as the time limit for completion of the full USMLE sequence. While medical schools may require students to pass one or more Steps for advancement and/or graduation, you should understand the implications for licensure. For states that establish a time limit for completion of all three Steps, the "clock" starts running on the date the first Step or Step Component is passed or, in some cases, on the date of the first attempt at any Step. General information regarding state-specific requirements for licensure can be obtained from the FSMB (*www.fsmb.org*). For defini-

4

# ELIGIBILITY

tive information, you should contact directly the licensing authority in the jurisdiction in which you intend to seek licensure.

**Special Notice for MD/PhD Candidates**

The common pathway for MD/PhD students involves completing the first two years of medical school and then moving to graduate school studies and research for a three- or four-year period. Following completion of PhD course work and all or most of their research projects, these students return to complete their two clinical years, thus completing the medical degree in seven to nine years after first matriculating.

The USMLE program recognizes that the recommended seven-year time limit may pose problems for medical licensure for some students pursuing a combined degree (i.e., MD/PhD). It is for this reason that the USMLE program recommends to licensing jurisdictions that they be willing to consider exceptions to the seven-year limit for MD/PhD students who meet certain narrow requirements. The recommended requirements are as follows:

1. The candidate is working toward both degrees in an institution or program accredited by the LCME and regional university accrediting body and is a student in good standing, enrolled in the institution or program.
2. The PhD studies should be in a field of biological sciences tested in the Step 1 content. These fields include but are not necessarily limited to anatomy, biochemistry, physiology, microbiology, pharmacology, pathology, genetics, neuroscience, and molecular biology. Fields explicitly not included are business, economics, ethics, history, and other fields not directly related to biological science.
3. Candidates seeking an exception to the seven-year rule should be required to present a verifiable and rational explanation for the fact that he or she was unable to meet the seven-year limit. Although these explanations will vary considerably, each licensing jurisdiction will need to decide on its own which explanation justifies an exception.

Students who pursue both degrees should understand that while many states' regulations provide specific exceptions to the seven-year rule for dual degree candidates, others do not. Students pursuing a dual degree are advised to check the state-specific requirements for licensure listed by the FSMB.

**Special Notice for International Medical Students and Graduates**

ECFMG policy requires that applicants pass those USMLE Steps or Step Components required for ECFMG certification within a seven-year period. (You should refer to ECFMG's *Information Booklet* for complete details, as some exceptions may apply.) This policy applies only to ECFMG certification. The USMLE program recommends, although not all jurisdictions impose, a seven-year limit for completion of the three-Step USMLE program. You should contact the FSMB or the medical licensing authority of the jurisdiction where you plan to apply for licensure for state-specific requirements.

**RETAKES**

If you fail or do not complete a Step or Step Component and want to retake it, you must reapply by submitting a new application and fee.

- ❑ You may take the failed or incomplete Step or Step Component no more than three times within a 12-month period.
- ❑ No Step or Step Component may be taken sooner than 60 days after your previous test date.
- ❑ For Step 1 and Step 2 CK: You may retake the examination no earlier than the first day of the month that begins at least 60 days after your previous test date.
- ❑ For Step 2 CS and Step 3: Your eligibility period for the retake will begin no earlier than 60 days after the date of your prior attempt.
- ❑ For Step 3: You may not reapply sooner than 60 days after your last attempt.

> **Note:** *Eligibility periods* are explained on pages 15–16. To apply for the USMLE, you must contact the appropriate *registration entity* (see page 32).

5

# ELIGIBILITY

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority for the completion of all Steps or a requirement imposed by another authority recognized by the USMLE program for this purpose. The medical licensing or other authority must provide information indicating that you are applying to retake the passed Step or Step Component in order to comply with its requirement. If you are repeating a Step or Step Component because of a time limit, you may apply to retake the examination only after the applicable time limit has expired.

An exception to the policy of requiring the time limit to expire before applying to retake a previously passed Step or Step Component can be granted if, at the time of application and testing:

- ❑ you are currently enrolled in an LCME- or AOA-accredited medical school program leading to the MD or DO degree;

- ❑ you have previously passed Step 1 and/or Step 2 but have not passed Step 3;

- ❑ you are expected to graduate from the medical school program six or more years after the date you first passed Step 1 and/or Step 2; and

- ❑ you are otherwise eligible to retake the examination.

