# UNIVERSITY of LOUISVILLE
### Health Sciences Center

Edward C. Halperin, MD, MA, FACR
Dean of the School of Medicine
Ford Foundation Professor of Medical Education
Professor of Radiation Oncology, Pediatrics,
and History

University of Louisville
Abell Administration Center
323 East Chestnut Street
Louisville, Kentucky 40202-3866

Office: 502-852-1499
Fax:    502-852-1484
Web:   www.louisville.edu

November 7, 2007

Kirk Jenkins

**REDACTED**

*[handwritten: Same letter sent to 2 different addresses.]*

Dear Mr. Jenkins,

I understand that the NBME has denied your multiple requests for special accommodations for Step 1 of the USMLE.

I understand that you are planning to take the exam without accommodations in late November, but have also sought legal counsel to definitively address the situation. As you know, the School of Medicine requires passage of Step 1 and Step 2CK in order to progress through their clinical clerkships. The Educational Administrative Committee has made the decision, with my approval, that this requirement be waived and that you be allowed to progress through your initial clinical rotations regardless of your score on Step 1. Please understand, however, that ultimately you will still need to pass both Step 1 and Step 2CK to be able to graduate.

Please know you have our support and encouragement.

Sincerely yours,

*[signature]*

Edward C. Halperin, M.D., M.A., FACR
Dean of the School of Medicine

Cc   David Wiegman, Ph.D., Vice Dean
     Toni Ganzel, M.D., Senior Associate Dean

EXHIBIT 3