JUL. 6. 2007 11:41AM    WAU. FAM. PRACTICE                              No. 5499   P. 2

July 6, 2007

NBME Disability Services
3750 Market Street
Philadelphia, PA 19104

To Whom It May Concern,

I was Kirk Jenkins' teacher in the Montessori School of Wausau, WI, throughout his Preschool and Kindergarten years.

Kirk was a well-mannered, thoughtful child who excelled in the learning experience Montessori offers. He showed above average enthusiasm and intelligence in all areas of classroom activities, and was one of the leaders in my class.

However, when teaching him beginning reading skills, I began to notice some problems and eventual frustration from him. I questioned why he would have such difficulty learning names of letters and associating the letters with their sounds, when all of his other skills were above average. I subsequently spoke with his parents, and relayed my suspicion that he may have dyslexia. Kirk's parents were very supportive of my findings, and shared with me the fact that other family members were dyslexic. Because dyslexia is hereditary, this helped to confirm my suspicions. His parents and I felt that due to his young age and substantial support from both home and school, we would not have any professional testing done at this point. We decided to work one-on-one with Kirk and provide him with a strong phonic foundation. This strategy was strongly recommended then and currently even today remains essential for dyslexics learning to read.

As Montessori methodology allows for individual student exploration and choice, Kirk was able to spend long periods of time with me learning to read with the Phonics system. He was very aware that other children in the classroom were reading at a higher level than he was. In a Montessori classroom, there are mixed ages. Kirk's best friend in school was one year younger than he, and was quite far ahead of him in the series of phonics books and reading materials that we used. Kirk was extremely frustrated. It took a substantial amount of additional one-on-one work to get him to become willing to combat his impairment. In the one-on-one format only with significant positive reinforcement did he become willing to spend extra time working towards learning to read. This often took place during recess and even after school. I spent individual time with Kirk daily to help him read more fluently. I was also in contact with his mother often, in order to coordinate her efforts to work with him in the home.

The combination of intense individual attention at school and at home working on phonemes and decoding helped Kirk realize incremental improvements in reading. I have worked with many young children, some of whom also had learning disabilities or difficulties. The further we progressed, the more apparent it became that Kirk showed additional traits of dyslexia—difficulty decoding single words, inaccurate and labored oral reading, slow reading, and difficulty learning the letters of the alphabet and names of

EXHIBIT 4

numbers. His progress also reinforced that we had made the right decision to offer additional work in phonologic skills. Understand that Kirk did not suddenly become a good reader; he experienced incremental improvements through the additional reading sessions he and I worked through together that inspired him to continue. After leaving kindergarten his reading fluency was still significantly compromised, yet his brightness and perseverance allowed enough comprehension that he was not "turned off" from reading and learning.

Meeting Kirk again as a young man, I realize he still has the energy and drive to succeed against great odds. We as educators and life trainers must do all we can to help in this struggle, as it is those who have seen failure and still excel who become the compassionate men and women of our time.

Sincerely,

*Carol Blevins*

Carol Blevins

**REDACTED**

RECEIVED
DEC 0 6 2007
Disability Services