

1013983   5-194-442-9
1991-Evaluations

```
PSYCHOLOGIST'S REPORT          NAME:          Kirk Jenkins
Michael Gontarz                PARENTS:       Mr./Mrs. David Jenkins
D.C. Everest Area Schools      PHONE:
6300 Alderson St.              ADDRESS:       REDACTED
Schofield, WI  54476
                               SCHOOL:        Rothschild Elementary
                               GRADE:         3.5
        CONFIDENTIAL           BIRTHDATE:
                               CA:            8-8
                               DATE OF EVALUATIONS: January, 1991
                               DATE OF REPORT:      January 31, 1991
```

REASON FOR REFERRAL:

Kirk was referred by this evaluator after academic screening results indicated delays in spelling and written language. An evaluation was conducted as part of assessing whether Kirk may qualify for the learning disabilities program.

PROCEDURES COMPLETED:

Observations, teacher interviews, parent interviews, child history, Child Skills Checklist, Child Behavior Checklist, Teacher Report Form, ADHD Rating Scale, Wechsler Intelligence Scale for Children-Revised, Kaufman Test of Educational Achievement, Test of Auditory Perceptual Skills, Beery Developmental Test of Visual-Motor Integration, and Culture Free Self-Esteem Inventory.

BACKGROUND INFORMATION:

Family Information: Kirk lives with his natural parents and two older sisters (ages 13 and 16 respectively). His father is a physician, his mother is a teacher and homemaker. Kirk's oldest sister has had a history of learning, language and mobility (ataxia) difficulties and is currently receiving LD and speech/language services. Kirk's father also has a childhood history of learning difficulties; in addition, Mrs. Jenkins has the mobility deficit (ataxia).

Medical/Developmental Information: Kirk was born early via C-section and weighed 8 lbs., 15 oz. Infant feeding, weight gain and activity level were all normal. Childhood illness and injury history is uneventful. According to parental reports, Kirk's current medical condition is excellent. No eating, sleeping, vision, or hearing problems are noted. Kirk's current physician is Ellen Schumann, M.D. of Wausau (847-3575); his last physical examination was in the spring of 1990.

Developmentally, many of Kirk's milestones arrived quickly (walking, babbling, speaking first word, putting words together). All other milestones arrived at an average rate. Language development has been characterized by easy to understand speech and an excellent and mature vocabulary.

RECEIVED
DEC 5 2006
Disability Services

1                                          EXHIBIT 5

### Past Education, Interventions, and Assessment Results:

Kirk began his educational career at Kinder-Care/Montessori Preschool, before enrolling in Rothschild Elementary. He enjoys school; his attendance is excellent. Kirk has been receiving one to one, small group regular education instruction whenever available. Teachers have been concerned from year to year about Kirk's academic progress in spelling, written language, and reading.

A screening completed in November, 1990, using the Kaufman Test of Educational Achievement indicated that Kirk was above grade level in math, 1/2 to 1/4 grade year behind in reading, and 1 to 1 1/2 grade years delayed in spelling.

### OBSERVATIONS:

Observations of Kirk during testing indicated that he was very cooperative, pleasant, and hard-working. Kirk spontaneously initiated conversation with the evaluator, often elaborating on various topics. He also exhibited a fine range of affect and even displayed some appropriate humor. However, Kirk needed some instructions repeated (especially if the instructions contained numbers - like a mental arithmetic problem).

### ASSESSMENT DISCUSSION:

Cognitive/Intellectual: Kirk's current level of intellectual functioning, as measured by the Wechsler Intelligence Scale for Children-Revised, is in the superior range as he obtained a Full Scale IQ of 139 +/- 5 (99th percentile). The chances are 90 out of 100 that Kirk's true Full Scale IQ falls between 134 and 144. His obtained Verbal IQ of 133 +/- 6 (99th percentile, superior) and Performance IQ of 135 +/- 7 (99th percentile, superior) would suggest that the chances are 90 out of 100 that Kirk's true Verbal IQ falls between 127 and 139 and true Performance IQ between 128 and 142.

Within the Verbal Section of the WISC-R, Kirk displayed a relative strength in the area of understanding the relationships between things and ideas (high). His ability to understand and interpret social situations was also quite high. Kirk's general knowledge, mental arithmetic, and vocabulary were all much above average. Therefore, Kirk verbally demonstrated above average to superior verbal comprehension, verbal concentration, and conceptualizing ability. Short-term auditory memory (auditory sequencing) was a relative weakness for Kirk when compared to his test average/mean. The Test of Auditory Perceptual Skills indicated average to above average skills in most areas except auditory interpretation of directions. Again, Kirk displayed some auditory sequencing difficulties.

