### 94-95 YR. (Grade 7)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| ENGLISH 7 | A- | | 1.00 |
| WORLD STUDIES | A- | A- | 1.00 |
| MATH 721 | A- | A- | 1.00 |
| SCIENCE | A | A | 1.00 |
| SPANISH 1A | B | B | 1.00 |
| CHORUS 7/SOY | A | A+ | .50 |
| BOYS' PHY.ED | A | A | .50 |
| HEALTH EDUCA | A | | .50 |
| INTRO TO TEC | | | .50 |
| DISCOVER | A | | .25 |
| ART MAGIC | A | | .25 |

GPA: 3.86 / 3.77   CRED: ATT 7.50   TOTAL 7.50   GRD PTS 28.40   ACC. GPA 3.860   RANK IN CLASS OF 0   ABS 10.5

### 95-96 YR. (Grade 8)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| ENGLISH 8H | A | A | 1.00 |
| AM HIST. H | A | A | 1.00 |
| MATH 821 | A- | A | 1.00 |
| SCIENCE 8 | A+ | A | 1.00 |
| SPANISH 1B | A- | A | 1.00 |
| CHORUS 8 (BO | A | A | .50 |
| BOYS' PHY.ED | A | A | .50 |
| WOODS/CONSTR | | A+ | .50 |
| MANUFAC. TEC | A | | .50 |
| ART | | A | .25 |

CRED ATT 7.25   TOTAL 7.25   GRD PTS 28.55   ACC. GPA 0.000   RANK IN CLASS OF 0   ABS 5.0

### 96-97 YR. (Grade 9)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| ENGLISH 9H | A | A | 1.00 |
| AM INSTIT. H | A | A | 1.00 |
| ALGEBRA 1 | A | A | 1.00 |
| BIOLOGY (H) | A | A | 1.00 |
| SPANISH II | A- | A | 1.00 |
| MIXED CHORUS | A+ | A+ | 1.00 |
| BOYS' PHY.ED | A | A | .50 |
| ART 1 | A+ | A | 1.00 |

GPA: 3.88 / 3.94   CRED ATT 7.50   TOTAL 7.50   GRD PTS 29.85   ACC. GPA 3.980   RANK IN CLASS OF 0   ABS

### 97-98 YR. (Grade 10)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| AP WRTG WO | | A | .50 |
| AMERICAN N | | A | .50 |
| AMERICAN L | A | A | .50 |
| SPANISH 3 | A | A | 1.00 |
| GEOMETRY | A | A | 1.00 |
| CHEMISTRY-H | A | A | 1.00 |
| CONCERT CH | A | A | 1.00 |
| PHY. ED 2 | A | | .50 |
| HEALTH | A | | .25 |

GPA: 4.00 / 4.00   CRED ATT 6.25   TOTAL 6.25   GRD PTS   ACC. GPA 3.980   RANK IN CLASS OF 396   ABS 1.5

### 98-99 YR. (Grade 11)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| AMERICAN N | A | A | .50 |
| SPANISH IV | A | A | 1.00 |
| ALG 2 TRAD | A | A- | 1.00 |
| AP US HIST | A | A | 1.00 |
| H-HISTORY | | A | .50 |
| PHYSICS | A | A | 1.00 |
| CONCERT CH | A | A | 1.00 |

GPA: 4.00 / 3.88   CRED ATT 6.00   TOTAL 6.00   GRD PTS   ACC. GPA 3.994   RANK IN CLASS OF 375   RANK 7   ABS 0.0

### 99-00 YR. (Grade 12)

| Course | Grade | Grade | Credit |
|---|---|---|---|
| AP LI/W/HI | A | A | 1.00 |
| SPANISH 5 | A- | A- | 1.00 |
| MATH 4 | B | C+ | 1.00 |
| AP HIS/L/W | A- | A- | 1.00 |
| ADV BIOLOG | A- | A | 1.00 |
| CONC CHOIR | A | A | 1.00 |
| PHY ED 1 | A | | .50 |
| JR SR PE | | A | .50 |

GPA: 3.81 / 3.67   CRED ATT 7.00   TOTAL 7.00   GRD PTS   ACC. GPA 3.937   RANK IN CLASS OF 346   RANK 13   ABS 11.5

---

**MINIMUM COMPETENCY TESTS:**

| | Passed | Failed |
|---|---|---|
| Mathematics | 5/96 | |
| Reading | 4-96 | |
| Writing | | |
| Other | | |

Diploma requirements: All tests must be passed and appropriate credits earned. An Attendance Certificate will be granted to a student who completes 3 years of Senior High School, but has not met the necessary requirements.

**D.C. EVEREST JUNIOR & SENIOR HIGH SCHOOL   SCHOFIELD, WISCONSIN**

Student will receive a (Diploma) ✓   (Attendance Certificate) ___
on June 1, 19 2000   Number in class 346   Rank in class* 13
Grade Point Average* 3.93

*Rank and grade point average determined by using official record beginning with 9th grade and ending with 1st semester in 12th grade on a four point system.

Marking System: A 93-100   B 85-92   C 77-84   D 71-76   F/U - Fail   "S" indicates satisfactory performance in lieu of a grade. "I" indicates that work has not been completed, and no credit has been granted.

**Name:** Jenkins (Last)   Kirk (First)   D. (Middle)

| Remarks: | Name | Address |
|---|---|---|
| | Father: David Jenkins | REDACTED |
| | Mother: Deanne | |
| | Guardian: | |

| School Attended | Grade | Entered | Withdrawn | Activities or Organizations |
|---|---|---|---|---|
| D.C.Everest J.H. | 7 | 8/29/94 | | Madrigal, File Rock, School Play, Double Quartet, Peer Helper, Basketball, Soccer, Track; 10: Basketball, Soccer, Track, Solo Ens., musical |

Date 1/16/08   Principal: Thomas H. [signature]
School is accredited by the North Central Association of Coll...

| MIDDLE | SEX | BIRTH DATE YEAR | MONTH | DAY | BIRTH PLACE |
|---|---|---|---|---|---|
| David | M | 82 | 5 | 13 | Wausau, WI |

EXHIBIT 6

