REDACTED

# ACT ASSESSMENT STUDENT REPORT
(For more information, see *Using Your ACT Assessment Results*.)

JENKINS KIRK D

HSC 502-060
90210-000175984

TYPE OF TESTING: NATIONAL

**YOUR ACT TEST SCORES**  Your 10/99 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your ENGLISH score (28) has a rank of 92. This means that 92% of the college-bound students scored at or below your ENGLISH score. The rank of your Composite (average) score indicates that your overall educational development is likely in the top quarter of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do not overlap, your ranks probably differ. If three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do not overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

Remember that your ranks are based on college-bound students. Most of them will succeed in the college programs they choose. The College Planning section can help you explore your options.

000175984

JENKINS KIRK D

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| ENGLISH | 28 | --92-- |
| Usage/Mechanics | 14 | --86-- |
| Rhetorical Skills | 15 | --95-- |
| MATHEMATICS | 26 | --85-- |
| Pre-Algebra/Elem. Alg. | 13 | --76-- |
| Alg./Coord. Geometry | 13 | --87-- |
| Plane Geometry/Trig. | 13 | --83-- |
| READING | 23 | --64-- |
| Soc. Studies/Sciences | 09 | --37-- |
| Arts/Literature | 16 | --65-- |
| SCIENCE REASONING | 22 | --92-- |
| COMPOSITE (Average) | 25 | **82** |

H.S. GPA computed from grades you reported in English, Math, Natural Sciences & Social Studies (4.0 Scale) = 4.00

**YOUR COLLEGE PLANNING**  Admissions standards differ among colleges and, sometimes, among programs of study within a college. A list of typical class ranks and ACT composite scores at colleges with different admissions policies is provided on the back of this report. Check with the admissions office at the college of your choice if you have any questions.

When you registered for the ACT, you did not ask to have your scores sent to any colleges. If you would like to do so at this time, you can obtain a score report request packet from your high school or directly from ACT Records, P.O. Box 451, Iowa City, Iowa 52243. (Be sure to enclose the correct fee when making your request.)

If you have not yet decided on a college, you may want to explore possibilities by using some of the college directories listed in section 2 of *Using Your ACT Assessment Results*. One of the directories, ACT's *College Planning/Search Book*, groups colleges by geographical region and admissions policy. This directory and others listed also cover a range of additional factors to consider when selecting a college, such as size, cost, and majors available.

EXHIBIT 7

REDACTED

# ACT ASSESSMENT STUDENT REPORT

(For more information, see *Using Your ACT Assessment Results*.)

TYPE OF TESTING: SPECIAL

JENKINS KIRK D

HSC 502-Q60
90340-0001352365

## YOUR ACT TEST SCORES

Your 12/99 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your READING score (35) has a rank of 99. This means that 99% of the college-bound students scored at or below your READING score. The rank of your Composite (average) score indicates that your overall educational development is likely in the top tenth of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do not overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do not overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

Your composite score indicates that you can probably do well in a wide variety of colleges and programs. You may want to consider several options before making a final choice. The College Planning section can help you explore your options.

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| | | 1   10   25   50   75   90   99 |
| ENGLISH | 29 | ----94---- |
| Usage/Mechanics | 15 | ----92---- |
| Rhetorical Skills | 15 | ----95---- |
| MATHEMATICS | 28 | ----92---- |
| Pre-Algebra/Elem. Alg. | 14 | ----83---- |
| Alg./Coord. Geometry | 14 | ----94---- |
| Plane Geometry/Trig. | 14 | ----90---- |
| READING | 35 | ----99---- |
| Soc. Studies/Sciences | 18 | ----99---- |
| Arts/Literature | 18 | ----99---- |
| SCIENCE REASONING | 28 | ----95---- |
| COMPOSITE (Average) | 30 | ***97** |

H.S. GPA computed from grades you reported in English, Math, Natural Sciences & Social Studies (4.0 Scale) = 4.00

## YOUR COLLEGE PLANNING

Admissions standards differ among colleges and, sometimes, among programs of study within a college. A list of typical class ranks and ACT composite scores at colleges with different admissions policies is provided on the back of this report. Check with the admissions office at the college of your choice if you have any questions.

