# UNIVERSITY OF WISCONSIN - MADISON TRANSCRIPT

**OFFICIAL COPY** — REDACTED

01/14/08  PAGE 1

Jenkins, Kirk David
INSTITUTION(S) ATTENDED: D C Everest Senior High School, Weston WI
CEEB Advanced Placement Test, Princeton New Jersey
BIRTHDATE 08/28/00
MATRICULATION DATE 09/05/00

09/05/00 GER Quantitative Reasoning Part A satisfied.

TEST CREDITS

| Course | CRS | GR | PTS |
|---|---|---|---|
| ENGLISH X04 Electives | 3.000 | | |
| GEN ELCT X16 Electives | 3.000 | | |
| GEN ELCT X12 Electives | 3.000 | | |
| LIT X10 Electives | 3.000 | | |
| **TOTAL CREDITS** | **12.000** | | |

**Fall 2000-2001   ANS 1   Nat Sci   Undergrad**
SESSION A1: SEP 05 - DEC 15

| Course | CRS | GR | PTS |
|---|---|---|---|
| CHEM 103 General Chemistry | 4.000 | B | 12.000 |
| E P D 155 Basic Communication | 2.000 | AB | 7.000 |
| MATH 171 Calc with Algebra & Trig I | 5.000 | A | 20.000 |
| MATH 298 Directed Study in Math | 2.000 | CR | 0.000 |
| SUM: EARNED CR 13  GPA CR 11  GPA 3.545 | 13.000 | | 39.000 |

**Spring 2000-2001   ANS 2   Nat Sci   Undergrad**
SESSION A1: JAN 22 - MAY 10

| Course | CRS | GR | PTS |
|---|---|---|---|
| CHEM 104 General Chemistry | 5.000 | A | 20.000 |
| HISTORY 102 Amer Hist-Civil War-Present | 4.000 | AB | 14.000 |
| MATH 217 Calc with Algebra & Trig II | 5.000 | A | 20.000 |
| MATH 298 Directed Study in Math | 2.000 | CR | 0.000 |
| SUM: EARNED CR 16  GPA CR 14  GPA 3.857 | 16.000 | | 54.000 |
| 05/20/01 Dean's Honor List | | | |

**Fall 2001-2002   ANS 2   Nat Sci   Undergrad**
SESSION A1: SEP 04 - DEC 14

| Course | CRS | GR | PTS |
|---|---|---|---|
| CHEM 343 Intro Organic Chemistry | 3.000 | A | 12.000 |
| MATH 222 Calculus&Analytic Geometry | 5.000 | A | 20.000 |
| MATH 298 Directed Study in Math | 2.000 | CR | 0.000 |
| ZOOLOGY 151 Introductory Biology | 5.000 | B | 15.000 |
| SUM: EARNED CR 15  GPA CR 13  GPA 3.615 | 15.000 | | 47.000 |
| 12/23/01 Dean's Honor List | | | |

**Spring 2001-2002   ANS 3   Nat Sci   Undergrad**
SESSION A1: JAN 22 - MAY 10

| Course | CRS | GR | PTS |
|---|---|---|---|
| BOTANY 152 Introductory Biology | 5.000 | B | 15.000 |
| CHEM 344 Intro Organic Chemistry Lab | 2.000 | A | 8.000 |
| CHEM 345 Intmed Organic Chemistry | 3.000 | A | 12.000 |
| NUTR SCI 332 Human Nutritional Needs | 3.000 | B | 9.000 |
| SUM: EARNED CR 13  GPA CR 13  GPA 3.385 | 13.000 | | 44.000 |

**Fall 2002-2003   ANS 3   Nat Sci   Undergrad**
SESSION A1: SEP 03 - DEC 13

| Course | CRS | GR | PTS |
|---|---|---|---|
| BACT 303 Procaryotic Microbiology | 3.000 | DR | |
| COURSE DROPPED 09/15/02 | | | |
| BACT 304 Procaryotic Microbiol Lab | 2.000 | DR | |
| COURSE DROPPED 09/15/02 | | | |
| COM ARTS 105 Public Speaking | 2.000 | A | 8.000 |
| PHYSICS 103 General Physics | 4.000 | A | 16.000 |

---

**Spring 2001-2002** (second column)

PHYSIOL 335 Physiology
SUM: EARNED CR 11  GPA CR 11  GPA 3.773

5.000  AB  17.500
11.000       41.500

**Spring 2002-2003   BS 3   BS   Undergrad**
SESSION A1: JAN 21 - MAY 09

| Course | CRS | GR | PTS |
|---|---|---|---|
| BIOCHEM 501 Introduction-Biochemistry | 3.000 | B | 9.000 |
| HISTORY 314 American Rev 1763-1789 | 4.000 | AB | 14.000 |
| PHYSICS 104 General Physics | 4.000 | AB | 14.000 |
| ZOOLOGY 400 Biology of Emerging Diseases | 2.000 | B | 6.000 |
| SUM: EARNED CR 13  GPA CR 13  GPA 3.308 | 13.000 | | 43.000 |

