

1013985
8/25/2003-Evaluations
5-194-442-9

**Charis Counseling, LLC**
David R. Holmes, PhD
2620 Stewart Av. , Ste. 310
Wausau, WI 54401
715-848-0525

### Intake Note

Date of Session: 8/25/2003
Type of Visit: Scheduled
Legal Status: Voluntary

Service (CPT): 90801
Program: outpatient treatment program

Session Length: 120 minutes

Client: Jenkins, Kirk
Date of Birth:
Sex: Male
Address:

Age: 21

Phone(H):

# REDACTED

## Identifying Information

The client is a 21 year old male who is presently living on campus. He is attending UW-Madison. The history was provided by client and prior records.

Chief Complaint/History of Present Illness: Since the last contact with this office, he reported that he has experienced no hospital admissions, no serious injuries or loss of consciousness, and no surgery. He is taking no medications currently. He has made use of accommodations at school. These have proven beneficial in his opinion and he values continued use of them. His gpa is 3.6 out of 4.0 possible.

The last documentation of LD status was 1999 and his school requires re-evaluation each 3 years.

### Psychosocial History

## Developmental History

Pregnancy
        Duration: full term
        Duration: full term        [  ] Smoking during pregnancy
        [  ] Alcohol during pregnancy
        [  ] Drugs during pregnancy
        [  ] Medications during pregnancy

Labor
        Delivery: Cesarean
        Birth Weight: 8 lb 15 oz

Milestones

Motor Skills: Walking may have developed early but others WNL.

Language: Language may have developed early by maternal report.

RECSocial Attachment: WNL

DEC 5 2006

Disability Services

EXHIBIT 9

## Childhood Medical History

### Abuse History

[  ] Physical Abuse
[  ] Sexual Abuse          [  ] Rule Out
[  ] Emotional/Verbal Abuse    [  ] Rule Out
[  ] Abandonment/Neglect

Witness of Abuse
[  ] Witness of Physical Abuse
[  ] Witness of Sexual Abuse

Perpetrator of Abuse
[  ] Perpetrator of Abuse

### Family History

Mother: Dee Jenkins
        Education: 16
        Occupation: retired teacher

Father: David Jenkins MD
        Education: 21
        Occupation: retired physician

Parents Status: Married          Year:

Siblings: sisters 26 and 29

### Family History of:

Other: Client's father had a reported history of LD as did one of client's sisters [EEN services provided in the school].

### Marital History

Marital Status: Single

### Educational History

Educational Level: 15
Age 1st Grade: 6
Attended:        [X] pre-school          [X] kindergarten

Type of Placement
[X] Regular Classes
Note: He was in Montessori preschool.  He attended Rothschild Elementary, DC Everest HS.

Adjustment Problems: None

Behavioral Problems: None

RE Repeated Grades: Denied

DEC 5  2006

Disability Services

Suspensions: Denied

Strengths: He tended to be above grade level in math, near grade level in reading and delayed with spelling.

## Occupational History

Employment Status: Student
Means of Support: Parents

## Substance Use

Nicotine
Use: No

Alcohol
Frequency: not evident

## Symptoms

The client is experiencing impairment in writing skills (3-Moderate), poor spelling skills (3-Moderate) and slow reading speed (4-Severe).

## Mental Status

The client appears stated age. He is well oriented in all spheres. Regarding level of consciousness, he appears alert. Affect is appropriate. Mood is anxious. He presented himself in an appropriate fashion. Eye contact can be described as good. His speech is logical and coherent. Recent memory appears normal. Remote memory is normal. Psychomotor activity can be characterized by normal movements and activity level. Regarding conceptual disorganization, there is none evident. His thought content is characterized by no significant preoccupations. Regarding perceptual functioning, the client denies hallucinations and none are evidenced. Attitude can be described as open and cooperative. As far as insight is concerned, the client verbalizes awareness of problems, consequences, and causes. Judgment is good. Attention/Concentration is characterized by ability to attend and maintain focus. Regarding impulse control the client is reflective and able to resist urges.

## Previous Treatment

Outpatient: D. Holmes, PhD
Dates: 1999
Reason: LD re-evaluation
Outcome: LD documentation

## Strengths/Weaknesses

The client's strengths include capacity for analytic thinking, good ability to establish rapport, good personal hygiene and care in appearance, and interested in relationships with others.

## Psychological Testing

Report Date: 8/25/2003
Examiner: D. Holmes, PhD

Tests Administered: Wechsler Adult Intelligence Scale-III

Results: The WAIS-III is an individually administered test of current intellectual functioning. It produces a

RECEIVED

DEC 4 2006

Disability Services

Full Scale IQ. The FSIQ is the overall summary score estimating one's general level of intellectual functioning. The WAIS-III also yields standard scores based on various composites of subtest scaled scores. These Index scores allow for more specific description of one's particular strengths and weaknesses.

One combination of Index Scores involves the traditional Verbal IQ and Performance IQ. The VIQ is a measure of acquired knowledge, verbal reasoning and attention to verbal materials. The PIQ is a measure of fluid reasoning, spatial processing, attentiveness to detail and visual-motor integration.

