# JOHN M. LACY, PH.D., HSPP
### Licensed Clinical Psychologist

1700 UPS Drive, Suite 208
Louisville, KY 40223

Phone: (502) 412-9197
Fax: (502) 412-8701

## PSYCHOEDUCATIONAL REPORT
### (Confidential)

Name: Kirk Jenkins
Date of birth: REDACTED
Date of consultation: 1/15/2007
Age: 24 years, 7 months
School: Univ. of Louisville Medical School
Evaluator: John M. Lacy, PhD.

### Reason For Referral

Twenty-four year old Kirk Jenkins sought this psychoeducational evaluation to provide the National Board of Medical Examiners with updated documentation of his functional impairment secondary to a learning disability. This report is offered in a format that lists the required characteristics of such documentation.

### 1. State a specific diagnosis of the disability.

These evaluation results indicate Mr. Jenkins meets DSM-IV criteria for the following diagnoses: Reading Disorder (315.00); Disorder of Written Expression (315.2); and Learning Disorder Not Otherwise Specified (i.e., low academic fluency) (315.90).

### 2. Be current.

This evaluation was conducted on 1/15/2007.

### 3. Describe the specific diagnostic criteria and name the diagnostic tests used. Provide a detailed interpretation of the test results.

As defined in the DSM-IV, the diagnostic criteria for both Reading Disorder and Disorder of Written Expression are that 1) standardized test measurements of achievement in the skill

RECEIVED
FEB 2 6 2007
Disability Services

EXHIBIT 10

Name: Kirk Jenkins

Page: 2

in question are significantly lower than expected given the individual's chronological age, measured intelligence, and age-appropriate education; 2) this lower achievement interferes with the individual's more general academic achievement *(including gateway test scores)*; and 3) the disorder in question is not largely due a sensory deficit.

In a background interview, Mr. Jenkins produced educational documents that indicate he was first evaluated and diagnosed with a learning disability in the third grade. A 2/7/91 Multidisciplinary Team Meeting form indicates that "regular education alone cannot adequately and appropriately meet his needs," and 20 - 40% of his instructional time was spent receiving Special Education services. As a high school senior (1999-2000), was given a psychoeducational evaluation that again confirmed the presence of significant learning differences. His most recent psychoeducational evaluation was conducted in 2003 while he was a student at the University of Wisconsin (Madison), and his test scores again identified significant discrepancies between his expected achievement level (i.e., his intelligence) and his actual achievement levels in reading and spelling.

In the background interview, Mr. Jenkins reported that he has received different types of educational accommodations over the years, including extra time on tests consistently since the third grade. He reported that he almost always needs and uses the extra time, especially if the test requires much reading. He also estimated that he has to spend 1 ½ hours studying for each hour that a medical school classmate spends to learn the same amount of material. While he said that the medical school curriculum has not been conceptually difficulty for him (a statement that is consistent with his past IQ scores), it has been very difficult for him to handle the volume of the material because he processes text slowly. In this interview, Mr. Jenkins did not identify any historical medical, developmental or emotional/psychological factors that might have a bearing on his academic achievement or the results of this evaluation.

In this office, Mr. Jenkins was given two standardized tests that assessed his broad cognitive abilities and academic achievement levels (including academic *fluency*). He was very attentive during this testing session, and he had a methodical response style that frequently favored accuracy over speed. This was most evident on reading tasks, as his response latencies on most of those items were much higher than the norm for his age and level of education. His test scores (listed at the end of this report) are considered valid indicators of his cognitive abilities and academic achievement levels.

On the WAIS-III, Mr. Jenkins obtained a Verbal IQ Score of 131, Performance IQ Score of 122 and Full Scale IQ Score of 130. These IQ Scores reflect very superior broad verbal reasoning abilities and superior broad visual-spatial analytical skills, and his Full Scale IQ

RECEIVED
FEB 2 6 2007
Disability Services

Name: Kirk Jenkins

Page: 3

Score places him at the 98th percentile of adults his age for his overall performance on this intelligence test. Mr. Jenkins also obtained the following WAIS-III Index Scores: Verbal Comprehension - 129; Perceptual Organization - 133; Working Memory - 106; and Processing Speed - 96. The Index Discrepancy Tables for this test indicate that both his Working Memory and Processing Speed Indices lie significantly below his Verbal Comprehension and Perceptual Organization Indices, and individuals with a learning disability are significantly more likely than those in the general population to have these discrepancy patterns. In fact, Mr. Jenkins' four lowest WAIS-III subtest Scaled Scores (i.e., 9, 10, 10 and 11 on a 19-point scale) are the four Scaled Scores that constitute the Working Memory and Processing Speed Indices. While this is a noteworthy aspect of his WAIS-III profile, his Full Scale IQ Score of 130 can be considered his *expected achievement level* for comparison to the Standard Scores he obtained on measures of his academic skills and fluency.

On the WJ-III, Mr. Jenkins demonstrated academic skills and fluency that range from slightly below average to moderately above average. He is strongest in his mathematical calculation skills (i.e., Standard Score of 125), while his reading comprehension, phonetic attack, writing fluency, written expression and reading decoding skills lie slightly to moderately below his expected achievement level. Using a difference of 30 Standard Score points to denote a significant discrepancy between Mr. Jenkins' expected achievement level and his measured achievement, his reading fluency, math fluency and spelling skills (represented by Standard Scores of 84, 90 and 90, respectively) lie significantly below his expected achievement level and constitute learning disabilities. In addition, his Academic Fluency Standard Score of 87, as a composite measure of his reading, math and writing fluencies, lies significantly below his expected achievement level.

**5. Describe in detail the individual's limitations due to the diagnosed disability; i.e., a demonstrated impact on functioning vis-a-vis the USMLE and explain the relationship of the test results to the identified limitations resulting from the disability.**

As a lengthy test with a strict time limit that is presented in text form, the USMLE places Mr. Jenkins at a disadvantage relative to his knowledge of the material in question as a result of his low academic fluency and his reading decoding and written language disabilities. He has ample documentation of the stable presence of these learning differences, and his current test scores vary little from his previous test scores that date back to the third grade. In addition, he has repeatedly qualified for educational modifications that have, up to the present, included extra time on tests. As a result of these modifications and his own efforts, he has been able to achieve academically at a level consistent with his measured cognitive abilities.

RECEIVED
FEB 2 6 2007
Disability Services

Name: Kirk Jenkins

Page: 4

**6. Recommend specific accommodations and/or assistive devices, including a detailed explanation of why these accommodations or devices are needed and how they will reduce the impact of the identified functional limitations.**

In light of this documentation that indicates Mr. Jenkins has a learning disability that is expressed as a combination of reading, writing and fluency difficulties, it is recommended that he receive 50% additional time on the USMLE Step 1. This additional time with reduce the impact of his disability by allowing him to demonstrate his problem-solving abilities and knowledge of the target material at a level that is relatively consistent with his combined cognitive abilities and study efforts.

**7. Establish the professional credentials of the evaluator, including relevant licenses or certifications.**

Respectfully,

*[signature]*

John M. Lacy, PhD, HSPP
Licensed Clinical Psychologist (KY 0738; IN 20040548A)
Evaluator

RECEIVED

FEB 2 6 2007

Disability Services