1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:07CV-698-H

KIRK D. JENKINS,

        Plaintiff,

-vs-

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant(s).

**ORIGINAL**

    The deposition upon oral examination of KIRK JENKINS, a witness produced and sworn before me, Angela Thompson Stidham, a Notary Public in and for the County of Jefferson, State of Kentucky, taken on behalf of the Defendants at the offices of Stoll Keenon Ogden, 500 West Jefferson Street, 2000 PNC Bank Plaza, Louisville, Kentucky, on the 23rd day of January, 2008, pursuant to the Federal Rules of Civil Procedure.

*An/Dor Reporting & Video Technologies, Inc.*
*Angela Thompson Stidham*
*179 East Maxwell Street*
*Lexington, Kentucky  40508*
*859.254.0568*

1   Q   And if you need a break, let me know, and
2   we will take a break.
3   A   Sure.
4   Q   Okay. Let's talk about exactly -- because
5   I am a little confused about your status as a
6   University of Louisville student at the moment.
7           I will tell you -- and I have given
8   them to Mr. Nowak. We got some records from U of L
9   today, and I haven't gone through them in great
10  detail, but I would like to kind of figure out where
11  you are, okay?
12  A   Okay.
13  Q   You have completed two years?
14  A   That's correct.
15  Q   And you have passed all of your courses?
16  A   That's correct.
17  Q   Is U of L on a pass/fail system?
18  A   Yes, they are.
19  Q   How are persons evaluated within the class
20  within the past/fail parameter? Are they given
21  numerical scores or what?
22  A   There's a three-tier system. You either
23  honor, you pass, or you fail. Honor is given to --
24  depending on the class, the course directors dictate
25  what percentage of the class will receive a pass,

1  be very honest with you.

2    Q    Is this the letter you are talking about?

3    A    Yes. So my exact status would be
4  administrative leave of absence.

5    Q    That's dated January 18th, but it looks as
6  though it was made effective May 1st, 2007?

7    A    That would be what their records would
8  indicate, then.

9    Q    Did you ask for this letter to be written?

10    A    This specific letter?

11    Q    Right.

12    A    No.

13    Q    Now, were you given permission to start
14  your rotations even though you had not passed the
15  USMLE Step 1?

16    A    I had to -- originally, no, I was not
17  allowed to start my rotations. The way it works at
18  the University is because of the time frame and the
19  grading of the Step, normally the way it works is
20  you take the Step, and then a week later you start
21  rotations. And they allow you to start rotations on
22  good faith, in that they assume that you will pass
23  the exam. If you don't pass the exam, then they
24  pull you out of the rotation, and they don't allow
25  you to continue.

1          Initially, because I hadn't taken the
2     Step, they told me that I could not start rotations.
3     So I went and I talked with the dean of students,
4     which is Dr. Ganzel, and then talked to the dean of
5     the medical school, and because of my situation,
6     they allowed me to have a special rotation, in that
7     if I took the Step in December, because my grades
8     wouldn't be back even if I hadn't passed it, they
9     would allow me to start, in the hopes that I might
10    be able to stay with my class.
11         Q    And I will show you this one.  This one
12    came in today, and I don't have the exhibits exactly
13    in order, but it should be in your packet.
14         A    So the --
15         Q    Hang on.  I just want your attorney to
16    be -- wonder what I am doing here.
17              MR. NOWAK:  That's fine.
18         Q    Take a look at this letter, and I want to
19    make sure that the letter and your testimony is
20    reconciled, if we can?  Take a look at the letter,
21    and let me know after you have reviewed it.
22              MR. BARKER:  Before I forget, and I will
23    find copies, let's mark the January 18th, 2008,
24    letter that Mr. Jenkins referred to a minute ago as
25    Exhibit 1 to his deposition.  And we'll mark the

```
 1  November 7th letter as Exhibit 2.
 2              (DOCUMENT FILED HEREWITH, AS PART
 3  HEREOF, MARKED AS DEPOSITION EXHIBIT NUMBERS 1-2 FOR
 4  IDENTIFICATION.)
 5       Q    You have had a chance to read Exhibit 2?
 6       A    That is correct.
 7       Q    Is it true that, if you want to, you can
 8  go ahead and start rotations next semester?
 9       A    No.
10       Q    So that's not what this letter means?
11       A    No.
12       Q    Okay.
13       A    The condition was that I at least take the
14  Step.  I had to at least take it.
15       Q    Okay.  And since you didn't take it,
16  then --
17       A    That's correct.
18       Q    -- then -- I don't want to use
19  accommodation, but whatever benefit this letter was
20  affording you is no longer applicable?
21       A    I guess I am confused.
22       Q    You have every right to be confused; it
23  was a terrible question.
24              The bottom line is, where you are now
25  at your University of Louisville career is that you
```

```
 1  are on administrative leave until you take the exam;
 2  is that correct?
 3       A    That is correct.  Once I take the exam, I
 4  have the option, if I would like, to then start
 5  whatever rotation is the next upcoming one.  Which
 6  my eligibility period to take the exam is through
 7  February, the last day of February.  So it would be
 8  possible, if I took the exam in February, to then
 9  start the last rotation for this year.  But
10  unfortunately, the medical school has a policy that
11  if you do any time of a rotation, even if it's only
12  a part, you have to pay the entire semester's
13  tuition, so my family, for financial reasons, has
14  opted not to do that, because I would have to pay
15  for three rotations and only do one.  And being an
16  out-of-state student, that's not feasible.
17       Q    As far as the examination that we are all
18  here about today, your eligibility period runs out
19  at the end of February?
20       A    It ends the last day of February.
21       Q    Do you have the option, to your
22  understanding, to extend that eligibility period?
23       A    I can, but it costs a fee.
24       Q    How much?
25       A    In the $400 range.  Specifically -- it's
```

