```
             UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF KENTUCKY
                      AT LOUISVILLE
             CASE NO. 3:07CV-698-H


KIRK D. JENKINS,                    )
                                    )
                Plaintiff,          )
                                    )
      -vs-                          )
                                    )
NATIONAL BOARD OF                   )      ORIGINAL
MEDICAL EXAMINERS,                  )
                                    )
                Defendant(s).       )
```

The deposition upon oral examination of JOHN M. LACY, PhD, HSPP, a witness produced and sworn before me, Angela Thompson Stidham, a Notary Public in and for the County of Jefferson, State of Kentucky, taken on behalf of the Defendants at the offices of Stoll Keenon Ogden, 500 West Jefferson Street, 2000 PNC Bank Plaza, Louisville, Kentucky, on the 24th day of January, 2008, pursuant to the Federal Rules of Civil Procedure.

---

*An/Dor Reporting & Video Technologies, Inc.*
*Angela Thompson Stidham*
*179 East Maxwell Street*
*Lexington, Kentucky  40508*
*859.254.0568*

1  was on no other IEPs through high school. Are you
2  aware of that, or were you aware of that?
3      **A**    I would have to look at my own report to
4  refresh my memory on that. My report doesn't
5  clarify whether he remained under an IEP.
6      **Q**    Did you ask Mr. Jenkins that question or
7  questions that would illicit that information?
8      **A**    I don't recall.
9      **Q**    Would you be surprised, based on your
10 evaluation of Mr. Jenkins, to learn that after the
11 3rd grade the only accommodations Mr. Jenkins
12 received in high school were informal ones,
13 consisting of an ability to stay after class to
14 finish a test when he needed to?
15     **A**    That doesn't surprise me.
16     **Q**    Why not?
17     **A**    Because he developed possibly through
18 early remediation the reading to coding and reading
19 comprehension skills necessary to be able to do
20 mainstream work if he simply had the time to do it.
21     **Q**    And, in fact, in all the reading decoding
22 tests that Mr. Jenkins has taken since 1991, I think
23 a total of four, he has done at least average,
24 hasn't he?
25     **A**    To my recollection, that's correct.

1  me telling me what's going to happen.
2       Q    Okay.
3       A    A copy of the rebuttal letter. And this
4  is probably going to be copies. Here is most of
5  what went in the 19 page -- do you want me to --
6       Q    No, I think we have got those.
7            Now, did you have in your file,
8  attached to the IEP or the multidisciplinary team
9  meeting documents that you have already talked
10 about, a copy of what appears to be one page of Mr.
11 Jenkins' high school transcript, and that is the
12 page that has --
13      A    This one?
14      Q    Yes.
15      A    I have it.
16      Q    You did not get, I am assuming,
17 Mr. Jenkins' grades?
18      A    It doesn't appear -- no, I did not.
19      Q    So your evaluation was written without the
20 benefit of Mr. Jenkins' high school grades?
21      A    That's correct. I only had secondhand --
22 reference to them from previous reports that
23 commented on them.
24      Q    What did you understand his grades to be,
25 not class by class but overall?

1   **A**   I will have to duplicate the process of
2   going back to one of the previous reports.
3   **Q**   Well, let me see if this will refresh your
4   memory. Did you know at the time you did your
5   evaluation and wrote your report, that Mr. Jenkins
6   had finished 13th in a class of 346 at his high
7   school?
8   **A**   No. I knew he had done well.
9   **Q**   Did you know that Mr. Jenkins had taken a
10  number of advanced placement courses in high school
11  that had, at least for high school, heavy reading
12  requirements?
13  **A**   I didn't know it -- I didn't assume that
14  he had or hadn't.
15  **Q**   Is it important to an evaluator in your
16  position, confronted with a person such as Mr.
17  Jenkins, to know how he had done in high school?
18  **A**   Yes.
19  **Q**   And what does it tell you about a person's
20  learning disability or lack thereof? What does a
21  high school record, if anything, tell you about the
22  existence or lack thereof of a person's learning
23  disability?
24  **A**   Well, I have to know if that record was
25  amassed with accommodations in place or not. My

