## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**KIRK D. JENKINS**                                                                                                   **PLAINTIFF(S)**

**VS**                                                            **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**                         **DEFENDANT(S)**

### **O R D E R**

The above-styled action came before the undersigned for a motion hearing on February 6, 2008 regarding the pending motion for preliminary injunction (DN#5).  Participating for the plaintiff, Mr. Vincent E. Nowak; on behalf of the defendant, Mr. Stephen Barker and Ms. Katherine M. Coleman.

Arguments having been heard and testimony given; the Court being sufficiently advised;

The matter will stand submitted before the Court and a separate opinion and or order will be forthcoming.

Date: February 6, 2008

Copies to:

All Counsel of Record

Court Reporter: Alan Wernecke