# UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 3:07CV-698   Style of Case: Jenkins v. National Board of Medical Examiners
Received from: A. Wernecke   Received by: Sandra Cooper   Date: 2/19/08

Proceedings: Preliminary Injunction Hearing

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| | | | |

NOTES: (SEE ATTACHED LIST)

## DISPOSITION OF EXHIBITS:

ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS:
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITION: _____
DATE: _____   RETURNED BY: _____, Deputy Clerk

## PLAINTIFF'S EXHIBIT LIST INDEX

1. Affidavit of Carol Blevins

2. Affidavit of Michael Gontarz

3. Business Records Affidavit - D.C. Everest Area School District

4. Affidavit of Lori Teegarden

5. Affidavit of Randall B. Colton

6. Affidavit of William Heeren

7. Business Records Affidavit – David R. Holmes, Ph.D.

8. Affidavit of Mark Leddy, Ph.D., CCC-SLP

9. March 5, 2004 Letter from Harlan J. Stientjes, Ph.D. to Kirk Jenkins

10. Affidavit of David L. Wiegman, Ph.D.

11. November 8, 2007 Letter from William J. Morison, Ph.D. to Lesley Steen

12. Business Records Affidavit – John M. Lacy, Ph.D.

13. Nelson –Denny Reading Test Results

14. Lacy CV

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| KIRK D. JENKINS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07CV-698-H |
| | ) | |
| NATIONAL BOARD OF | ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS | ) | |
| Defendant(s). | ) | |

## DEFENDANT'S EXHIBITS LIST

Comes the Defendant, National Board of Medical Examiners ("NBME"), by and through counsel, and hereby tenders its list of exhibits, pursuant to Agreed Order entered January 14, 2009.

Defendant may introduce the following exhibits at hearing on February 6, 2008:

1. Plaintiff's First Application for Step 1;

2. Certificate of Identification and Authorization;

3. Application for Testing Accommodations, with attachments;

4. Jenkins' 11/25/06 letter requesting Testing Accommodations;

5. 12/5/06 NBME letter acknowledging request for accommodations;

6. 12/7/06 NBME letter requesting additional documentation;

7. 4/28/07 Sparks letter to Dr. Catherine Farmer;

8. 5/18/07 NBME letter denying request for accommodations;

9. 6/18/07 Jenkins letter requesting reconsideration of decision, with attachments;

10. Eligibility Period Extension Form;

11. 7/19/07 Acknowledgement of Reapplication;

12. 8/5/07 Joseph E. Bernier, Ph.D. letter to Dr. Catherine Farmer;

13. 8/29/07 NBME letter denying request for reconsideration;

14. E-mail canceling application period;

15. Second Application for Step 1;

16. 2007-2009 School of Medicine Bulletin—University of Louisville HSC;

17. University of Louisville School of Medicine Notification of registration period;

18. Affidavit of Catherine Farmer, and exhibits attached thereto;

19. Affidavit of Susan Deitch, and exhibits attached thereto;

20. Affidavit of Joseph E. Bernier, Ph.D., and exhibits attached thereto;

21. Plaintiff's D.C. Everest Transcript;

22. Plaintiff's University of Wisconsin-Madison Transcript;

23. Plaintiff's University of Louisville Transcript;

24. 11/7/07 letter from Edward C. Halperin, M.D., M.A., FACR, Dean of the University of Louisville School of Medicine, to Kirk Jenkins;

25. 1/18/08 letter from Sherri L. Gary, Sr. Academic Coordinator, University of Louisville Health Sciences Center;

26. ACT Assessment Student Reports (3);

27. 3/22-23/07 e-mail communications from UL approving Step 1 study time extension;

28. 8/19/04 letter to "Dear Medical School Admissions Committee" from Kevin Strang;

29. 9/21/04 AMCAS Application Report;

30. Secondary Application Form – Kirk David Jenkins – to University of Louisville

School of Medicine;

31. Baer v. NBME Memorandum and Order contained in the file of John M. Lacey, Ph.D., HSSP;

32. Gonzalez v. NBME Memorandum Opinion and Order contained in the file of John M. Lacey, Ph.D., HSSP;

33. Dr. Lacey's handwritten notes, Exhibit 1 to Lacey deposition;

34. Dr. Lacey's handwritten notes, Exhibit 3 to Lacey deposition;

35. WAIS Test, Exhibit 6 to Lacey deposition;

36. Score Report, Exhibit 7 to Lacey deposition;

37. ACT data, charts and graphs reflecting average performance results of Wisconsin students and/or average national scores/performance, etc.;

38. Curriculum vita of Catherine Farmer, Psy.D.;

39. Curriculum vita of Richard Sparks, Ed.D.;

40. PowerPoint presentation and/or slides depicting plaintiff's unaccommodated percentile test scores;

41. PowerPoint presentation and/or slides depicting reading scores on all tests taken by Plaintiff;

42. Jenkins Score Table;

43. Relevant sections of the 4th edition of the DSM—"Learning Disorders", Exhibit 8 to Lacey deposition, and "Use of DSM-IV in Forensic Settings";

44. USMLE Guidelines to Request Test Accommodations, 2006 and 2007;