UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

KIRK D. JENKINS

    Plaintiff,

v.                                        Civil Action No. **3:07CV698-H**

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

# NOTICE OF APPEAL

Notice is hereby given that KIRK D. JENKINS, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 12th day of February, 2008.

                                              Respectfully submitted,

                                              Vincent E. Nowak, SBOT# 15121550
                                              MULLIN HOARD & BROWN, LLP
                                              500 S. Taylor, Suite 800
                                              P. O. Box 31656
                                              Amarillo, Texas 79120-1656
                                              806.372.5050
                                              806.371.6230 (Fax)

                                              /s/ Vincent E. Nowak
                                              ***Attorney for Kirk D. Jenkins***

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been served by electronic mail from the Clerk of the Court or according to the Federal Rules of Civil Procedure to the following counsel of record on this 12th day of March, 2008:

    Stephen L. Barker
    Sturgill, Turner, Barker & Moloney, P.L.L.C.
    333 West Vine Street Suite 1400
    Lexington, KY 40507

A true and correct copy of the same was also forwarded this 12th day of March, 2008, by United States certified mail, return receipt requested to:

    United States Court of Appeals for the Sixth Circuit
    540 Potter Stewart U.S. Courthouse
    100 East Fifth Street
    Cincinnati, Ohio 45202

                                      /s/ Vincent E. Nowak