## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 11, 2009

Mr. Stephen Louis Barker
Ms. Katherine M. Coleman
Sturgill, Turner, Barker & Moloney
333 W. Vine Street
Suite 1400
Lexington, KY 40507

Mr. Vincent E. Nowak
Mullin, Hoard & Brown
P.O. Box 31656
Amarillo, TX 79120

Re: Case No. 08-5371 , *Kirk Jenkins v. National Board of Medical Exam*
Originating Case No. : 07-00698

Dear Sir or Madam,

The Court issued the enclosed opinion today in this case.

Sincerely yours,

s/Mary C. Patterson
Case Manager
Direct Dial No. 513-564-7033
Fax No. 513-564-7094

cc: Mr. Jeffrey A. Apperson

Enclosure

Mandate to issue