**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 08-5371

_____

Filed: March 05, 2009

KIRK D. JENKINS,

    Plaintiff - Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant – Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed February 11, 2009 the mandate for this case hereby issues today.

COSTS:   NO COSTS

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 05, 2009

Mr. Jeffrey A. Apperson
Western District of Kentucky at Paducah
501 Broadway
Room 127 Federal Building
Paducah, KY 42001

Re:  Case No. 08-5371, *Kirk Jenkins v. National Board of Medical Exam*
     Originating Case No. : 07-00698

Dear Mr. Apperson,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Mary C. Patterson
                              Case Manager
                              Direct Dial No. 513-564-7033
                              Fax No. 513-564-7094

cc:  Mr. Stephen Louis Barker
     Ms. Katherine M. Coleman
     Mr. Vincent E. Nowak

Enclosure