## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**KIRK D. JENKINS**                                                              **PLAINTIFF(S)**

**VS**                                                                **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**                    **DEFENDANT(S)**

### O R D E R

    **IT IS HEREBY ORDERED** that this matter is set for a telephonic conference before the undersigned on **March 18, 2009 at 11:00 a.m.**

    No later than **FOUR DAYS** prior to the date of the conference, each party to this action shall notify the Court's Deputy of the name(s) of the individual(s) who will participate in the conference and indicate the telephone number and extension at which they can be reached at that time.  Notification may be made by e-mail to:**andrea_r._kash@kywd.uscourts.gov**. Local counsel may appear in person, if they wish to do so, by notifying the Clerk.

Date: March 10, 2009

                                       **ENTERED BY ORDER OF COURT**
                                       **JOHN G. HEYBURN II,  JUDGE**
                                       **UNITED STATES DISTRICT COURT**
                                          **JEFFREY A. APPERSON, CLERK**

                                       **BY:  */s/: Andrea Kash*
                                            **Deputy Clerk**

Copies to:
Counsel of Record