# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KIRK D. JENKINS**                                                                              **PLAINTIFF(S)**

**VS**                                                                              **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**                                          **DEFENDANT(S)**

## O R D E R

The above-styled action came before the undersigned for a telephonic status conference on March 18, 2009. There appeared on behalf of the Plaintiff, Mr. Vincent E. Nowak; and on behalf of the defendant, Mr. Stephen L. Barker.

The parties discussed the issues with the Court and the Court being sufficiently advised;

**IT IS ORDERED** that the parties shall jointly or separately file a status report **on or before June 1, 2009** as to the present status of the case.

Date: March 18, 2009

Copies to:

All Counsel of Record