IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| KIRK D. JENKINS, | ) | |
|       Plaintiff, | ) | |
| v. | ) | Case No. 3:07CV-698-H |
| | ) | |
| NATIONAL BOARD OF | ) | Chief Judge John G. Heyburn, II |
| MEDICAL EXAMINERS | ) | |
|       Defendant. | ) | |

## JOINT STATUS REPORT

Come the Parties, Kirk D. Jenkins and National Board of Medical Examiners, by and through counsel, and for their Status Report pursuant to the Court's Order of March 18, 2009 state that the Parties have reached an agreement in principle to resolve this matter. All necessary and appropriate filings will be forthcoming as soon as possible.

                Respectfully Submitted,

                s/Stephen L. Barker
                Stephen L. Barker, KBA # 03270
                Katherine M. Coleman, KBA # 84089
                Sturgill Turner Barker & Moloney PLLC
                333 W. Vine Street, Suite 1400
                Lexington, KY 40507
                Telephone: (859) 255-8581
                Facsimile: (859) 231-0851
                sbarker@sturgillturner.com
                kcoleman@sturgillturner.com
                **Attorneys for Defendant**

                s/Vincent E. Nowak (w/permission)
                Vincent E. Nowak, SBOT #15121550
                MULLIN HOARD & BROWN LLP
                500 S. Taylor, Suite 800
                P.O. Box 31656
                Amarillo, TX 79120-1656
                Telephone: (806) 372-5050
                Facsimile: (806) 371-6230
                venowak@mhba.com
                **Attorney for Plaintiff**