UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KIRK D. JENKINS**                                                                                    **PLAINTIFF**

**VS**                                                                    **CIVIL ACTION NO. 3:07CV-698-H**

**NATIONAL BOARD OF MEDICAL EXAMINERS**                                    **DEFENDANT(S)**

**ORDER**

Counsel having notified the Court of a settlement in this matter on June 1, 2009 pursuant to the joint status report (DN#43); **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: June 3, 2009

Copies to counsel