04/19/2017
Exhibits Destroyed
by DC J. Sparling

**United States District Court**
**Western District of Kentucky**
**Office of the Clerk**
601 West Broadway
106 Gene Snyder Courthouse
Louisville, Kentucky 40202
(502) 625-3500
www.kywd.uscourts.gov

Vanessa L. Armstrong
Clerk of Court

James Vilt
Chief Deputy Clerk

## NOTICE ON EXHIBITS

03/30/2017

Kirk D. Jenkins

Vs                                     3:07-CV-698

National Board of Medical Examiners

Dear Counsel:

Local Rule 83.10(c) provides that:

The Clerk may direct counsel of record to retrieve their exhibits from the Clerk's custody by a specific date. The Clerk may destroy any exhibits that remain unclaimed two weeks after counsel of record has been directed to retrieve them.

Pursuant to the above-referenced Local Rule, notice is hereby given that if the exhibits filed as exhibit inventory, Docket Number 36, are not claimed within two (2) weeks from the date of this letter, the exhibits will be destroyed.

Should you have any questions, do not hesitate to contact this office at (502) 625-3500.

Sincerely,

VANESSA L. ARMSTRONG, CLERK

By: *John Sparling*