The number of attempts allowed to pass each Step or Step Component and the time allowed to complete all Steps vary among jurisdictions. To obtain specific information, you should contact the medical licensing authority in the jurisdiction where you intend to apply for medical licensure or the FSMB.

See pages 32–38 for information on how to contact the FSMB and medical licensing authorities.

## OFFICIAL PERFORMANCE OF RECORD FOR EXAMINEES RETAKING A PREVIOUSLY PASSED STEP

In order to meet the examination requirements for Step 3 eligibility, you must achieve a passing performance on the *most recent administration* of the examinations intended to meet those requirements.

If you have not yet passed Step 3 and wish to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a medical licensing or other recognized authority, you should understand the implications for Step 3 eligibility of a failing performance on a retake. Specifically, if a failing performance on a retake is the most recent administration of that examination, that failing score will preclude Step 3 eligibility.

## FORMERLY ADMINISTERED EXAMINATIONS

The NBME certifying examinations, Part I, Part II, and Part III, and the Federation Licensing Examination (FLEX) Components 1 and 2 are no longer administered. Use of the former NBME Parts or FLEX Components to fulfill eligibility requirements for Step 3 is no longer accepted. If you have passed all or a portion of these examinations and have never been granted a medical license by a US medical licensing authority, you may take any Step(s) for which you are otherwise eligible.

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a determination of irregular behavior (see pages 30–31). If you take a Step or Step Component for which you are not eligible, scores for that examination may not be reported or, if previously reported, may be revoked.

# EXAMINATION CONTENT

## STEP 1

Step 1 includes test items in the following content areas:

- anatomy,
- behavioral sciences,
- biochemistry,
- microbiology,
- pathology,
- pharmacology,
- physiology,
- interdisciplinary topics, such as nutrition, genetics, and aging.

Step 1 is a broadly based, integrated examination. Test items commonly require you to perform one or more of the following tasks:

- interpret graphic and tabular material
- identify gross and microscopic pathologic and normal specimens
- apply basic science knowledge to clinical problems.

Step 1 classifies test items along two dimensions, system and process, as shown in Table 1.

---

**http://www.usmle.org**
Sample Step 1 test materials and further information on Step 1 test content are available from your registration entity and at the USMLE website.

---

**Table 1: USMLE Step 1 Specifications***

**System****

| | |
|---|---|
| 40%–50% | General principles |
| 50%–60% | Individual organ systems |
| | • hematopoietic/lymphoreticular |
| | • nervous/special senses |
| | • skin/connective tissue |
| | • musculoskeletal |
| | • respiratory |
| | • cardiovascular |
| | • gastrointestinal |
| | • renal/urinary |
| | • reproductive |
| | • endocrine |

**Process**

| | |
|---|---|
| 30%–50% | Normal structure and function |
| 30%–50% | Abnormal processes |
| 15%–25% | Principles of therapeutics |
| 10%–20% | Psychosocial, cultural, occupational, and environmental considerations |

\* Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.
\*\* The general principles category includes test items concerning those normal and abnormal processes that are not limited to specific organ systems. Categories for individual organ systems include test items concerning those normal and abnormal processes that are system specific.

7

# EXAMINATION CONTENT

## STEP 2 CLINICAL KNOWLEDGE (CK)

Step 2 CK includes test items in the following content areas:

- internal medicine,
- obstetrics and gynecology,
- pediatrics,
- preventive medicine,
- psychiatry,
- surgery,
- other areas relevant to provision of care under supervision.

Most Step 2 CK test items describe clinical situations and require that you provide one or more of the following:

- a diagnosis,
- a prognosis,
- an indication of underlying mechanisms of disease,
- the next step in medical care, including preventive measures.

Step 2 CK is a broadly based, integrated examination. It frequently requires interpretation of tables and laboratory data, imaging studies, photographs of gross and microscopic pathologic specimens, and results of other diagnostic studies. Step 2 CK classifies test items along two dimensions: disease category and physician task, as shown in Table 2.

Please note that much of the content that addresses normal growth and development and general principles of care is also related to the individual organ systems categories, so that the number of questions that deal solely with normal growth and development and general principles of care is relatively small.