Within the Performance Section of the WISC-R, Kirk displayed high skills in the visualization and construction of objects and abstract designs. His ability to understand visual sequences of action, learn new non-verbal material under time restraints, and visually plan ahead were all very much above average. Therefore, Kirk's visual concentration, perceptual-motor development, non-verbal memory, and understanding of spatial relationships are all quite advanced. Only one relative weakness was exhibited when compared to his overall performance average: the ability to distinguish essential from non-essential visual details.

RECEIVED
DEC 6 2005
Disability Services

2

Informal testing indicated that Kirk had some left-right confusion. He was able to repeat polysyllabic words, mentally solve subtraction problems, and readily discriminate between rhyming and non-rhyming words. He could not, however, say the months in sequence (repeatedly incorrectly sequencing September, October, November as October, September, November); he became very confused when saying the months backwards. Kirk's recitation of the multiplication tables was sometimes inaccurate for the 4 and 5 tables.

Given Kirk's superior intellectual abilities, educators can expect him to be academically functioning at or near the beginning fifth grade level.

Achievement: Kirk's performance on the Kaufman Test of Educational Achievement revealed the following results:

|  | Standard Score | Percentile | Grade Level |
|---|---|---|---|
| Math Application | 110 | 75th | 4.1 |
| Math Computation | 112 | 79th | 3.9 |
| Overall Math | 113 | 81st | 4.0 |
| Reading Decoding | 93 | 32nd | 2.6 |
| Reading Comprehension | 104 | 61st | 3.7 |
| Overall Reading | 98 | 45th | 3.0 |
| Spelling | 87 | 19th | 2.1 |

Kirk's main achievement difficulty was in the area of spelling where he had the most problems spelling vowel digraphs and dipthongs (ou, ai, oe, ie, ea), suffixes or word endings (on, or) and consonant clusters and diagraphs (fr, br). Reversals of b and d were evident but not consistent. Reading decoding also indicated difficulties with vowel digraphs and dipthongs and single and double consonants. Kirk's decoding difficulties, when compared to his cognitive abilities, are significant but he compensates very well when comprehending as he picks up contextual cues. Teachers report that Kirk is in the middle reading group and is functioning well within that group. His reading needs, for the time being, are being met in the regular education classroom. Kirk is also in the middle math group and is doing very well in that group. However, given that Kirk shows significant spelling weaknesses, some left-right confusion, some confusion of b and d, and difficulty with multiplication tables and auditory sequencing, he may be showing some signs of dyslexic tendencies.

Socio-Emotional/Behavioral: Parental reports and responses on the Child Behavior Checklist indicate that there are no significant behavioral problems that are affecting Kirk's learning. He is described as a very cooperative, appropriately sensitive child who wants to please. He perseveres rather well on most tasks. Kirk is emotionally mature for his age and seeks responsibility. He exhibits typical and appropriate verbal and physical interaction with family members and peers and has a long attention span. He organizes himself in work and play rather well. However, Kirk is repeatedly frustrated with his school performance in reading and spelling; he has voiced concerns that he might be "dumb"

Teachers report that Kirk exhibits excellent effort and attention. His interaction with peers and adults is typical and appropriate. Cooperation, organization, and other general behavior are all average to above average. There are no significant behaviors that could be interfering with Kirk's learning. However, student interviews indicate that Kirk is well aware of his academic weaknesses in written language, and, to some degree, in reading. His resilience in coping with various academic weaknesses may deteriorate if appropriate remediation is not implemented in his educational program.

IMPRESSIONS/RECOMMENDATIONS:

Kirk is a third grade student who was referred due to weaknesses in spelling, written language, and to some degree reading. Background information indicates family history of learning problems. Kirk is of superior intelligence, but has relative weaknesses in short-term auditory memory (especially in sequencing) and in distinguishing essential from non-essential visual details. He shows significant spelling weaknesses and some reading decoding problems but compensates in the latter when he must comprehend what is read. There is also some mild left-right confusion, b and d reversals, and confusion with multiplication tables. His superior intelligence, excellent behavior, effort, and willingness to persevere has helped Kirk compensate for these weaknesses so far. However, Kirk's frustration with specific academic weaknesses is increasing. Therefore, Kirk is in need of one to one, small group instruction in the area of spelling. Although reading decoding is near the discrepancy level, Kirk's comprehension is not. Therefore, it is questioned if reading should be considered an EEN. Since Kirk is achieving success in the middle reading group, we should continue regular education for reading with close monitoring by the learning specialist. If he is no longer able to compensate in reading as he has been doing or if regular education can no longer meet his needs, then we can include reading on his IEP.

*Michael Gontarz*

Michael Gontarz, MSEd, NCSP
School Psychologist

MG:do

cc: Jim Harris, Principal
   Dan Hazaert, Director of Pupil Services
   Dr. and Mrs. Jenkins, Parents
   Lori Anderson, Learning Disabilities Specialist
   Ellen Schumann, Physician

RECEIVED

DEC 4 2006

Disability Services                    4