When you registered for the ACT, you did not ask to have your scores sent to any colleges. If you would like to do so at this time, you can obtain a score report request packet from your high school or directly from ACT Records, P.O. Box 451, Iowa City, Iowa 52243. (Be sure to enclose the correct fee when making your request.)

If you have not yet decided on a college, you may want to explore possibilities by using some of the college directories listed in section 2 of *Using Your ACT Assessment Results*. One of the directories, ACT's *College Planning/Search Book*, groups colleges by geographical region and admissions policy. This directory and others listed also cover a range of additional factors to consider when selecting a college, such as size, cost, and majors available.


REDACTED

# ACT ASSESSMENT STUDENT REPORT
(For more information, see *Using Your ACT Assessment Results*.)

TYPE OF TESTING: NATIONAL

HSC 502-060
80700-000179893S

**YOUR ACT TEST SCORES**  Your 04/99 ACT scores, listed below, provide one way to estimate your level of educational development. The ranks show how your scores compare with those of college-bound students who took the ACT on a national test date. For instance, your ENGLISH score (26) has a rank of 85. This means that 85% of the college-bound students scored at or below your ENGLISH score. The rank of your Composite (average) score indicates that your overall educational development is likely in the middle half of ACT-tested college-bound students. Compared with all high school students (not just college-bound) your ranks would be higher.

To emphasize that test scores are only estimates, bands are drawn around your ranks. Check the bands for the four tests (English, Math, Reading, Science Reasoning). If bands for two tests do not overlap, your ranks probably differ. For three of the tests, additional scores (subscores) are provided. Check the subscore bands for English, then Math, then Reading. If the subscore bands for a test do not overlap, your ranks probably differ. Use the bands to identify knowledge and skill areas you may want to work on. The areas are described in *Using Your ACT Assessment Results*.

Remember that your ranks are based on college-bound students. Most of them will succeed in the college programs they choose. The College Planning section can help you explore your options.

JENKINS KIRK D

0001179893

| KNOWLEDGE AND SKILL AREAS | SCORES (1-36) (1-18) | RANK: PERCENT OF COLLEGE-BOUND STUDENTS AT OR BELOW YOUR SCORES |
|---|---|---|
| | | 1    10    25    50    75    90    99 |
| **ENGLISH** | 26 | ----85---- |
| Usage/Mechanics | 15 | ----------92-- |
| Rhetorical Skills | 13 | ----84-- |
| **MATHEMATICS** | 23 | ---70--- |
| Pre-Algebra/Elem. Alg. | 13 | ---76--- |
| Alg/Coord. Geometry | 11 | --69-- |
| Plane Geometry/Trig. | 12 | --71-- |
| **READING** | 19 | ---40--- |
| Soc. Studies/Sciences | 10 | ---51--- |
| Arts/Literature | 09 | ---34--- |
| **SCI. REASONING** | 17 | ---22--- |
| **COMPOSITE (Average)** | 21 | **56** |

H.S. GPA computed from grades you reported in English, Math, Natural Sciences & Social Studies (4.0 Scale) = 4.00

**YOUR COLLEGE PLANNING**  Admissions standards differ among colleges and, sometimes, among programs of study within a college. A list of typical class ranks and ACT composite scores at colleges with different admissions policies is provided on the back of this report. Check with the admissions office at the college of your choice if you have any questions.

When you registered for the ACT, you did not ask to have your scores sent to any colleges. If you would like to do so at this time, you can obtain a score report request packet from your high school or directly from ACT Records, P.O. Box 451, Iowa City, Iowa 52243. (Be sure to enclose the correct fee when making your request.)

If you have not yet decided on a college, you may want to explore possibilities by using some of the college directories listed in section 2 of *Using Your ACT Assessment Results*. One of the directories, ACT's *College Planning/Search Book*, groups colleges by geographical region and admissions policy. This directory and others listed also cover a range of additional factors to consider when selecting a college, such as size, cost, and majors available.