**Fall 2003-2004   BS 4   BS   Undergrad**
SESSION A1: SEP 02 - DEC 12

| Course | CRS | GR | PTS |
|---|---|---|---|
| AMER IND 172 Intro to Lit of Native America | 3.000 | AB | 10.500 |
| PHYSIOL 699 Independent Work | 1.000 | A | 4.000 |
| SPANISH 101 First Year Spanish | 4.000 | A | 16.000 |
| ZOOLOGY 430 Compar Anatomy Vertebrates | 5.000 | BC | 12.500 |
| SUM: EARNED CR 13  GPA CR 13  GPA 3.308 | 13.000 | | 43.000 |

**Spring 2003-2004   BS 4   BS   Undergrad**
SESSION A1: JAN 20 - MAY 07

| Course | CRS | GR | PTS |
|---|---|---|---|
| PE ACTIV 170 Basketball I | 1.000 | A | 4.000 |
| PSYCH 160 Hum Sexuality-Soc Psych Iss | 4.000 | AB | 14.000 |
| SPANISH 102 First Year Spanish | 4.000 | AB | 14.000 |
| ZOOLOGY 335 Hum/An Relatn:Bio&Phils Iss | 3.000 | B | 9.000 |
| SUM: EARNED CR 12  GPA CR 12  GPA 3.417 | 12.000 | | 41.000 |

**Fall 2004-2005   BS 4   BS   Undergrad**
SESSION A1: SEP 02 - DEC 15

| Course | CRS | GR | PTS |
|---|---|---|---|
| AMER IND 314 Indians of North America | 3.000 | A | 12.000 |
| HISTORY 312 The Medieval Church | 4.000 | B | 12.000 |
| PE ACTIV 138 Golf I | 1.000 | S | 0.000 |
| ZOOLOGY 302 Introduction to Entomology | 4.000 | AB | 14.000 |

PAGE 2 FOLLOWS

(Registrar seal: UNIVERSITY OF WISCONSIN-MADISON, OFFICE of the REGISTRAR)
Signature — REGISTRAR

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER
THIS TRANSCRIPT IS NOT OFFICIAL UNLESS THE CHAIN LINK WATERMARK IS VISIBLE. HOLD TO LIGHT TO VIEW THE CHAIN LINK PATTERN
STUDENT IS IN GOOD STANDING UNLESS OTHERWISE NOTED
OFFICIAL TRANSCRIPTS BEAR THE SIGNATURE AND SEAL OF THE REGISTRAR
THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED TO ANY OTHER PERSON OR AGENCY WITHOUT WRITTEN CONSENT OF THE STUDENT.

EXHIBIT 8

01/14/08
PAGE 2

# UNIVERSITY OF WISCONSIN - MADISON TRANSCRIPT

OFFICIAL COPY

Jenkins, Kirk David

| | CR.S | GR PTS |
|---|---|---|
| SUM EARNED CR 12   GPA CR 11   GPA 3.455   12.000 | | 38.000 |

ADV STG CREDITS                    12
UGRAD CUM CREDITS                 130
UNDERGRAD CUM GPA CREDITS         111
UGRAD CUM GRADE POINTS          390.5
UNDERGRADUATE GPA               3.518

Bachelor of Science
Degree Conferred December 23, 2004

MAJOR: Zoology

UNDERGRADUATE DEGREE GPA   3.518
END OF RECORD

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

THIS TRANSCRIPT IS NOT OFFICIAL UNLESS THE CHAIN LINK WATERMARK IS VISIBLE - HOLD TO LIGHT TO VIEW THE CHAIN LINK PATTERN

STUDENT IS IN GOOD STANDING UNLESS OTHERWISE NOTED
OFFICIAL TRANSCRIPTS BEAR THE SIGNATURE AND SEAL OF THE REGISTRAR

THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED TO ANY OTHER PERSON OR AGENCY WITHOUT WRITTEN CONSENT OF THE STUDENT.

UNIVERSITY OF WISCONSIN-MADISON
OFFICE of the REGISTRAR

REGISTRAR

## GRADING SYSTEM

All credits are based on semester hours. A 4.000 grading system is used. Prior to 1954-55 a 3.00 grading system was used. Intermediate grades of AB and BC were instituted as of September 1973.

### Grades With Associated Grade Points Per Credit

| | GRADE | GRADE POINTS |
|---|---|---|
| A | Excellent | 4 |
| AB | Intermediate Grade | 3.5 |
| B | Good | 3 |
| BC | Intermediate Grade | 2.5 |
| C | Fair | 2 |
| D | Poor | 1 |
| F | Failure | 0 |
| NR | No Report prior to 1999 | 0 |

### Grades Which Do Not Have Associated Grade Points

| | | | |
|---|---|---|---|
| CR | Credit | NW | No Work |
| DEF | Deferred | P | Progress |
| DR | Dropped | PE | Permanently Excused |
| EI | Extended Incomplete | PI | Permanent Incomplete |
| EX | Excused | Q | Question on credits |
| I | Incomplete | R | Registered |
| IF | Incomplete - Medical School Courses only | S | Satisfactory |
| IN | Incomplete in Credit/No Credit Course | U | Unsatisfactory |
| N | No Credit | W | Withdrew |
| NR | No Report beginning in 1999 | | |