Another combination of Index Scores is derived from factor analysis. Factor analysis tries to make more refined, 'purer' measures of specific mental factors. The Verbal-Conceptual Index [VCI] is a measure of verbal acquired knowledge and verbal reasoning. It is similar to the VIQ with the attention/concentration measures removed. The Perceptual-Organizational Index [POI] is a measure of non-verbal, fluid reasoning, attentiveness to detail and visual-motor integration. Quick responding is less important within POI than in the PIQ. The Working Memory Index [WMI] is a measure of attending to information, processing the information in memory and formulating a response. The Processing Speed Index [PSI] is a measure of the individual's ability to process visual information quickly.

| Index | Standard Score | | Percentile Rank | Confidence Interval |
|---|---|---|---|---|
| Verbal IQ | 121 | 92 | 115-125 | |
| Performance IQ | 122 | 93 | 114-127 | |
| Full Scale IQ | 123 | 94 | 118-127 | |
| Verbal Conceptual | 129 | 97 | 122-133 | |
| Perceptual Organization | 133 | 99 | 123-138 | |
| Working Memory | 106 | 66 | 99-112 | |
| Processing Speed | 99 | 47 | 90-108 | |

On this administration of the WAIS-III, he attained a Full Scale IQ of 123 which corresponds to the 94th percentile for his age and to the Superior range of current intellectual functioning as defined by Wechsler. The difference between the VIQ and PIQ is not significant nor is that between the Verbal Conceptual Index [VCI] and the Perceptual Organization Index [POI]. The Working Memory Index [WMI] is lower than either the VCI or the POI. Both of these discrepancies are of degrees that infrequently occurred among the normative sample [7.4% and 5.2% respectively]. The Processing Speed Index [PSI] also was significantly lower than either the VCI [at frequency of 1.7%] or the POI [frequency of 4.8%]. The difference between the WMI and PSI is not significant. Of note, the WMI and PSI have many timed or single presentation tasks. Such conditions are less prominent in the VCI and POI. He showed relative strength on verbal abstraction. He showed relative weakness on span of immediate attention.

The Letter and Category Fluency Test requires one to list within time limits, words starting with specified letters then members of a named category. The task is a measure of verbal fluency but also of executive processing, e.g., picking a strategy and monitoring how one is adhering to the strategy. On both the Letter and the Category parts, he performed at an average level for his age [scaled scores of 10 for each].

Prior test data were available for review from DC Everest School district, dated 01/31/1991 [Michael Gontarz, school psychologist]. WISC-R scores of VIQ = 133, PIQ = 135, FSIQ = 139. 'Short-term auditory memory was a relative weakness for Kirk when compared to his test average/mean.' Kaufman Test of Educational Achievement scores of Math Application = 110, Math Computation = 112, Overall Math = 113, Reading Decoding = 93, Reading Comprehension = 104, Overall Reading = 98, and Spelling = 87.

CBCL data showed no elevations. Teacher reports indicated no behavioral or interpersonal problems.

RECEIVED

OCT 5 2006

Disability Services

## Clinical Formulation

Intracognitive discrepancies remain present for this young man with an LD history. He has made use of accommodations at school successfully as demonstrated by his gpa. The nature of the intracognitive discrepancies suggests that extended time allowed on timed tasks is an appropriate intervention. Spelling has historically also been the primary expression of the LD although reading seems impacted when timed.

## DSM-IV Diagnosis

Axis I:        315.90  Learning Disorder NOS (Principal)
Axis III:      none
Axis IV:       Problems with primary support group: health problems in the family
Axis V:        Current GAF = 77
               Highest Past Year = 80

## Discharge Criteria

1) Evaluation completed

## Treatment Goals

Treatment Goal #1: Administer WIAT-II
Date Defined: 8/25/2003

Treatment Goal #2: Anticipate forms from client re M-CAT request for accommodations similar to previously with ACT and in High School/College
Date Defined: 8/25/2003

## Treatment Plan

Primary Treatment/Recommendation: Complete the evaluation

Provider Name: Holmes, Ph.D., David
                Wausau, WI 54401
Title: psychologist
License: 848-057

*David Holmes PhD*        8/25/03
Provider Signature        Date

RECEIVED

DEC 6   2006

Disability Services

1013984                5-194-442-9
9/4/2003-Evaluations

**Charis Counseling, LLC**
David R. Holmes, PhD
2620 Stewart Ave., Ste. 310
Wausau, WI  54401
715-848-0525

Progress Note

Date of Session: 9/4/2003          Session #:  2          Service (CPT): 96100
Session Length:  120 minutes
Type of Visit: Scheduled            Program: outpatient treatment program

Client: Jenkins, Kirk
Date of Birth:                          Age:  21
Sex: Male
Address:

Phone(H):                    **REDACTED**

## DSM-IV Diagnosis

Axis I:        315.90  Learning Disorder NOS (Principal)
Axis III:      none
Axis IV:       Problems with primary support group: health problems in the family
Axis V:        Current GAF = 77
               Highest Past Year = 80

## Symptoms

The client is experiencing impairment in writing skills (3-Moderate), poor spelling skills (3-Moderate) and slow reading speed (4-Severe).