1   in the $400 range.
2       Q    How long can you extend it?
3       A    The eligibility period is normally for
4   three months.
5       Q    Do you understand that even if you take
6   the exam and fail it, that you can retake the exam
7   at some subsequent time?
8       A    Yes.
9       Q    You were scheduled to take the exam in
10  November?
11      A    Yes.
12      Q    Why did you elect not to take the exam
13  then?
14      A    Because I felt that -- we had a trial set
15  up in Texas, and I thought that a decision would be
16  made on whether accommodations would be granted or
17  not granted, and because that decision was postponed
18  I elected to postpone taking the exam.
19      Q    Do you believe, as you sit here today,
20  that you know the material well enough to pass it,
21  pass the exam?
22      A    I guess I don't understand the question.
23      Q    You've taken two years of coursework at
24  the University of Louisville?
25      A    Uh-huh.

1  Q   Have you taken the coursework necessary to
2  pass the subjects on the examination?
3  A   Yes.
4  Q   Have you mastered that coursework
5  sufficiently, in your opinion, in order to pass the
6  examination?
7      MR. NOWAK:  And I just need to object to
8  form, but you can go ahead and answer the best you
9  can.
10 A   Yes, I feel that my -- I know enough
11 material to pass the Step.
12 Q   Okay.  And have you received evaluations
13 or other feedback that lead you to reach that
14 conclusion?
15 A   I have taken numerous practice questions
16 through question-taking sites.  A lot of medical
17 students use them to prepare for the exam.  And I
18 have also taken NBME diagnostics, and I have
19 received passing scores on those diagnostics.
20 Q   The two diagnostics, did you take those
21 under time conditions?
22 A   No.
23 Q   Were those taken at kind of self-paced?
24 A   Yes.
25 Q   Did you take them in the company of your

1   guess that's normally my test strategy.
2       Q    Try to get as many right versus risking
3   one wrong; is that your strategy?
4       A    Yes. Especially on a test like the Step,
5   where you're not penalized for guessing; you are
6   graded on the number of questions you get right.
7       Q    There is nothing debited for a wrong
8   answer?
9       A    Correct. A wrong answer or a skipped
10  answer is the same amount. It's the number of right
11  questions that you get, so it's to your benefit to
12  see as many of the easy questions as possible.
13      Q    Before you take a standardized test, do
14  you do everything you can to learn how the scoring
15  works?
16      A    Absolutely.
17      Q    And determine whether a wrong answer
18  counts time and a half or some other kind of grading
19  strategy?
20      A    Absolutely. I try to understand any
21  strategy to help me be successful on an exam.
22      Q    Okay. Right now, then, you are going to
23  take the exam in February?
24      A    I am hoping to, yes.
25      Q    And I understand you are hoping the

1  outcome is you are going to be able to have the time
2  and a half accommodation that you've requested, but
3  if that outcome is not presented to you, will you
4  take the exam anyway?
5      A    Yeah.  I don't have much of a choice, yes.
6      Q    I think I have covered this.  You have
7  taken coursework in all of the subjects covered by
8  the exam, correct?
9      A    That's correct.
10     Q    And you have passed them all?
11     A    That's correct.
12     Q    Since we have been talking about U of L,
13 let's just get this -- this is the original.  My
14 office rarely lets me have originals, but I just
15 brought it so you can compare it to the copies.
16         MR. NOWAK:  And these comport with the
17 copies you have sent me?
18         MR. BARKER:  They better.  We can go off
19 the record.
20         (A brief recess was taken at this time.)
21 QUESTIONS BY MR. BARKER:
22     Q    While I am scrambling for the copies, will
23 you look at this transcript and make sure that it's
24 yours and that it's accurate?
25     A    Okay.  This appears to be my transcript.