1  after not getting accommodations several times, and
2  that his score was considerably better.  He couldn't
3  recall specific scores; he didn't have them in front
4  of him.
5     Q    Have you worked with the ACT as a measure
6  of anything you do before today?
7     A    Have I ever administered it?
8     Q    You probably have never administered it,
9  right?
10    A    That's right.
11    Q    Have you ever been called upon as a part
12 of your practice to look at ACT as a data point to
13 compare it to how it might affect someone with a
14 learning disability?
15    A    Yes, I have related ACT scores to the
16 scores I have obtained for individuals a number of
17 times before.
18    Q    Are you aware that the ACT has a
19 reputation, at least in your practice, for
20 reliability or conversely unreliability?
21    A    Well, the ACT as seen -- I consider it
22 fairly reliable for what it's supposed to do.
23    Q    And what is it supposed to do?
24    A    Well, it's supposed to show in a normative
25 sense, in comparison to the general population

1  taking into account a person's grade level, what
2  they can show. The level they can show in their
3  English, mathematics, reading and reasoning.
4      Q    And same question with regard to the PSAT?
5  Does it have a reputation for what its goal is as
6  being a reliable test?
7      A    Yes, I consider it to be reasonably
8  reliable.
9      Q    Are you aware of how the PSAT is scored?
10     A    Somewhat.
11     Q    Again, I recognize this is the first time
12 we are having the discussion on the PSAT. Does it
13 appear to you that in both 1996 and 1998, that Mr.
14 Jenkins scored in the average range for verbal in
15 both years?
16     A    Let me isolate them visually here. 1996
17 is on the right-hand side?
18     Q    Correct.
19     A    With scores and percentile scores being
20 given for verbal math and selection index?
21     Q    Right.
22     A    So that's '96. '98 is the rest of it,
23 composite scores on the left, plus the broken down
24 scores below.
25          I am going to separate -- obviously

1  they took partial pages and superimposed them.  So
2  we have two PSAT scores.  Show me where you get
3  1998.
4      Q     Up at the top, year 1998, grade 11.
5      A     So here's '96, here is '98, and here is
6  the ACT?
7      Q     Yes.  I am assuming they are strips, and
8  somebody in the office --
9           MR. NOWAK:  It looks like it was put
10 together by someone that is dyslexic.
11          MR. BARKER:  Well, I don't think Mr.
12 Jenkins put them together himself.
13     A     And your question?
14     Q     He scored in the average range in the PSAT
15 in both 1996 and 1998, didn't he?
16     A     Squarely in the average range in 1996, and
17 right at the upper boundary of the average range in
18 1998.
19     Q     And for the three unaccommodated tests for
20 the ACT, Mr. Jenkins scored squarely in the average
21 range, didn't he?
22     A     On two of them.  The first two, he did.
23 And he scored slightly in the above average range on
24 the third one.
25     Q     Now, drop below.  And I think this exam

1    Q    You have not read his letter either?

2    A    No.

3    Q    The only letter you've read from the Board was Dr. Farmer's?

5    A    That's correct.

6    Q    Have you met her?

7    A    No.

8    Q    Now, do you consider attending med school to be a major life activity under the ADA?

10    A    Yes, I do.

11    Q    Do you consider test taking to be a major life activity under the ADA?

13    A    Yes, I do.

14    Q    And you put that in your report, didn't you?

16    A    Yes.

17    Q    What do you base that on?

18    A    The fact that taking a test, that's representative of the information they have and skills they have accumulated as a student, so it's a representation of their major life activity being a student.

23    Q    And that's the basis for your opinion that you've given in this case, that Mr. Jenkins is a disabled person under the ADA, isn't it?