> **http://www.usmle.org**
> Sample Step 2 CK test materials and further information on Step 2 CK test content are available from your registration entity and at the USMLE website.

---

**Table 2: USMLE Step 2 CK Specifications***

**Normal Conditions and Disease Categories**

- Normal growth and development and general principles of care
- Individual organ systems or types of disorders
  - immunologic disorders
  - diseases of the blood and blood-forming organs
  - mental disorders
  - diseases of the nervous system and special senses
  - cardiovascular disorders
  - diseases of the respiratory system
  - nutritional and digestive disorders
  - gynecologic disorders
  - renal, urinary, and male reproductive systems
  - disorders of pregnancy, childbirth, and the puerperium
  - disorders of the skin and subcutaneous tissue
  - diseases of the musculoskeletal system and connective tissue
  - endocrine and metabolic disorders

**Physician Task**

15%–20% Promoting preventive medicine and health maintenance
20%–35% Understanding mechanisms of disease
25%–40% Establishing a diagnosis
15%–25% Applying principles of management

\* Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.

# EXAMINATION CONTENT

## STEP 2 CLINICAL SKILLS (CS)

Step 2 CS assesses whether you can demonstrate the fundamental clinical skills essential for safe and effective patient care under supervision. There are three subcomponents of Step 2 CS (see Table 3): Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP).

### Table 3: The Subcomponents of Step 2 CS

**Integrated Clinical Encounter (ICE)**

- Data gathering – patient information collected by history taking and physical examination
- Documentation – completion of a patient note summarizing the findings of the patient encounter, diagnostic impression, and initial patient work-up

**Communication and Interpersonal Skills (CIS)**

- Questioning skills
- Information-sharing skills
- Professional manner and rapport

**Spoken English Proficiency (SEP)**

- Clarity of spoken English communication within the context of the doctor-patient encounter

Step 2 CS uses standardized patients, i.e., people trained to portray real patients. You are expected to establish rapport with the patients, elicit pertinent historical information from them, perform focused physical examinations, answer questions, and provide counseling when appropriate. After each interaction with a patient, you will record pertinent history and physical examination findings, list diagnostic impressions, and outline plans for further evaluation, if necessary. The cases cover common and important situations that a physician is likely to encounter in common medical practice in clinics, doctors' offices, emergency departments, and hospital settings in the United States.

The cases that make up each administration of the Step 2 CS examination are based upon an examination blueprint. An examination blueprint defines the requirements for each examination, regardless of where and when it is administered. The sample of cases selected for each examination reflects a balance of cases that is fair and equitable across all examinees. On any examination day, the set of cases will differ from the combination presented the day before or the following day, but each set of cases has a comparable degree of difficulty.

The intent is to ensure that examinees encounter a broad spectrum of cases reflecting common and important symptoms and diagnoses. The criteria that are used to define the blueprint and create individual examinations focus primarily on presenting complaints and conditions. Presentation categories include, but are not limited to, cardiovascular, constitutional, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, respiratory, and women's health. Examinees will see cases from some, but not all, of these categories. The selection of cases is also guided by specifications relating to acuity, age, gender, and type of physical findings presented in each case.

> **http://www.usmle.org**
> Further information on Step 2 CS is available from your registration entity and at the USMLE website.

## STEP 3

Step 3 is organized along two principal dimensions: clinical encounter frame and physician task (see Table 4). Step 3 content reflects a data-based model of generalist medical practice in the United States.

Encounter frames capture the essential features of circumstances surrounding physicians' clinical activity with patients. They range from encounters with patients seen for the first time for nonemergency problems, to encounters with regular patients seen in

9

# EXAMINATION CONTENT

the context of continued care, to patient encounters in (life-threatening) emergency situations. Encounters occur in clinics, offices, skilled nursing care facilities, hospitals, emergency departments, and on the telephone. Each test item in an encounter frame also represents one of the six physician tasks. For example, initial care encounters emphasize taking a history and performing a physical examination. In contrast, continued care encounters emphasize decisions regarding prognosis and management.