### ABBREVIATIONS AND SYMBOLS

| | |
|---|---|
| - | Failed course that has been repeated. Credits are not used to calculate cumulative GPA |
| # | Course taken On a pass/fail basis |
| * | Grades of Failure Or No Report - Credits do not count toward degree |
| * With Name | Full name in body of transcript |
| ? On Credits | Question on credits |
| @ | Repeat of a failed course |
| > | Course does not count toward degree |
| X | Repeat of a non repeatable course |
| ¢ | Credit/No Credit course in progress |
| ADV STG CRS | Credits not earned on UW-Madison Campus |
| AU | Course taken for Audit credit |
| CRS | Number of credits |
| CUM | Cumulative totals |
| EARNED CRS | Total credits earned |
| GPA | Grade Point Average |
| GPA CR | Credits included in Grade Point Average calculation |
| GR | Grade received |
| H | Course taken for Honors credit |
| PTS | Grade Points |
| SUM | Semester/Term totals |

### YEAR LEVEL DEFINITIONS

| | |
|---|---|
| 1 | = FRESHMAN - Less than 24 credits and 48 grade points |
| 2 | = SOPHOMORE - 24 credits and 48 grade points |
| 3 | = JUNIOR - 54 credits and 108 grade points |
| 4 | = SENIOR - 86 credits and 172 grade points |
| 5/GR# | = GRADUATE - A student pursuing a graduate degree |
| P# | = Professional & Year |

### COURSE NUMBERING SYSTEM

| | |
|---|---|
| 000 - 099 | Special Purpose Courses |
| 100 - 299 | Undergraduate Courses |
| 300 - 699 | Courses Open to Either Undergraduates Or Graduates |
| 700 - 999 | Graduate And Professional Courses Including Seminars |

A middle digit of 8 (i.e. 181) indicates an honors course. Honors courses are also shown by an H immediately preceding course credit.

Revision 09/05/06

## INCOMPLETES

The undergraduate student in Letter and Science must remove the grade of I (Incomplete) by the end of the fourth week of classes in the next semester (excluding summer) the student is in attendance. All other undergraduate students and most special students must remove the Incomplete by the end of the next semester they are in attendance. Incompletes that are not removed by the deadline dates lapse into a grade of F (Failure). The deadlines for removal of Incompletes may be extended with approval of the student's Dean's office. Graduate and professional students are not subject to the above Incomplete deadlines. Students who are not in attendance for a five year period after an Incomplete is received may not remove the Incomplete without permission from the students' Dean's Office. These Incompletes remain on the record as Permanent Incompletes and do not lapse into failure.

## LAW SCHOOL GRADES

The Law School has its own grading scale. Law students entering in 2005 and thereafter are given letter grades of A+, A, A-, B+, B, B-, and so on through F.

Law students entering in 1992 through 2004, were graded on a numerical scale of 65 through 95. Letter-grade equivalents during that time period are as follows:

| | | | |
|---|---|---|---|
| 87-95 | A | 77-79 | C |
| 85-86 | AB | 70-76 | D |
| 83-84 | B | 65-69 | F |
| 80-82 | BC | | |

From 1970 to 1992, the following grading system and letter-grade equivalents were used:

| | | | |
|---|---|---|---|
| 87-100 | A | 70-76 | D |
| 82-86 | B | 0-69 | F |
| 77-81 | C | | |

Detailed information concerning Law grades is available from the University of Wisconsin Law School Registrar's Office.

## MEDICAL SCHOOL GRADES

Detailed information concerning a student's grades, relative class standing and clinical performance is available upon request of the student from the UW-Madison Medical School Registrar's Office. The grade of IF is available to medical students in Medical School Courses.

## THE HONORS PROGRAM

Some Schools & Colleges have developed special Honors programs that replace or supplement the designation of awards based on grade point average alone. These programs encourage and recognize work of greater depth, scope and originality by undergraduates whose abilities and interests make them eligible. The content and pace of honors courses are adapted to students who have chosen to do intensive work (either of an accelerated or enriched nature) in the subjects. The programs are entirely voluntary.

## TRANSCRIPTS FROM OTHER INSTITUTIONS

The University of Wisconsin - Madison does not issue copies of transcripts or other documents received from other institutions, including the University of Wisconsin - Extension.

## RECORDING OF UW WORK PRIOR TO JANUARY 1972

Prior to January 1972 all courses and grades for work taken within the former University of Wisconsin System (UW-Madison, UW-Milwaukee, UW-Green Bay, UW-Parkside, UW-Centers, and UW-Extension) were recorded on one record and may appear on this transcript.

**Transcripts**
**Office of the Registrar**
**University of Wisconsin - Madison**
**Madison, Wisconsin**
**608-262-3811**
**www.registrar.wisc.edu**

This is watermarked security paper and contains invisible fibers. Do not accept as authentic without noting watermark.

Hold to light to verify watermark.

**ADDITIONAL TESTS:** When photocopied the words VOID VOID VOID appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (608) 262-3811. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

05119805