## Session Content

Themes Discussed
        [X] School Problems

Session Content: The WIAT-II is a comprehensive, individually administered battery for measurement of basic academic skills normed by age groups.  It has norms for individuals from 5 up to adulthood.  It is co-normed with the Wechsler intelligence scales [WISC-III/WAIS-III].  This allows calculation of estimates of ability-achievement discrepancies.  The WIAT subtests have been designed to combine two estimates of an achievement area, the combination of which yields a composite score for several achievement domains [Reading, Mathematics, Language Composition, Writing].  The composite scores give a more reliable estimate of one's functioning in the domain.  The combination of these composites can yield a Total Composite Score.

| Index | Standard Score | Percentile Rank | Confidence Interval |
| --- | --- | --- | --- |
| Word Reading | 94 | 34 | 87-101 |
| Mathematics Reasoning | 110 | 75 | 99-121 |
| Spelling | 87 | 19 | 80-94 |
| Reading Comprehension | 123 | 94 | 116-130 |
| Numerical Operations | 116 | 86 | 108-124 |
| Listening Comprehension | 110 | 75 | 98-122 |
| Oral Expression | 132 | 98 | 117-147 |
| Pseudoword Decoding | 96 | 39 | 90-102 |

RECEIVED

DEC 5  2006

Disability Services

| | | | |
|---|---|---|---|
| Reading Composite | 103 | 58 | 98-108 |
| Mathematics Composite | 113 | 81 | 105-121 |
| Written Language Composite | 102 | 55 | 93-111 |
| Oral Language Composite | 128 | 97 | 117-139 |

His reading comprehension score was in the 4th quartile while his reading speed score was in the 1st quartile. This is an atypical combination such that his reading speed is far below average while his comprehension is above average. Such a pattern matches his history, though. Word fluency was in the 3rd quartile [average to above average]. The Target Words score was also in the 4th quartile.

An ability-achievement discrepancy analysis was completed using the predicted differences method. The FSIQ was used as the predictor variable. The table below also indicates the frequency with which a difference of that magnitude occurred in the normative sample. For a discrepancy to be meaningful, it must be both statistically large and infrequently occurring.

| Index | Predicted | Actual | Difference | Significance | Frequency |
|---|---|---|---|---|---|
| Word Reading | 111 | 94 | -17 | 8.17 | 10% |
| Numerical Operations | 113 | 116 | +03 | 9.2 | |
| Reading Comprehension | 113 | 123 | +10 | 8.32 | |
| Spelling | 110 | 87 | -23 | 9.76 | 05% |
| Pseudoword Decoding | 110 | 96 | -14 | 8.12 | 15% |
| Mathematics Reasoning | 115 | 110 | -05 | 11.53 | |
| Listening Comprehension | 115 | 110 | -05 | 14.39 | |
| Written Expression | 109 | 121 | +12 | 18.70 | |
| Oral Expression | 109 | 132 | +23 | 19.47 | |
| | | | | | |
| Reading Composite | 115 | 103 | -12 | 6.47 | 15% |
| Mathematics Composite | 116 | 113 | -03 | 8.63 | |
| Written Language Composite | 111 | 102 | -09 | 11.24 | |
| Oral Language Composite | 114 | 128 | +14 | 13.83 | |
| Total Composite | 116 | 111 | -05 | 6.7 | |

Only the pair-wise comparisons with negative differences merit much consideration, i.e., where he performed lower than he was expected to do. Of passing note though, is apparent strength in some elements of his language functioning [except spelling and basic reading]. Four discrepancies are apparent: Word reading, Pseudoword Decoding, Spelling, and Reading Composite. These are consisten with the weaknesses demonstrated by Kirk both from prior testing and in his actual school performance.

Impressions:
Kirk not only showed intracognitive discrepancy on the WAIS-III but also showed ability-achievement discrepancy compatible with the pattern of intracognitive disrepancy previously noted. The pattern is consistent over time as demonstrated by the prior test results from 1991 and 1999. Any task requiring reading with speed expectations produced his lowest scores. The strength still of his other language functions is encouraging but may also result in others not readily recognizing his LD style. He continues to be in need of accommodations related to the need for longer time for reading and for allowances for the spelling difficulty [spell-checker, spelling dictionary, or not to be graded down for spelling]. If he were to take a timed, nationally normed examination such as GRE or MCAT, he would need extra time to perform optimally.

Session Characteristics

Motivation: good
Resistance: negligible
Cognitive Focus: able to focus on relevant topic
Cognitive Flexibility: ability to see different perspectives

RECEIVED
DEC 6   2006
Disability Services

Affect Expression: able to accurately identify and express feelings
Activity Level: waits for therapist to initiate discussion
Use of Session: makes constructive use of sessions
Treatment Compliance: moderate degree of compliance with treatment

## Interventions

1) Await request to send data to a yet to be identified organization.
2) Recommendations for accommodations as per above.

Provider Name: Holmes, Ph.D., David
            Wausau, WI 54401
Title: psychologist
License: 848-057

_David Holmes PhD_          9-4-03
Provider Signature          Date

RECEIVED

DEC 5   2006

Disability Services