1  MR. BARKER: Let's mark that as Exhibit 3.
2  (DOCUMENT FILED HEREWITH, AS PART
3  HEREOF, MARKED AS DEPOSITION EXHIBIT NUMBER 3 FOR
4  IDENTIFICATION.)
5  Q  Has the University of Louisville given you
6  any deadline as to the termination of your leave
7  status? In other words, you must take the exam by X
8  date?
9  A  You have to complete the medical school
10 curriculum within six years; that's their official
11 policy. And other than that, it hasn't been
12 discussed.
13 Q  At U of L, have you been able to keep up
14 with the reading requirements that the coursework
15 presents to you?
16 A  No, unfortunately. That was a constant
17 source of struggle for me at the University of
18 Louisville.
19 Q  How are you coping, you managed to pass
20 all the courses?
21 A  I did. I utilized tutors whenever
22 available. But unfortunately, at the University you
23 have to be failing a course to be eligible for a
24 tutor. So in situations where I was able to set
25 them up on my own, I did.

```
 1      A    I wasn't aware of that, but...
 2      Q    It wouldn't surprise you?
 3      A    No, it wouldn't surprise me.
 4      Q    You submitted, I think, to the Board a
 5  copy of an IEP in third grade?
 6      A    That's correct.
 7      Q    Did you just happen to keep those records
 8  on hand?  You had those at home?
 9      A    Yes, my folks had a copy of the IEP.
10      Q    Now, did you ever have another IEP at any
11  other time from the 4th grade to the 12th grade?
12      A    That's the only IEP that I have ever been
13  issued.
14      Q    Were you re-evaluated for purposes of an
15  IEP a year or two or even three years after your
16  third grade year?
17      A    No.  The IEP that was administered in '91
18  was good for all of my curriculum in grade school,
19  so that was the only one that I was administered.
20      Q    You were not administered an IEP in middle
21  school or high school?
22      A    No, I was not.
23      Q    Were you re-evaluated in middle school or
24  high school to determine if you needed an IEP?
25      A    No, I was not.
```

```
 1   education, phys ed.  Actually, this would have been
 2   7th grade, then.
 3       Q    Okay.
 4       A    Spanish 1A, science, math 721, world
 5   studies, and English 7.
 6       Q    So that's 7th grade?
 7       A    Yes.
 8       Q    So the rest I don't think we need to read
 9   through because I think it's clear in the record in
10   Exhibit 4.
11            I see that you took a foreign
12   language; is that right?
13       A    It was required at my high school.
14       Q    And you took it every year, right?
15       A    Yes, I did.
16       Q    And you did well in it?
17       A    Yes, I did.
18       Q    Can you read Spanish?
19       A    Not right now.
20       Q    Good point.  When you graduated, could you
21   read Spanish?
22       A    I believe I tested into second semester
23   Spanish, I believe.
24       Q    At University of Wisconsin?
25       A    I believe so.
```

1  Q   And to pass that test, did you have to be
2  able to read Spanish?
3  A   I believe so, yeah.
4  Q   It wasn't just merely knowing the oral --
5  A   No.
6  Q   -- language?
7  A   No, there was a reading component to it.
8  Q   And it looks as though you did well in
9  Spanish all the way through?
10 A   Yeah.  I did fairly well in all of my
11 courses in high school.
12 Q   Were you fluent in Spanish?
13 A   No.
14 Q   What kind of things could you do in
15 Spanish?
16 A   Foreign language was by far the weakest
17 aspect of my high school education.  The math and
18 science at my school was very, very good, and the
19 English and foreign language wasn't very good.  So I
20 was very good at vocabulary, and I was very good at
21 verb tenses, which is really all you had to be good
22 at.
23 Q   You could memorize the information in
24 Spanish, the verb tenses and such?
25 A   Yeah.

1   Q   You were a member of the chorus?

2   A   That's correct.

3   Q   And you were able to participate in music

4   every year?

5   A   Uh-huh.

6   Q   You need --

7   A   That's correct.

8   **MR. NOWAK:** That's the first one, by the

9   way.

10   **MR. BARKER:** That is the first one.

11   Q   That is the first one; you are doing

12   great. Not only do the lawyers appreciate it, but

13   our friend the court reporter really appreciates it.

14   We have exhausted my discussion of Spanish, you will

15   be happy to know.

16          You did take some courses that did

17   require a substantial reading component, didn't you?