### Table 4: USMLE Step 3 Specifications*

**Clinical Encounter Frame**

| | |
|---|---|
| 20%–30% | Initial care |
| 50%–60% | Continued care |
| 15%–25% | Emergency care |

**Physician Task**

| | |
|---|---|
| 8%–12% | Obtaining history and performing physical examination |
| 8%–12% | Using laboratory and diagnostic studies |
| 8%–12% | Formulating most likely diagnosis |
| 8%–12% | Evaluating severity of patient's problems |
| 8%–12% | Applying scientific concepts and mechanisms of disease |
| 45%–55% | Managing the patient<br>• health maintenance<br>• clinical intervention<br>• clinical therapeutics<br>• legal and ethical issues |

* Percentages are subject to change at any time. See the USMLE website for the most up-to-date information.

High-frequency, high-impact diseases also organize the content of Step 3. Clinician experts assign clinical problems related to these diseases to individual clinical encounter frames to represent their occurrence in generalist practice.

## *Primum®* Computer-Based Case Simulations (CCS)

Step 3 examinees test using two formats: multiple-choice questions and *Primum* computer-based case simulations (CCS), a testing format that allows you to provide care for a simulated patient. You decide which diagnostic information to obtain and how to treat and monitor the patient's progress. The computer records each step you take in caring for the patient and scores your overall performance. This format permits assessment of clinical decision-making skills in a more realistic and integrated manner than other available formats.

In *Primum* CCS, you may request information from the history and physical examination; order laboratory studies, procedures, and consultants; and start medications and other therapies. Any of the thousands of possible entries that you type on the "order sheet" are processed and verified by the "clerk." When you have confirmed that there is nothing further you wish to do, you decide when to reevaluate the patient by advancing simulated time. As time passes, the patient's condition changes based on the underlying problem and your interventions; results of tests are reported, and results of interventions must be monitored. You suspend the movement of simulated time as you consider next steps. While you cannot go back in time, you can change your orders to reflect your updated management plan.

The patient's chart contains, in addition to the order sheet, the reports resulting from your orders. By selecting the appropriate chart tabs, you can review vital signs, progress notes, patient updates, and test results. You may care for and move the patient among the office, home, emergency department, intensive care unit, and hospital ward.

> http://www.usmle.org
> Sample Step 3 test materials and further information on Step 3 test content are available from the FSMB and at the USMLE website.

# EXAMINATION CONTENT

The cases used in the CCS portion of the Step 3 examination are based upon a CCS examination blueprint. The blueprint defines the requirements for CCS examination forms. The CCS blueprint is used to construct CCS examination forms focusing primarily on presenting symptoms and presenting locations. Presenting symptoms relate to the Step 3 Problem/Disease List and are associated with the central nervous system, eye/ear/nose/mouth/throat, respiratory system, circulatory system, digestive system, behavioral/emotional disorders, musculoskeletal system, skin/subcutaneous tissue, endocrine/nutrition/metabolic disorders, kidneys/urinary tract, reproductive system, pregnancy/childbirth, neonate/childhood illnesses, blood and blood-forming organs, infectious/parasitic diseases, injuries/wound/toxic effects/burns, and health maintenance issues. Presenting locations include the outpatient office, emergency department, inpatient unit, intensive care unit, and the patient's home.

Examinees will see cases related to some, but not all, of these problem/disease and location categories. The intent is to ensure that all examinees encounter a broad range of cases reflecting common and important symptoms and diagnoses. The selection of cases is also guided by specifications relating to age and gender. Each CCS examination form is structured to reflect a balance of cases that is fair and equitable for all examinees.

# PREPARING FOR THE TEST

## SAMPLE TEST MATERIALS

The best preparation for the USMLE is a general, thorough review of the content reflected in the examination descriptions on pages 7–11. You should also review further information on the examination content and test formats available on the USMLE website or from your registration entity and run the sample test materials available on the USMLE website or on the 2007 USMLE compact disc (CD). The 2007 USMLE CD is available through your registration entity.

There are no test preparation courses affiliated with or sanctioned by the USMLE program. Information on such courses is not available from the ECFMG, FSMB, NBME, USMLE Secretariat, or medical licensing authorities.

## TEST LENGTHS AND FORMATS

❑ Step 1 has approximately 350 multiple-choice test items, divided into seven 60-minute blocks, administered in one eight-hour testing session.