18   A   That's correct.

19   Q   American history?

20   A   That's correct.

21   Q   And you took honors in American history?

22   A   That's correct.

23   Q   And that course -- at least as I remember

24   from my children, not myself -- requires a fairly

25   significant daily component of reading to keep up,

```
 1  doesn't it?
 2      A    That's correct.
 3      Q    And were you able to keep up with that
 4  course?
 5      A    With a lot of time outside of class,
 6  that's correct.
 7      Q    How much extra time do you think outside
 8  of class to keep up?
 9      A    In high school, my study schedule was
10  normally I would get home from athletics at about
11  5:30, and I would eat with my mom, and if my dad was
12  home great, and I would start studying at 6:30, be
13  done by probably 10:00.
14      Q    So that's three and a half hours for all
15  of your courses?
16      A    Yeah, normally about an hour for math, and
17  then an hour for whatever reading there was that I
18  hadn't finished in class.  And then I normally had a
19  study hall that I would study in as well.
20      Q    Now, what other advanced placement courses
21  did you take besides American history?
22      A    I took AP history, I took -- I took two AP
23  history courses.  I took AP American history and I
24  took AP European history.  The AP European history
25  was a block component; it was European history and
```

```
 1      A    I believe so, yes.
 2      Q    And you got math at a 75 percentile?
 3      A    Yes.
 4      Q    You didn't take the SAT, you took the ACT;
 5  is that correct?
 6      A    That's correct.
 7      Q    Now, how many times did you take the ACT
 8  without accommodations?
 9      A    I took it a total of three times without
10  accommodations.
11      Q    And those are the far left, October of
12  '99, correct?
13      A    That's correct.
14      Q    April of '99?
15      A    That's correct.
16      Q    And December of '98, so I didn't have them
17  exactly in order, correct?
18      A    I took it once my junior year, and then
19  twice my senior year unaccommodated.
20      Q    Do you understand how you did
21  percentile-wise on those three exams?
22      A    Yes, I do.
23      Q    And what is that understanding?  How did
24  you do?
25      A    On the first exam that I took my junior
```

```
 1    Q    You don't remember it?
 2    A    I remember taking the reading section of
 3  the ACT.  I remember there were four passages, and I
 4  only finished two of them.
 5    Q    And then during a break, you were ill for
 6  a time, and then you came back and regrouped?
 7    A    Took the science section and then went and
 8  threw up.
 9    Q    After this experience, did you take
10  courses, such as Kaplan or other courses, to try to
11  improve your ACT performance?
12    A    Yes.  The first time I took the ACT was my
13  junior year, and that score was -- that would have
14  been December of '98, I believe, and I took it just
15  to take it.  I didn't prepare for it, didn't do
16  anything, just walked in and wrote the exam.  I
17  didn't finish it, and I had a score of 21.
18         And then I took some Kaplan courses,
19  took a course that my school recommended I take, and
20  I took it again my senior year and got a 21 again.
21  Was very frustrated, was trying to get into the
22  Medical Scholars program at Madison, which requires
23  a 30.
24         Everyone told me that it was
25  impossible for me to increase my score from a 21 to
```

1   a 30, advised me to stop studying for the exam and
2   just take the 21.  But I took Spring Break, got
3   ahold of as many ACT books as I could -- I remember
4   it because my folks went to Scotland to visit my
5   sister who was studying abroad, and I stayed home, I
6   studied for a week and a half for the ACT, went back
7   and scored a 25.
8              At that point in time, I was so
9   frustrated with what had happened that my mom
10  finally convinced me to have Holmes evaluate me so
11  that I could take the test with accommodations.  I
12  walked in two months later and scored a 30.
13       Q    But actually your greater improvement, at
14  least in terms of percentage-wise, was from your 56
15  percent to your 82 percent, studying a week and a
16  half, right?
17       A    My greatest improvement was from the 25 to
18  the 30, which happened two months after I was
19  granted accommodations.
20       Q    I am just talking about percentage-wise,
21  you went from a 56 to a 82?
22       A    What are we referring to?
23       Q    I understand you got a 30 accommodated?
24       A    That's correct.
25       Q    And that accommodation was based on Dr.

1  examination?
2      A    Every single test I took at the University
3  of Wisconsin, I received accommodations on.
4      Q    Did you need accommodations for your math
5  courses?
6      A    Yes.
7      Q    Why?
8      A    I think just with the increase in
9  competitiveness at the University, I think that was
10 when -- even in math classes, I utilized the
11 accommodations in math.  I did.
12     Q    Were there any courses where you were
13 granted accommodations but it turns out you didn't
14 need it?
15     A    No, not at Wisconsin.
16     Q    Okay.
17     A    In high school that happened, but not at
18 the University of Wisconsin, no.
19     Q    Math did not have a significant reading
20 requirement, did it?
21     A    No, it didn't.  Well, I mean -- no, it did
22 not.
23     Q    So why did you need the accommodations for
24 math?
25     A    Whenever I put down my pencil on the exam,