❑ Step 2 CK has approximately 370 multiple-choice test items, divided into eight 60-minute blocks, administered in one nine-hour testing session.

❑ Step 2 CS has 12 patient cases. You will have 15 minutes for each patient encounter and 10 minutes to record each patient note. If you do not use the entire 15 minutes for the patient encounter, the remaining time will be added to the time you have to record the patient note. The testing session is approximately eight hours.

❑ Step 3 has approximately 480 multiple-choice test items, divided into blocks of 35 to 50 items. You will have 45 to 60 minutes to complete each of these blocks. There are approximately nine computer-based case simulations (see page 10), with one case in each block. You will have a maximum of 25 minutes to complete each of these blocks. Step 3 is administered in two eight-hour testing sessions.

For Step 1, Step 2 CK, and Step 3 multiple-choice sections, during the defined time to complete the items in each block, you may answer the items in any order, review your responses, and change answers. After you exit the block, or when time expires, you can no longer review test items or change answers.

Step 2 CS cases and Step 3 case simulations must be taken in the order presented. After you exit the case or session, or when time expires, you can no longer review test items or cases, change answers, or collect additional information.

> **http://www.usmle.org**
>
> **Note:** The test descriptions provided here, including test length and number of test items or cases, may be changed at any time. Notice of any changes will be posted at the USMLE website.

## PRACTICING WITH THE SOFTWARE

For Steps 1, 2 CK, and 3 you should acquaint yourself with the test software well before your test date(s). Practice time is not available on the test day, and test center staff are not authorized to provide instruction on use of the software. A brief tutorial on the test day provides a review of the test software, including navigation tools and examination format, prior to beginning the test. It does not provide an opportunity to practice. Step 3 examinees should review the *Primum* CCS orientation materials and practice with all of the sample cases well in advance of the testing day to have a thorough understanding of how the software works.

Sample test materials to practice with the software (both multiple-choice questions and *Primum* CCS cases) are available to eligible applicants from their registration entity and at the USMLE website.

## PRACTICE AT PROMETRIC TEST CENTERS

If you wish to experience some of the conditions of test administration for Step 1, Step 2 CK, or Step 3, you may schedule time to review sample test materials at a Prometric Test Center for a fee. Although shorter than an actual USMLE examination and con-

12

## PREPARING FOR THE TEST

taining the same sample test materials provided by the USMLE registration entities and at the USMLE website, this option allows you to experience USMLE sample test materials in the same environment as your actual test. After your registration for a Step or Step Component is complete and you have received your Scheduling Permit, you may register for a practice session for that examination by following the instructions at the USMLE website.

The sample materials available for the practice session will continue to appear in the Prometric software until further notice. If you wish to practice with the NBME FRED test delivery software (the software used in the actual examination), you should use the 2007 sample materials available on the USMLE website and on the USMLE orientation CD. It is expected that the sample materials used for the practice sessions will be available in the FRED software in fall 2006.

> **Note:** If you register for the practice session, you will receive a separate Scheduling Permit specifically for the practice session. You must have this Permit before you can contact Prometric to schedule the practice session. You should allow two weeks to receive your practice session Scheduling Permit.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## APPLICATION MATERIALS

If you meet the eligibility requirements on page 3, you can apply for Step 1, Step 2 CK and CS, or Step 3. Applications are available from the appropriate registration entity. You must use current application materials to apply.

> **Note:** See page 32 for information on how to contact your registration entity to apply for a Step or Step Component.

## APPLYING FOR STEP 1, STEP 2 CK, AND STEP 2 CS

Students and graduates of LCME-accredited programs and AOA-accredited medical schools should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions at the NBME website (*http://www.nbme.org*). Review and follow the application instructions, complete your application, and submit it to the NBME.

Students and graduates of medical schools outside the United States and Canada should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions at the ECFMG website (*http://www.ecfmg.org*). Review and follow the application instructions, complete your application, and submit it to the ECFMG.

## APPLYING FOR STEP 3

To request information on Step 3 eligibility requirements and application procedures, follow the instructions at the FSMB website (*http://www.fsmb.org*), or contact the FSMB or the medical licensing authority to which you wish to apply.

> **Note:** See pages 33–38 for information on how to contact medical licensing authorities.

Application procedures for Step 3 vary among jurisdictions. You should begin inquiries at least three months in advance of the dates on which you expect to take the test.

After you obtain application materials, review and follow the application instructions to complete your application and submit it to the medical licensing authority or the FSMB as directed in the instructions.

## EXAMINEES WHO REQUIRE PERSONAL ITEMS IN THE TESTING ROOM

As more fully explained on page 21, unauthorized possession of personal items while you are in the secure areas of the testing center is prohibited. However, in certain limited circumstances, exceptions to this policy may be made for medical reasons, provided that permission is granted in advance of test administration. If you believe that you have a medical condition that requires you to use food, drink, medication, an external appliance, or electronic device in the secure areas of the test center, please submit a written request via email to PIE@nbme.org, via fax to 215-590-9422, or via mail to Personal Item Exception Coordinator, 3750 Market Street, Philadelphia, PA, 19104. You will need to explain the necessity for the exception and provide documentation from your medical professional substantiating your need to use the item(s) during test administration. Examples of appliances and devices to which this policy applies include insulin pumps, inhalers, medications (oral, inhaled), TENS units, breast pumps, hearing aids, non-standard stethoscopes (for Step 2 CS), wheelchairs, canes, crutches and casts. This list is not exhaustive; if you are unsure whether you should request an exception, please contact the Personal Item Exception Coordinator via email at PIE@nbme.org.

You are not required to obtain advance permission to wear eyeglasses or contact lenses during testing, or to consume food or medication on authorized breaks. All personal items, including those permitted as an exception under this policy, are subject to inspection at the test center. If you bring an item, including an appliance or device, to your test administration without obtaining permission in advance, you may not be permitted to test, you may be required to relinquish the item, you may be investigated for irregular behavior, and/or your score may be held until you provide adequate documentation from your medical professional.

14

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## EXAMINEES WITH DISABILITIES REQUESTING TESTING ACCOMMODATIONS

The USMLE program provides reasonable accommodations for examinees with disabilities who are covered under the Americans with Disabilities Act (ADA). If you are a disabled individual covered under the ADA and require test accommodations, the following guidelines apply to you:

- ❏ You must obtain information regarding procedures and documentation requirements in advance of applying for each Step or Step Component. This information is available from the USMLE website, from your registration entity if you are applying for Step 1, Step 2 CK or Step 2 CS, or from the FSMB website if you are applying for Step 3.

- ❏ Your application and your request for accommodations and accompanying documentation must be submitted at the same time to the appropriate addresses. If you are applying for Step 2 CS, review the informational materials available on the USMLE website before requesting test accommodations.

- ❏ When test accommodations are granted for USMLE Steps and Components, score reports and transcripts may include an annotation that an accommodation was granted. Score recipients who inquire about the annotation will be provided with information about the nature of the accommodation only.

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 1 AND STEP 2 CK

When applying for Step 1 or Step 2 CK, you must select a three-month period, such as January-February-March or February-March-April, during which you prefer to take the examination. A Scheduling Permit with instructions for making an appointment at a Prometric Test Center will be issued to you after your registration entity processes your application and determines your eligibility. The Scheduling Permit specifies the three-month eligibility period during which you must complete the examination. During peak periods, allow up to approximately four weeks for processing of your application. On receipt of your Scheduling Permit, you are able to contact Prometric immediately to schedule a test date.

Prometric schedules testing appointments for Steps 1 and 2 CK up to six months in advance of the assigned eligibility period. If your application is submitted more than six months in advance of your requested eligibility period, it will be processed, but your Scheduling Permit will be issued no more than six months before your assigned eligibility period begins.

If you are unable to take the test within your eligibility period, contact your registration entity to inquire about a **one-time** contiguous three-month eligibility period extension. A fee is charged for this service. Visit your registration entity's website for more information. If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee(s).

> http://www.prometric.com
> Use the Prometric website for up-to-date information on the locations of Prometric Test Centers and to schedule an appointment.

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 2 CS

Step 2 CS is offered regularly throughout the year; however, there may be occasional, brief periods when all centers are closed. In planning the timing of your application, see below for information on how Step 2 CS eligibility periods are assigned. You should be aware that demand for test dates/centers at certain times during the year may exceed the number of testing spaces available.

When you apply for Step 2 CS you are assigned a 12-month eligibility period that begins when processing of your application is completed. A Scheduling Permit with instructions for making a testing appointment is issued to you.

15

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

Your eligibility period will be listed on your Scheduling Permit. You must take the exam during your eligibility period. You can schedule a testing appointment for any available date in your eligibility period. Once your eligibility period is assigned, it cannot be changed. If you do not take the exam within your eligibility period, you must reapply to take the exam, including payment of the examination fee. Although you cannot change your assigned eligibility period, you can reschedule a scheduled testing appointment within your eligibility period (see *Rescheduling*). A fee is charged if a change is made during the 14 days before your scheduled appointment.

## OBTAINING AN ELIGIBILITY PERIOD FOR STEP 3

Step 3 eligibility periods are assigned immediately once your application has been processed and approved. Time for processing will vary depending on the particular medical licensing authority and the volume of applications. Check the FSMB website for more detailed information on processing times. Upon complete processing of your Step 3 application and confirmation of eligibility, a Scheduling Permit will be issued to you with instructions for making an appointment at a Prometric Test Center. On receipt of your Scheduling Permit, you should contact Prometric immediately to schedule the test dates. The Scheduling Permit specifies the eligibility period (beginning immediately and extending for approximately 90 calendar days) during which you must complete the examination. If you are unable to take the test within your eligibility period, contact the FSMB to inquire about a **one-time** contiguous three-month eligibility period extension. A fee is charged for this service, and some restrictions may apply. Visit the FSMB website (*http://www.fsmb.org*) for more detailed information. If you do not take the test within your original or extended eligibility period and wish to take it in the future, you must reapply by submitting a new application and fee(s). The USMLE Step 3 fee is non-refundable and non-transferable from one eligibility period to another or from one application to another.

## SCHEDULING STEP 1, STEP 2 CK, AND STEP 3

### Testing Regions

Step 1 and Step 2 CK are administered in the United States and Canada and in more than 50 other countries. International testing locations are distributed among defined international testing regions. There is an additional international test delivery surcharge.

### Your Scheduling Permit

Your Scheduling Permit will be issued to you when the processing of your application is complete. You should verify the information on your Scheduling Permit before scheduling your appointment. Your Scheduling Permit includes the following:

- ❑ your name (see *Important Note*, page 23),
- ❑ the examination for which you registered,
- ❑ your eligibility period,
- ❑ your testing region,
- ❑ your Scheduling Number,
- ❑ your Candidate Identification Number (CIN).

> **Note:** You will not be able to take the test if you do not bring your Scheduling Permit to the test center.

> **Note:** Your Scheduling Number is needed when you contact Prometric to schedule test dates. It differs from your **Candidate Identification Number (CIN)**, which is your private key, and is needed to test. Prometric does not have access to your CIN.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

**Scheduling Test Dates**

When applying for the USMLE Steps 1, 2 CK, and 3 or scheduling test dates, please keep the following in mind:

- You must have your Scheduling Permit before you contact Prometric to schedule a testing appointment. Appointments are assigned on a "first-come, first-served" basis; therefore, you should contact Prometric to schedule as soon as possible after you receive your Scheduling Permit.

- You may take the test on any day that it is offered during your assigned eligibility period, provided that there is space at the Prometric Test Center you choose.

- Prometric Test Centers are closed on major local holidays.

- USMLE Steps 1, 2 CK, and 3 are not available during the first two weeks of January.

- The busiest testing times in the Prometric testing network in the United States and Canada are May through July and November through December.

- Some, but not all, Prometric Test Centers are open on weekend days. When you schedule your Step 3 test dates, the two days on which you take the test must be consecutive, unless the center is closed on the day that follows your first day of testing. In that event, Prometric will assign you to the next day the center is open for your second day of testing. In all other cases, you must take Step 3 on two consecutive days at the same test center.

Your Scheduling Permit includes specific information for contacting Prometric to schedule your test date(s) at the test center of your choice.

> http://www.prometric.com
> Use the Prometric website for up-to-date information on the locations of Prometric Test Centers and to schedule your test.

You will be required to provide information found only on your Scheduling Permit. When you schedule your appointment, you will receive the following specific information:

- the confirmed test day(s), date(s), and time;
- the address and telephone number of the Prometric Test Center where you will test; and
- your Prometric Confirmation Number(s).

After you schedule your testing appointment, you can print a confirmation of your appointment from the Prometric website. Scheduling a testing appointment for a specific date at a Prometric Test Center is not a guarantee that the scheduled test time or location will remain available. The Prometric Test Center at which you are scheduled may become unavailable after you have scheduled your appointment. In that event, Prometric will attempt to notify you in advance of your scheduled testing appointment and to schedule you for a different time and/or center. However, on rare occasions, rescheduling your appointment for a different time or center may occur at the last minute. To avoid losses you would incur as a result, you should try to maintain flexibility in your travel arrangements. You are encouraged to confirm your testing appointment a week prior to your test date.

**Rescheduling Test Dates**

If you are unable to keep your testing appointment on the scheduled date(s) or at the scheduled location, you may change your date(s) or center by following the instructions on your Scheduling Permit for contacting Prometric. You will need to provide your Prometric Confirmation Number when you reschedule.

To avoid a rescheduling fee, you must cancel or reschedule your appointment at least five business days before your appointment. If you are testing in the United States or Canada, you must cancel or reschedule by noon Eastern Time at least five business days before your appointment. If you are testing outside the United States or Canada, you must cancel or reschedule by noon local time of the Regional Registration Center for your testing region at least five business days before your appointment. If you provide less than five business days' notice,

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

Prometric will charge you a fee to reschedule your test date(s). Your rescheduled test date(s) must fall within your assigned eligibility period.

## SCHEDULING STEP 2 CS

Step 2 CS is administered at five test centers: Atlanta, Georgia; Chicago, Illinois; Houston, Texas; Los Angeles, California; and Philadelphia, Pennsylvania.

### Your Scheduling Permit

After your registration for Step 2 CS is complete, your registration entity will issue you a Scheduling Permit. The Scheduling Permit contains the following:

- your name (see *Important Note*, page 23),
- your USMLE identification number,
- your eligibility period,
- instructions for scheduling your testing appointment,
- a description of the identification required for admission to the testing center, and
- other important information.

### Scheduling Test Dates

Follow the instructions on your Scheduling Permit to schedule your test date(s) at the test center of your choice. To browse available test dates in your eligibility period at each of the five test centers, you can use on-line Step 2 CS Scheduling. Before accessing Step 2 CS Scheduling, you should review the important information in *How Test Dates Become Available*.

A schedule for reporting Step 2 CS results is available on the USMLE website. Please refer to this calendar before scheduling a test appointment if you need your results by a specific deadline.

After you confirm your testing appointment, you will be able to print a *confirmation notice* from the scheduling system. The confirmation notice includes your scheduled test date, arrival time, test center, and other important information. If you lose the confirmation notice, you can reprint it by accessing Step 2 CS Scheduling on the website of your registration entity.

### How Test Dates Become Available

- Test dates are opened so that dates will be available throughout your 12-month eligibility period.

- Additional test dates are opened, depending on demand. These dates are opened in ways that maximize operational efficiency at all centers and may not reflect examinee demand for particular test dates and/or centers.

- Testing appointments are available on a "first-come, first-served" basis (although some scheduling restrictions may be imposed). It is possible that you will not be able to obtain a testing appointment for the first time period and/or center you prefer.

- The availability of testing appointments will change frequently as a result of examinee scheduling, rescheduling, and opening of additional test dates.

- It is possible that testing appointments will become available for a time period and/or center that you prefer after you have scheduled an appointment for a different time period and/or center. In this event, you can change your scheduled test date and/or center. See page 19 for rescheduling fees.

- Although you can monitor available test dates for your preferred time period and test center, availability is not guaranteed. You must take the exam during your eligibility period; if the exam is not taken during the eligibility period, you must reapply and pay the full exam fee in order to take the examination.

### Rescheduling Test Dates

If you have a scheduled testing appointment and are unable to take the exam on your scheduled test date or at your scheduled test center, you can cancel your scheduled testing appointment and reschedule for a different date and/or center, subject to availability. A fee may be charged for this service depending on how much notice you provide when canceling your